

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T̲H̲E̲ C̲ITY OF N̲EW Y̲ORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Jamison Davies**<br>*Senior Counsel*<br>Phone: (212) 356-2490<br>Fax: (212) 356-1148<br>jdavies@law.nyc.gov |

May 9, 2023

By ECF

Clerk of the Court
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

        Re: *Melendez v. City of New York*
            Docket No. 23-683

To the Clerk of Court:

      This office represents defendant-appellant the City of New York. In accordance with this Court's Local Rule 31.2(a)(1)(A), please accept this letter as the City's request that their brief be due on August 8, 2023, which is 91 days from the date on which we filed the certificate that no transcript will be ordered.

      Thank you for your attention to this matter.

                                              Respectfully submitted,

                                              /s/

                                              Jamison Davies
                                              Assistant Corporation Counsel

cc:      All counsel (*via ECF*)