## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Melendez v. City of New York                              Docket No.: 23-683

Lead Counsel of Record (name/firm) or Pro se Party (name): Jamison Davies/New York City Law Department

Appearance for (party/designation): City of New York, Louise Carroll, Eric Adams, Jonnel Doris/Appellants

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
     Parties:
( ) Incorrect.  Please change the following parties' designations:
     Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone:                                                  Fax:
Email:

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.  The short title, docket number, and citation are:
Melendez v. City of New York, 20-4238, 16 F. 4th 992 (2d Cir. 2021)
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Jamison Davies
Type or Print Name: Jamison Davies
         OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.