## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Melendez v. City of New York         Docket No.: 23-683

Lead Counsel of Record (name/firm) or Pro se Party (name): Claude Gabriel Szyfer / Stroock & Stroock & Lavan LLP

Appearance for (party/designation): Elias Bochner/Appellee, 287 7th Avenue Realty LLC/Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Claude Gabriel Szyfer
Firm: Stroock & Stroock & Lavan LLP
Address: 180 Maiden Lane, New York, NY 10038
Telephone: 212-806-5934           Fax:
Email: cszyfer@stroock.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.  The short title, docket number, and citation are:
Melendez v. City of New York, 20-4238,  Melendez v. City of New York, 16 F.4th 992 (2d Cir. 2021).
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 07-21-2005 OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Claude Szyfer
Type or Print Name: Claude Szyfer
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.