# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Melendez v. City of New York  Docket No.: 23-683

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David Kahne

Firm: Stroock & Stroock & Lavan LLP

Address: 180 Maiden Lane, New York, NY 10038

Telephone: 212-806-6419  Fax:

E-mail: dkahne@stroock.com

Appearance for: Elias Bochner/Appellee, 287 7th Avenue Realty LLC/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Claude Gabriel Szyfer/ Stroock & Stroock & Lavan LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10-20-21  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ David Kahne

Type or Print Name: David Kahne