# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Melendez v. City of New York**  Docket No.: **23-683**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Darya Anichkova**

Firm: **Stroock & Stroock & Lavan LLP**

Address: **180 Maiden Lane, New York, NY 10038**

Telephone: **212-806-1308**  Fax:

E-mail: **danichkova@stroock.com**

Appearance for: **Elias Bochner/Appellee, 287 7th Avenue Realty LLC/Appellee**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: ____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Claude Gabriel Szyfer / Stroock & Stroock & Lavan LLP** )
(name/firm)

☐ Amicus (in support of: ____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **10-20-2021**  OR

☐ I applied for admission on ____ .

Signature of Counsel: **/s/ Darya Anichkova**

Type or Print Name: **Darya Anichkova**