UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May two thousand and twenty-three,

_____

| | |
|---|---|
| Elias Bochner, 287 7th Avenue Realty LLC, | **ORDER** |
| Plaintiffs - Appellees, | Docket No: 23-683 |
| Marcia Melendez, Jarican Realty Inc., 1025 Pacific LLC, Ling Yang, Top East Realty LLC, Haight Trade LLC, | |
| Plaintiffs, | |
| v. | |
| City of New York, a municipal entity, Mayor Eric L. Adams, as Mayor of the City of New York, Commissioner Louise Carroll, Commissioner of New York City Department of Housing Preservation & Development, Commissioner Jonnel Doris, Commissioner of New York City Department of Small Business Services, | |
| Defendants - Appellants. | |

_____

Counsel for Appellants Eric L. Adams, Louise Carroll, City of New York and Jonnel Doris, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 8, 2023, as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before August 8, 2023.If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default. The appeal is dismissed effective August 8, 2023, if the brief is not filed by that date.

A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court