# 23-683

## United States Court of Appeals
## for the Second Circuit

ELIAS BOCHNER, 287 7ᵀᴴ AVENUE REALTY LLC,

*Plaintiffs-Appellees,*

MARCIA MELENDEZ, JARICAN REALTY INC., 1025 PACIFIC LLC, LING YANG, TOP EAST REALTY LLC, HAIGHT TRADE LLC,

*Plaintiffs,*

*against*

CITY OF NEW YORK, *a municipal entity,*
MAYOR ERIC L. ADAMS, *as Mayor of the City of New York,*
COMMISSIONER LOUISE CARROLL, *Commissioner of New York City Department of Housing Preservation & Development,* COMMISSIONER JONNEL DORIS, *Commissioner of New York City Department of Small Business Services,*

*Defendants-Appellants.*

On Appeal from the United States District Court for the
Southern District of New York

## JOINT APPENDIX
### Volume X of XI (pp. A2437-A2700)

STROOCK & STROOCK & LAVAN LLP
Attorneys for Plaintiffs-Appellees and Plaintiffs
180 Maiden Lane
New York, New York 10038
(212) 806-5400
cszyfer@stroock.com

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
  *of the City of New York*
Attorney for Defendants-Appellants
100 Church Street
New York, New York 10007
(212) 356-2490
jdavies@law.nyc.gov

# INDEX TO VOLUMES

**Page**

Volume I ................................................................................. A1-A266

Volume II ............................................................................... A267-A535

Volume III ............................................................................. A536-A805

Volume IV .............................................................................. A806-A1075

Volume V ............................................................................... A1076-A1346

Volume VI .............................................................................. A1347-A1616

Volume VII ............................................................................. A1617-A1891

Volume VIII ............................................................................ A1892-A2165

Volume IX .............................................................................. A2166-A2436

Volume X ............................................................................... A2437-A2700

Volume XI .............................................................................. A2701-A2862

# TABLE OF CONTENTS

**Page**

Docket Sheet .............................................................................................. A1

Declaration of Stephen P. Younger, Dated July 22, 2020, in
Support of Plaintiffs' Motion for Preliminary Injunctive and
Declaratory Relief, with Selected Exhibits ........................................... A26

    Exhibit 3 -    The New York Times Article, Published
                     May 21, 2020, titled "New Threat to New
                     York City: Commercial Rent Payments
                     Plummet" ................................................ A54

    Exhibit 5 -    Complaint, Dated June 23, 2020, in *The
                     Gap, Inc. and Old Navy, LLC, v. 44-45
                     Broadway Leasing Co., LLC* ................................ A61

    Exhibit 15 -    Chapter 23 Act of the New York State
                     Sessions Laws of 2020, Approved and
                     effective March 3, 2020 ........................................ A88

    Exhibit 17 -    State of New York Executive Order
                     No. 202, Issued March 7, 2020 .............................. A92

    Exhibit 18 -    State of New York Executive Order
                     No. 202.3, Issued March 16, 2020 ........................ A97

    Exhibit 19 -    State of New York Executive Order
                     No. 202.6, Issued March 18, 2020 ...................... A101

    Exhibit 20 -    State of New York Executive Order
                     No. 202.7, Issued March 19, 2020 ...................... A105

    Exhibit 21 -    State of New York Executive Order
                     No. 202.8, Issued March 20, 2020 ...................... A109

    Exhibit 22 -    State of New York Executive Order
                     No. 202.16, Issued April 12, 2020 ...................... A113

Exhibit 23 -   State of New York Executive Order
              No. 202.28, Issued May 7, 2020 ......................... A117

Exhibit 24 -   State of New York Executive Order
              No. 202.38, Issued June 6, 2020 ........................ A122

Exhibit 25 -   State of New York Executive Order
              No. 202.48, Issued July 6, 2020 ......................... A126

Exhibit 26 -   Chapter 125 Act of the New York State
              Sessions Laws of 2020, Approved and
              Effective June 17, 2020 ....................................... A131

Exhibit 27 -   Chapter 127 Act of the New York State
              Sessions Laws of 2020, Approved and
              Effective June 30, 2020 ....................................... A135

Exhibit 31 -   Transcript of the City of New York City
              Council Stated Meeting,
              Dated May 13, 2020 ............................................ A139

Exhibit 32 -   Press Release of the New York City
              Council, Dated April 21, 2020, titled
              "New York City Council Announces
              COVID-19 Legislative Relief Package To
              Be Introduced on Wednesday" ........................... A218

Exhibit 33 -   Transcript of the Committee on Housing
              and Buildings Jointly with the
              Committee on Consumer Affairs and
              Business Licensing, Dated April 28, 2020 .......... A228

Exhibit 34 -   Transcript of the Committee on Small
              Business Jointly with the Committee on
              Consumer Affairs and Business
              Licensing, Dated April 29, 2020 ........................ A373

Exhibit 35 -   Committee Report of the Infrastructure
              and Governmental Affairs Divisions,
              Dated April 28, 2020 ............................................ A664

Exhibit 36 -   Briefing Paper and Committee Report of
the Governmental Affairs Division,
Dated April 29, 2020 ............................................ A679

Exhibit 37 -   Committee Report of the Governmental
Affairs Division, Dated May 13, 2020 ................. A759

Exhibit 38 -   Committee Report of the Infrastructure
Division, Dated May 13, 2020 ............................. A816

Exhibit 41 -   NYC's Nightlife Economy Impact, Assets,
and Opportunities Report, Commissioned
by The Mayor's Office of Media and
Entertainment ...................................................... A823

Exhibit 44 -   Small Business First Report, Better
Government, Stronger Businesses ...................... A905

Declaration of Santo Golino, Dated July 22, 2020,
in Support of Plaintiffs' Motion for a Preliminary Injunction,
with Annexed Exhibits ......................................................... A955

Exhibit A -   Curriculum Vitae of
Golino Law Group PLLC ..................................... A989

Exhibit B -   List of Materials and Sources ............................ A994

Declaration of Elias Bochner, Dated August 25, 2020,
in Support of Plaintiffs' Motion for Preliminary Injunctive
and Declaratory Relief ....................................................... A1000

Amended Complaint, Dated September 2, 2020 ............................ A1006

Order, Dated September 4, 2020 ....................................................... A1073

Transcript of Videoconference Oral Argument Proceedings,
Dated September 11, 2020 ................................................ A1076

Answer to Amended Complaint, Dated March 7, 2022 ................... A1137

Plaintiffs' Notice of Motion for Summary Judgment,
Dated March 28, 2022 ........................................................ A1188

Plaintiffs' Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion for Declaratory Relief,
Dated March 28, 2022 ........................................................ A1191

Letter, Dated April 11, 2022, from Pamela A. Koplik
and Scali Riggs to Hon. Ronnie Abrams,
with Additional Document ................................................. A1201

Letter, Dated July 22, 2022, from Claude G. Szyfer
to Hon. Ronnie Abrams ..................................................... A1213

Defendants' Notice of Cross-Motion for Summary Judgment,
Dated September 23, 2022 ................................................. A1216

Defendants' Rule 56.1 Statement of Material Undisputed
Facts in Support of Their Cross-Motion for Summary
Judgment, Dated September 23, 2022 ............................... A1219

Declaration of Pamela A. Koplik, Dated September 23, 2022,
in Support of Defendants' Cross-Motion for Summary
Judgment and in Opposition to Plaintiffs' Motion for
Summary Judgment and Declaratory Relief,
with Selected Exhibits ....................................................... A1254

    Exhibit A -   Local Law Int. No. 1932,
                      Effective Date April 20, 2020 ........................... A1263

    Exhibit B -   Transcript of Stated Meeting,
                      Dated April 22, 2020 ......................................... A1270

    Exhibit C -   Briefing Paper and Committee Report of
                      the Governmental Affairs Division,
                      Dated April 29, 2020 ......................................... A1370

Exhibit D -   Transcript of the Committee on Small
              Business Jointly with the Committee on
              Consumer Affairs and Business
              Licensing, Dated April 29, 2020........................ A1449

Exhibit F -   Local Law Int. No. 1932-A,
              Effective Date May 5, 2020  ............................. A1739

Exhibit G -   Plain Language Summary
              Local Law Int. No. 1932-A................................ A1743

Exhibit H -   Committee Report of the Governmental
              Affairs Division, Dated May 13, 2020............... A1745

Exhibit I -   Transcript of the Committee on Small
              Business, Dated May 13, 2020 .......................... A1801

Exhibit J -   Transcript of the City Council Stated
              Meeting, Dated May 13, 2020 ........................... A1814

Exhibit K -   Letter, Dated May 26, 2020, from Paul
              Ochoa to Hon. Michael McSweeney.................. A1892

Exhibit L -   Local Law 55 of the City of New York
              for the Year 2020................................................ A1895

Exhibit M -   Local Law Int. No. 2083..................................... A1900

Exhibit N -   Plain Language Summary
              Local Law Int. No. 2083..................................... A1902

Exhibit O -   Transcript of the Committee on Small
              Business, Dated September 14, 2020 ............... A1904

Exhibit P -   Testimony of Public Advocate Jumaane
              D. Williams to the New York City
              Council Committee on Small Business
              Hearing, Dated September 14, 2020................. A2017

Exhibit Q - Committee Report of the
Governmental Affairs Division,
Dated September 14, 2020 ................................ A2054

Exhibit R - Transcript of the Stated Meeting,
Dated September 16, 2020 ................................ A2069

Exhibit S - Proposed Local Law Int. No. 2083-A,
Effective Date September 15, 2020 ................... A2150

Exhibit T - Plain Language Summary
Local Law Int. No. 2083-A ................................ A2156

Exhibit U - Transcript of the Committee on Small
Business, Dated September 23, 2020 ............... A2158

Exhibit V - Committee Report of the
Governmental Affairs Division,
Dated September 23, 2020 ................................ A2166

Exhibit W - Local Law Int. No. 2083-A,
Effective Date September 15, 2020 ................... A2185

Exhibit X - Transcript of the City Council Stated
Meeting, Dated September 23, 2020 ................. A2191

Exhibit Y - Letter, Dated September 28, 2020,
from Paul A. Ochoa
to Hon. Michael McSweeney ............................ A2262

Exhibit Z - Local Law No. 98 of the City of New York
for the Year 2020 ............................................. A2264

Exhibit AA - Preconsidered Local Law Int. No. 2243,
Effective Date March 10, 2021 .......................... A2271

Exhibit BB - Plain Language Summary
Local Law Int. No. 2243 .................................... A2276

Exhibit CC - Transcript of the Committee on Small
Business, Dated March 17, 2021 ...................... A2278

Exhibit EE - Committee Report of the
Governmental Affairs Division,
Dated March 17, 2020........................................A2402

Exhibit FF - Transcript of the City Council Stated
Meeting, Dated March 18, 2021.......................A2421

Exhibit GG - Preconsidered Local Law Int. No. 2243-A,
Effective Date March 10, 2021..........................A2508

Exhibit HH - Plain Language Summary
Local Law Int. No. 2243-A................................A2514

Exhibit II - Transcript of the Committee on Small
Business, Dated March 25, 2021 ......................A2516

Exhibit JJ - Committee Report of the
Governmental Affairs Division,
Dated March 25, 2020........................................A2524

Exhibit KK - Local Law Int. No. 2243-A,
Effective Date March 10, 2021..........................A2543

Exhibit LL - Transcript of the City Council Stated
Meeting, Dated March 25, 2021.......................A2549

Exhibit MM - Local Law No. 50 of the City of New York
for the Year 2021................................................A2690

Declaration of Colby Kalter, Dated September 22, 2022,
in Support of Defendants' Cross-Motion for Summary
Judgment...........................................................................A2696

Defendants' Responses to Plaintiffs' Rule 56.1 Statement of
Undisputed Facts, Dated September 23, 2022 .................A2701

Plaintiffs' Responses to Defendants' Rule 56.1 Statement of
Undisputed Facts, Dated October 14, 2022 .....................A2716

Declaration of Claude G. Szyfer, Dated October 14, 2022, in
Further Support of Plaintiffs' Motion for Summary
Judgment and in Opposition to Defendants' Cross-Motion for
Summary Judgment, with Annexed Exhibits ................................. A2763

    Exhibit 1 -    Email Transmissions, Various Dates,
                 between Tilly Gordon, Steve Leicht
                 and Chaim Simkowitz ...................................... A2766

    Exhibit 2 -    Email Transmissions, Various Dates,
                 between Chaim Simkowitz, Steve Leicht,
                 and Tilly Gordon ................................................ A2772

Reply Declaration of Pamela A. Koplik, Dated October 28,
2022, in Further Support of Defendants' Cross-Motion for
Summary Judgment, with Annexed Exhibits ................................. A2779

    Exhibit A -    Summons and Verified Complaint, Sworn
                 to September 2, 2021, in *287 7th Avenue*
                 *Realty LLC a/k/a 287 7th Avenue, LLC v.*
                 *Grubbs 287 7th Avenue Corp. d/b/a*
                 *Grubbs take away, and Ian Mitchell* ................ A2782

    Exhibit B -    Plaintiffs' Responses and Objections to
                 Defendants' First set of Requests for the
                 Production of Documents,
                 Dated May 6, 2022 ............................................ A2796

Order, Dated November 30, 2022 ...................................................... A2811

Transcript of Oral Argument, Dated December 12, 2022 ................ A2813

Defendants' Notice of Appeal, Dated April 26, 2023 ........................ A2861

COUNCIL MEMBER DARMA DIAZ: Aye on all.

LEGISLATIVE CLERK: Ruben Diaz.

COUNCIL MEMBER RUBEN DIAZ: Aye on all.

LEGISLATIVE CLERK: Dromm.

COUNCIL MEMBER DROMM: Aye.

LEGISLATIVE CLERK: Eugene.

COUNCIL MEMBER EUGENE: I vote aye.

LEGISLATIVE CLERK: Gennaro.

COUNCIL MEMBER GENNARO: yes.

LEGISLATIVE CLERK: Gibson.

COUNCIL MEMBER GIBSON: I vote aye.

LEGISLATIVE CLERK: Gjonaj.

COUNCIL MEMBER GJONAJ: Aye on all.

LEGISLATIVE CLERK: Grodenchik. Council Member Grodenchik. Okay, we'll come back. Council Member Holden.

COUNCIL MEMBER GRODENCHIK: Aye, aye. Can you hear me?

LEGISLATIVE CLERK: Oh. Yes, Council Member Grodenchik, thank you.

COUNCIL MEMBER GRODENCHIK: Okay, thank you.

LEGISLATIVE CLERK: Holden.

COUNCIL MEMBER HOLDEN: Aye.

LEGISLATIVE CLERK: Kallos.

COUNCIL MEMBER KALLOS: Aye.

LEGISLATIVE CLERK: Koo.

COUNCIL MEMBER KOO: Aye.

LEGISLATIVE CLERK: Koslowitz.

COUNCIL MEMBER KOSLOWITZ: Aye.

LEGISLATIVE CLERK: Lander.

COUNCIL MEMBER LANDER: Aye. I mean I was on doors and calls all of the time because the… You know, they…

MAJORITY LEADER CUMBO: Council Member Lander. Trying to help you out.

COUNCIL MEMBER LEVIN: I think he said aye somewhere in there.

COUNCIL MEMBER LANDER: Yes, thanks.

LEGISLATIVE CLERK: Council Member Levin.

COUNCIL MEMBER LEVIN: Aye.

LEGISLATIVE CLERK: Levine. Council Member Levine. Uh, Council Member Louis.

COUNCIL MEMBER LOUIS: Aye.

LEGISLATIVE CLERK: Maisel.

COUNCIL MEMBER MAISEL: Yes.

LEGISLATIVE CLERK: Menchaca.

COUNCIL MEMBER MENCHACA: Aye.

LEGISLATIVE CLERK: Miller.

COUNCIL MEMBER MILLER: Aye.

LEGISLATIVE CLERK: Thank you. Moya.

COUNCIL MEMBER MOYA: I vote aye.

LEGISLATIVE CLERK: Perkins.

COUNCIL MEMBER PERKINS: Aye.

LEGISLATIVE CLERK: Powers.

COUNCIL MEMBER POWERS: Aye.

LEGISLATIVE CLERK: Reynoso.

COUNCIL MEMBER REYNOSO: Aye.

LEGISLATIVE CLERK: Riley.

COUNCIL MEMBER RILEY: Aye.

LEGISLATIVE CLERK: Rivera.

COUNCIL MEMBER RIVERA: Aye.

LEGISLATIVE CLERK: Rodriguez.

COUNCIL MEMBER RODRIGUEZ: (UNIDENTIFIED)

LEGISLATIVE CLERK: Land use call-ups
Council Member Rodriguez.

COUNCIL MEMBER RODRIGUEZ: Aye.

LEGISLATIVE CLERK: Thank you, sir. Rose.

COUNCIL MEMBER ROSE: Aye on all.

LEGISLATIVE CLERK: Rosenthal.

COUNCIL MEMBER ROSENTHAL: Aye.

LEGISLATIVE CLERK: Salamanca.

COUNCIL MEMBER SALAMANCA: I vote aye.

LEGISLATIVE CLERK: Treyger

COUNCIL MEMBER TREYGER: Aye.

LEGISLATIVE CLERK: Ulrich. Vallone.

COUNCIL MEMBER VALLONE: Aye on all.

LEGISLATIVE CLERK: Van Bramer.

COUNCIL MEMBER VAN BRAMER: Aye.

LEGISLATIVE CLERK: Yeger.

COUNCIL MEMBER YEGER: Aye.

LEGISLATIVE CLERK: Thank you. Uh, Council Member Lander.

COUNCIL MEMBER LANDER: Thank you. I apologize for technical difficulties before. I vote aye.

LEGISLATIVE CLERK: Thank you. Uh, Council Member Levine. Matteo. Cumbo.

MAJORITY LEADER CUMBO: I vote aye.

LEGISLATIVE CLERK: Speaker Johnson.

SPEAKER JOHNSON: I vote aye.

LEGISLATIVE CLERK: Today's land use call-ups have a vote of 44 in the affirmative and zero in the negative.

MAJORITY LEADER CUMBO: Thank you. Today's land use call-up is adopted. We will now have communications from Speaker Corey Johnson.

SPEAKER COREY JOHNSON: Thank you Madam Majority Leader. Good afternoon. Welcome to our stated meeting today.

This month we mark the one-year anniversary of COVID-19 bearing down on our city. The loss and devastation that we have experienced over the past 12 months has been truly horrific and we must never forget the lives that have been lost and the pain that has been suffered. Sadly, as of yesterday we count 30,406 New Yorkers killed by COVID-19. These are our friends, Colleagues, family members, and neighbors and as we mark this sad milestone, I also want to remember the unbelievable sacrifice and restraint we saw in our city this past year. It is that strength and that sacrifice that make this the greatest city in the world and I am convinced that New York City will come back stronger than ever.

I also want to send, uh, our, our prayers, my prayers and, and thoughts and I know from the entire Council, uh, to our colleague, Council

Member Jimmy Van Bramer, who you see is wearing a mask. I'm sure he'll talk about why he's doing that, uh, later today in the Stated Meeting and his Chief of Staff, Matt Wallace, both of whom announce they tested positive for COVID-19. We are sending Jimmy out thoughts and prayers and love and want to make sure that he is okay and that his husband Dan is okay, uh, during this hard and difficult time.

This pandemic clearly is not over. We need to stay vigilant. we need to keep wearing our face coverings and maintaining social distancing. We have to keep it up.

Tuesday night we were sickened, absolutely sickened, by the news coming out of Atlanta Georgia. This Brutal attack is an attack on humanity and sadly it follows a pattern of abuse and hate crimes against Asian Americans over the past year that has made them feel more vulnerable than ever. I wish that there was a vaccine against hate. We have made so many strides to battle the virus, but it takes more than a mask and a shot to prevent racist attacks. It takes education. It takes compassion. It takes all of us calling out racist behavior. Discrimination in any form is unacceptable

and we must keep fighting against anti-Asian rhetoric
and anti-Asian hate crimes that happening here in New
York City as well. Our heart goes out to the families
of the victims of this senseless tragedy. Six of the
eight were Asian women and, uh, I believe that this
was a hate crime.

I want to acknowledge the recent death of
someone that many of us knew, disabilities advocate
and activist Edith Prentiss. Edith fought tirelessly
to make city more accessible for all New Yorkers who
testified at the Counsel many, many times and we owe,
uh, her a debt of gratitude.

Uh, we also have a death in the Counsel
family. Uh, June Kallos, the mother of Council Member
Ben Kallos, died on March 10th. Dr. Kallos grew up on
the Upper East Side and was a retired behavioral
therapist who taught psychology at CUNY and our
condolences go out to Ben and his entire family
during this hard time.

Sadly, we have one, uh, line of duty
death today. Uh, Kennie Lessie, an assistance
superintendent in Brooklyn, died on March 5th while
trying to retrieve a neighbor's cell phone in the
elevator machine room. He was 64 years old and as I

do at every Stated Meeting, I want to remember the lives that we've lost to 911-related illnesses. We recently lost retired firefighter Dennis A. Farrell. Retired firefighter George Wilton, he was 69 years old. N.Y.P.D. Detective Brian Malley (SP?), who served the city for 22 years. Retired N.Y.P.D. Officer Gerard Bowden and Correction Officer Connell P. Gallagher who was 62 years old.

Let us pause for a moment of silence for Dr. June Kallos, Edith Prentiss, Kennie Lessie, Dennis Farrell, George Wilton, Brian Malley, Gerard Bowden, Connell Gallagher, and the more than 30,000 lives that we've lost to COVID-19. (PAUSE)

Thank you. I'd also like to acknowledge that we are celebrating Women's History Month. Everyday I'm inspired by the women who make this City Counsel the amazing place that it is and I'd like to give a special shout out to the Council's Women's Caucus for continuing to make sure the needs of women are heard every day. Thank you all.

Now, on to our agenda for today. Out of the Land Use Committee we are voting on the following items 42-11 9th Street special permit and text amendment to include the project area as a new

industrial business incentive area and facilitate a 21 story commercial building with required industrial space in Council Member Jimmy Van Bramer's district. The Council will modify the applications to include reporting requirements.

1620 Cortelyou Road rezoning as modified will facilitate the development of a new nine story mixed-use building with approximately 80 units of housing of which 23 units will be permanently affordable and will include the expansion of a supermarket in Council Member Mathieu Eugene's district.

9114 5th Avenue rezoning will facilitate the development of a new nine story mixed-use building with 50 units of housing including approximately 15 permanently affordable units. The Council will be modifying the zoning for three lots to better reflect the character of the neighborhood and the MIH option to include the workforce option. Council Member Justin Brannan and the community worked for several years with the developer so a hotel would not be built as of right in this rezoning. It is in Council Member Justin Brannan's district.

The Sutter Avenue, East New York Partnership Homes will facilitate the conveyance of a small interior lot, that the city owns, so the homeowner will have ownership of the property in Council Member Inez Barron's district.

91-32 63rd drive rezoning will facilitate the development of a new nine story mixed-use building including approximately 74 units of housing of which 21 units will be permanently affordable in Council Member Karen Koslowitz's district.

245-01 Jamaica Avenue rezoning seeks a zoning map amendment to expand the permanent commercial uses and allow the applicant to apply for a special permit to legalize a physical culture establishment in Council Member Barry Grodenchik's district.

Out of the Finance Committee we will voting on a full 40-year Article 11 property tax exemption for Los Sures HDFC, in Council Member Antonio Reynoso's district in Brooklyn, for the preservation of 124 units of affordable housing.

We will also be voting on the Council's operating budget for fiscal 2022.

Moving on to our legislative agenda. Our first Bill comes out of the committee on health and is a Bill that I proudly sponsor. The Council has done some amazing work protecting our children from lead poisoning, but we won't be satisfied until there are no more cases.

Introduction 864-A will expand the investigation of the Department of Health and Mental Hygiene is required to conduct under existing law whenever it is alerted about a child with elevated lead, lead level.

Under this legislation the Department of Health or another relevant city agency will be required to inspect not just the dwelling unit where a poisoned child resides, but also any daycare, preschool, or nursery school where the child routinely spends ten or more hours per week as well as any park or playground where DOHMH determines that bare soil presents a potential source of lead exposure.

DOHMH will also be required to inspect any apartment with a child under the age of one in the same building as the dwelling unit where the poisoned child resides.

This legislation also requires DOHMH to provide information regarding special education services available from the Department of Education to the parent or guardian of any child, under the age of 18, determined to have an elevated blood lead level and I want to thank from the staff Ze-Emanuel Hailu for his work on that.

Next, we have another lead paint-related Bill. This one out of the Housing and Buildings Committee. Introduction No. 874-A sponsored by Council Member Margaret Chin. It would establish requirements to strengthen interagency communication, tenant notification, and inspections related to lead paint… lead-based paint and lead dust hazards.

This Bill would expand the lead hazard education, referral, and notification practices at the Department of Health and Mental Hygiene and would also require certifications of lead-safe work practices as part of certain permit applications and tenant protection plans. Where the Department of Buildings receives a complaint alleging a violation of lead-safe work practices they will be required to inspect within 24 hours, take dust wipes to determine whether any construction dust is lead contaminated,

an refer these wipes and any other hazardous
condition to the Department of Health and Mental
Hygiene for further analysis and I want to thank from
the staff Austin Branford for his work on that piece
of legislation.

Next, we have two additional… We have an
additional Bill and two resolutions from the health
committee.

The Bill calls for a unified scheduling
system for COVID-19 vaccinations. This is a crucial
step in the COVID-19 fight. Uh, I wish the Bill was
not necessary, but we have to make sure that the
administration improves the vaccination appointment
process. Introduction No. 2236-A sponsored by Council
Member Mark Levine, the Chair of our Health
Committee, will require the Department of Health and
Mental Hygiene or another agency designated by the
Mayor to develop and maintain a website, which
operates a unified scheduling system for COVID-19
vaccinations for all co… cooperating vaccination
locations and providers located in New York City. In
addition, the website would also allow an eligible
user to receive notifications when new vaccination
appointments are available and to preregister for

such appointments, which will ensure that users don't
have to spend great amounts of their time refreshing
the website to find available appointments and from
the staff I want to thank Harbani Ahuja and Sara
Liss.

We also have two resolutions coming out
of the Health Committee. Resolution No. 1535,
sponsored by Council Member Daneek Miller, calls on
the State Legislature to pass, and the Governor to
sign, legislation allowing for the implementation of
the steps outlined in a letter sent by the City
Council's Black, Latino, and Asian Caucus and
Brooklyn Borough President Eric Adams to New York
State Department of Health Commissioner Howard Zucker
and DOHMH Commissioner Dave Chokshi.

The letter demands the expansion of
vaccine eligibility to include those who live zip
codes most impacted by COVID-19. The letter also
calls for the letter also calls for the creation of a
vaccine standby list for residents so individuals can
receive a vaccine that would, otherwise, got to
waste.

In addition to the vaccine distribution
planning steps in the letter, uh, the resolution also

calls on the state to develop a publicly accessible real-time vaccination dashboard, which discloses vaccination data disaggregated by race, ethnicity, gender, age, sexual orientation, employment, and zip code and I want to thank from the staff Em Balkan.

Also, out of the Health Committee we have resolution No. 1529-A sponsored by Council Member Levine, which calls on the State Legislature to pass, and the Governor to sign, legislation to protect the state's safety net providers and special needs plans by eliminating the Medicaid Pharmacy carve-outs. These providers include community health centers, HIV providers, sexual health clinics, many rural hospitals, and other safety net providers. If New York State proceeds with the carve-out safety net providers will lose hundreds of millions of dollars they now use for patient care and the State and Federal Government will instead receive more rebates and again, I want to thank from the staff Em Balkan.

Next, we have two Bills from our Resiliency and Waterfronts Committee.

First, Introduction No. 2092-A, sponsored by Council Member Costa Constantinides, will require the Office of Long-term Planning and Sustainability

to develop climate resiliency design guidelines
informed by both the currently guidelines and the
five-year pilot program evaluating potential
resiliency features in city capital projects. The
Office of Long-term Planning and Sustainability in
consultation with other city agencies, environmental
justice organizations, and members of the public with
expertise in climate resiliency, climate design, the
built environment, engineering, and environmental
justice issues would then use the climate resiliency
design guidelines to develop a climate resiliency
score metric for capital projects.

Such score would account for various
resiliency factors including flooding risks, energy
efficiency, and heat mitigation. Every city capital
project above a threshold construction cost would be
evaluated for its resiliency and be required to meet
or exceed a minimum resiliency score and I want to
thank from the staff Mel Beekman and Jessica
Steinberg Albin.

The second Bill from Resiliency and
Waterfronts Committee is Introduction No. 2198-A
sponsored my Minority Leader Steve Matteo. The Bill
would amend the building code to add additional

freeboard for most newly constructed or substantially improved buildings located in the floodplain providing additional floodproofing and I want to thank Jessica Steinberg Albin from the staff for her work on that Bill.

Next, we have one Bill from our Environmental Protection Committee. Introduction No. 2170-A, sponsored by the Chair, Council Me… Council Member Costa Constantinides, would amend the existing Sustainable Energy Loan Program, which generally limits financing to energy efficiency upgrades made to existing buildings to extend financing to energy efficiency improvements made to new construction, but also defines real property to mean any property, uh, and interest in, which is eligible to be recorded with the City Register or the Office of Richmond County Clerk by the possessor of such interests.

From our Civil Service and Labor Committee we have Resolution No., uh, 7271, sponsored by Council Member Alicka Ampry-Samuel, calling on the State Legislature to pass, and the Governor to sign, State, State Senate Bill, uh, No. S.4170 and its companion Bill in the assembly A.4548, which would authorize an early retirement system as described

above. The Legislation would authorize the creation
of a temporary early retirement program for public
employees who are age 55 or older and who have worked
25 years of service.

    To be eligible for this program an
employee would need to be a member of the New York
City Teachers Retirement Program, the New York City
Board of Education Retirement Program, or the New
York City Employees Retirement Program and I want to
thank Thomas Nath from the staff for his work on that
resolution.

    With that I turn it back to you, Madam
Majority Leader.

    MAJORITY LEADER CUMBO: Thank you so much,
Speaker Johnson, and thank you for all of the work
that you are doing on behalf of all of New Yorker's.

    We will now move into discussion of
General Orders. We will recognize council members who
wish to speak by using the raise hand function in
ZOOM.

    Please wait before you begin your remarks
for our Sergeant-At-Arms to announce he has begun the
countdown clock. The Sergeant-At-Arms will alert you
when your time has expired.

Mr. Parliamentarian, are there council members registered to speak.

PARLIAMENTARIAN POLIVY: Yes, Madam Majority Leader. Council Members Levine, Chin, and Miller.

MAJORITY LEADER CUMBO: Council Member Levine, you may begin.

COUNCIL MEMBER LEVINE:  Thank you so much, Madam Majority Leader and thank you Mr. Speaker for pushing forward this important package of Bills today. I want to speak very briefly on two pieces of legislation that I'm proud to be sponsoring today.

First, as you mentioned, Mr. Speaker, Inro. 2236 would deal with a problem that I know all of you colleagues are well familiar with just how difficult it is to schedule a vaccine appointment online because you have to visit so many different websites with different sign-ups and registrations.

So, this Bill would require a single simple interface, run by the city, where the public can sign up for a vaccination at a variety of providers, Health Department sites, public hospital sites, community clinics, pharmacies, private hospitals, and incentivize as many provider as

possible to participate in the system. It will also
add an important new feature allowing you to
preregister so you can be notified if an appointment
becomes available. That way you don't have to sit and
hit refresh over and over to watch it yourself, but
this will… really will lower barriers for signing up
online. We think it's gonna be a win for equity and
are extremely excited about this.

Secondly, I want to speak about Intro.
1529, which calls on the state to eliminate a
Medicare pharmacy carve-out and this might sound
obscure, but if this goes forward as scheduled in the
weeks ahead it will deal a devastating blow to non-
profit safety net health providers in communities all
over the city who are serving the people that the
main stream medical system is leaving behind whether
its homeless New Yorkers, people with HIV, and other
on the margins.

This would be a devastating blow that
would lead to the closure of thousands of clinics,
the loss of hundreds of jobs, and so we're calling on
the state to, again, eliminate the Medicare pharmacy
carve-out to protect these critical safety net health
services and (UNIDENTIFIED) today again, 1529, uh,

would add momentum to this, to this important effort.
Thank you all so much. Thank you to the staff that
did such hard work on this on the committee, Counsel
Harbani Ahuja who adjusts our list, Policy Analyst Em
Balkan, and Finance Analyst Lauren Hunt. Thank you
again.

MAJORITY LEADER CUMBO: Thank you Council
Member Levine for your leadership. We will now move
on to Council Member Chin followed by Council Member
Miller.

SERGEANT-AT-ARMS MARTINEZ: Time begins.

COUNCIL MEMBER CHIN: Thank you, Majority
Leader.

Uh, first want to thank our Speaker, uh,
for your support and advocacy on this issue. I'm here
to speak about Intro. 874-A and I also want to thank
all of the co-sponsors.

This piece of legislation will strengthen
interagency cooperation when lead is detected during
construction and renovation of residential apartments
and automatically refer children who may have been
exposed to medical providers for appropriate testing.
Fortunately, incidents of lead poisoning have been
steadily decreasing thank to community advocacy and

the passage of lead protection Bills from this
Council, but we are not across the finish line yet.
Even minimal exposure to lead can lead to cause
serious health problems in our children from devel…
developmental issues to chronic fatigue.

Today we take another step forward in the
fight to protect our children from lead exposure and
increase transparency when lead has been found and I
strongly urge my colleagues, uh, to vote yes on this
and I want to thank our Housing Committee Chair, uh,
Council Member Cornegy for this Bill and also the
committee staff Austin Brannan… Au… Austin Branford,
uh, for his hard work and all of the lead safety
advocates especially the Cooper Square Committee for
their persistency and advocacy on this issue. Thank
you.

MAJORITY LEADER CUMBO: Thank you so much
Council Member Chin for your advocacy and now we will
move on to Council Member Miller.

COUNCIL MEMBER MILLER: Thank you, Madam
Majority Leader.

Uh, today this body will vote on
Resolution 1535. A piece of legislation that I am
proud to introduce along with the members of the

BLAC, uh, and, and, and the Brooklyn Borough President. The legislation is months in the making. As my colleagues and I have been advocating for fair and equitable vaccine roll out before the very first dose was ever initiated in the city of New York.

Resolution 1535 calls for the New York State Legislature to pass, and the Governor to sign, legislation that would allow for local Health Departments to implement changes to improve COVID-19 vaccine roll out to meet the needs of communities that were hardest hit by the pandemic.

This legislation would allow the city to tailor its roll out and include the language aimed at prioritizing those who are at risk of health and safety, uh, during the pandemic.

Resolution 1535 includes language calling for immediate implementation of vaccine appointment, standby lists, vaccine hotlines to make appointments in real time. A map of currently operating vaccine distribution sites creates a more seamless accessible vaccination network.

Just this week we celebrated the distribution of three million vaccines here in the city, but this victory remains hallow when you look

at the clear disparities that persists and who is getting access to the vaccine. Whites are still getting inoculated in a far greater proportion than black and brown New Yorkers. In the past several weeks my office and staff have worked to schedule appointments with seniors and others who are having trouble navigating the current system. When it comes to getting tested and getting vaccinated, we know what works popups in community centers, churches, synagogues, and mosques and empowering local organizations to assist in this monumental effort is absolutely ne… necessary. We must continue to prioritize those essential workers that make up…

SERGEANT-AT-ARMS MARTINEZ: Times up.

COUNCIL MEMBER MILLER: our seniors each and every day. I want to thank… once again, I want to express my gratitude for the overwhelming support this body has given this legislation. I'm looking forward to the passage. I want to thank you, Mr. Speaker, for your leadership and, uh, Chair Levine from the Health Committee for helping us navigate this through. Looking forward to the passage. Thank you.

MAJORITY LEADER CUMBO: Thank you so much, Council Member Miller and Mr. Parliamentarian are there any other members who wish to speak at this on the package of legislation that we are about to vote on?

PARLIAMENTARIAN POLIVY: Yes, Council Member Ampry-Samuel.

MAJORITY LEADER CUMBO: Council Member Ampry-Samuel, you may begin.

SERGEANT-AT-ARMS MARTINEZ: Time begins.

COUNCIL MEMBER AMPRY-SAMUEL: Thank you, Madam Majority Leader. Today's resolution supporting the New York State legislation, which will provide a temporary early retirement program for early... for eligible employees who are members of the

PARLIAMENTARIAN POLIVY: Council Member, uh, we're gonna do discussion of resolutions a little bit later...

COUNCIL MEMBER AMPRY-SAMUEL: Oh, I'm sorry about that.

PARLIAMENTARIAN POLIVY: so, we'll call on you then.

COUNCIL MEMBER AMPRY-SAMUEL: Okay, thank you.

PARLIAMENTARIAN POLIVY: No problem and that's it, Madam Majority Leader.

MAJORITY LEADER CUMBO: Thank you so much, Mr. Parliamentarian and, Council Member Alicka Ampry-Samuel, we will be sure to put you first on the docket for, uh, the discussion on resolutions.

At this time, we will now go into the report of special committees.

LEGISLATIVE CLERK: None.

MAJORITY LEADER CUMBO: Reports of standing committees.

LEGISLATIVE CLERK: Report of the committee on Environmental Protection Intro. 2170-A Sustainable Energy Loan Program.

SPEAKER JOHNSON: Amended and Coupled on General Orders.

LEGISLATIVE CLERK: Report on the Committee on Finance pre-considered EMS 291 and Reso. 1569 and 292 and Reso. 1570, Council Budget.

SPEAKER JOHNSON: Coupled on General Orders.

LEGISLATIVE CLERK: Pre-considered LU 742 and Reso. 1571, tax exemption.

SPEAKER JOHNSON: Coupled on General Orders.

LEGISLATIVE CLERK: Report of the committee on health Intro. 864-A lead poisoning investigations.

SPEAKER JOHNSON: Amended and Coupled on General Orders.

LEGISLATIVE CLERK: Intro. 2236-A COVID-19 vaccination scheduling.

SPEAKER JOHNSON: Amended and Coupled on General Orders.

LEGISLATIVE CLERK: Report of the committee on housing and buildings, proposed Intro. 874-A lead pain and construction work.

SPEAKER JOHNSON: Amended and Coupled on General Orders.

LEGISLATIVE CLERK: Report of the committee on land use LU 718 and 719, 1620 Cortelyou Road rezoning.

SPEAKER JOHNSON: Approved with modifications and referred to the City Planning Commission pursuant to Section 197-D of the New York City Charter.

LEGISLATIVE CLERK: LU, excuse me, LU 730 and Reso. 1572, Sutter Avenue-East New York Partnership Homes.

SPEAKER JOHNSON: Coupled on General Orders.

LEGISLATIVE CLERK: LU 735 and Reso. 1573, LU 736 and Reso. 1574, 91-32 63rd Drive Rezoning.

SPEAKER JOHNSON: Coupled on General Orders.

LEGISLATIVE CLERK: LU 737 and Reso. 1575 245-01 Jamaica Avenue Rezoning.

SPEAKER JOHNSON: Coupled on General Orders.

LEGISLATIVE CLERK: Report of the Committee on Resilience and Waterfronts Intros 2092-A and 2198-A Climate resilience design guidelines and floodplain structures.

SPEAKER JOHNSON: Amended and Coupled on General Orders.

LEGISLATIVE CLERK: General Orders Calendar LU 714 and Reso. 1576 and LU 715 and Reso. 1577, 42-11 9th Street Special Permit.

SPEAKER JOHNSON: Coupled on General Orders.

LEGISLATIVE CLERK: General Orders Calendar LU 17 and Reso 1578 and 719 and Reso. 1579, 1620 Cortelyou Road Rezoning.

SPEAKER JOHNSON: Coupled on General Orders.

LEGISLATIVE CLERK: General Orders Calendar LU 78… 727 and Reso. 1580 and 728 and Reso. 1581, 9114 5th Avenue Rezoning.

SPEAKER JOHNSON: Coupled on General Orders and at this time the Clerk to take a roll call vote on all of the items Couple on today's General Order Calendar.

LEGISLATIVE CLERK: Adams.

COUNCIL MEMBER ADAMS: I vote aye.

LEGISLATIVE CLERK: Ampry-Samuel.

COUNCIL MEMBER AMPRY-SAMUEL: I vote aye on all.

LEGISLATIVE CLERK: Ayala.

COUNCIL MEMBER AYALA: I vote aye.

LEGISLATIVE CLERK: Barron.

COUNCIL MEMBER BARRON: I vote aye on all with the exception of 735, 736, 718, 719, 727, and 728 on which I am abstaining.

LEGISLATIVE CLERK: Council Member Barron, to verify you said 718 and 719?

COUNCIL MEMBER BARRON: Yes.

LEGISLATIVE CLERK: Thank you.

COUNCIL MEMBER BARRON: Thank you.

LEGISLATIVE CLERK: Borelli.

COUNCIL MEMBER BORELLI: I vote aye on all. Thank you.

LEGISLATIVE CLERK: Brannan.

COUNCIL MEMBER BRANNAN: Uh, permission to explain my vote.

MAJORITY LEADER CUMBO: Permission granted.

COUNCIL MEMBER BRANNAN: Thank you. I just want to congratulate, uh, my colleagues, uh, Council Member Constantinides and Council Member Matteo for passing their Bill. The first two Bills out of, uh, my still somewhat new Resiliency Committee. Uh, it just shows that climate resilience is not a partisan issue, uh, and I vote aye on all.

MAJORITY LEADER CUMBO: Thank you.

LEGISLATIVE CLERK: Cabrera.

COUNCIL MEMBER CABRERA: Aye.

LEGISLATIVE CLERK: Chin.

COUNCIL MEMBER CHIN: Aye on all.

LEGISLATIVE CLERK: Thank you. Uh, Constantinides.

COUNCIL MEMBER CONSTANTINIDES: (UNIDENTIFIED) my vote.

MAJORITY LEADER CUMBO: Permission granted.

COUNCIL MEMBER CONSTANTINIDES: Thank you, Madam Majority Leader. Uh, first I just want to thank, uh, our Speaker, Corey Johnson. Thank you for your great leadership on everything sustainable and resilient. Uh, we've done a lot of great work together on these two Bills are just a continuation of that. So, thank you for your environmental leadership and making us be more green and more, uh, resilient. Uh, thank you to our, uh, Resiliency Committee Chair, Uh, Justin Brannan as he talks about this isn't a partisan issue. We have to make our city more resilient. Uh, I really want to thank all of the staff Samara Swanston, Jessica Albin, uh, Ricky Chala, uh, Nadia Johnston, Johnathan Seltzer, my counsel Nicholas Rosowski, and I really want to thank the, the Rise to Resilience Coalition, uh, for all of their great, uh, advocacy around resiliency issues.

Particularly around, uh, Bill 2092. Uh, thank you for, you know, being our conscious, our environmental conscious, and continuing to push us forward so will be more resilient and a special shout out to the head of, uh, MOR, uh, Jainey Bavishi and her team, uh, whose guidelines today, uh, were… Have been, you know, more constructed, uh but not mandatory and these guidelines today now for city capital projects will be, will be mandatory.

I look forward to ensuring that our city capital projects, as we build them, uh, we need to start thinking if it's not resilient and it's not sustainable go back to the drawing board and start again because everything we build should be resilient and, and, and with sustainability and resiliency in mind. Thank you very much.

MAJORITY LEADER CUMBO: Thank you.

LEGISLATIVE CLERK: Cornegy.

COUNCIL MEMBER CORNEGY: I vote aye on all.

LEGISLATIVE CLERK: Darma Diaz.

COUNCIL MEMBER DARMA DIAZ: I vote aye on all.

LEGISLATIVE CLERK: Ruben Diaz.

COUNCIL MEMBER RUBEN DIAZ: (UNIDENTIFIED)

LEGISLATIVE CLERK: Thank you. Council Member Dromm.

COUNCIL MEMBER DROMM: Aye, aye.

LEGISLATIVE CLERK: Thank you. Got it. Uh, Eugene.

COUNCIL MEMBER EUGENE: I vote aye.

LEGISLATIVE CLERK: Gennaro.

COUNCIL MEMBER GENNARO: Madam Majority Leader, I wish to speak on my vote.

MAJORITY LEADER CUMBO: Permission granted.

COUNCIL MEMBER GENNARO: I wish to be associated with the remarks from Council Member, uh, Constantinides and, uh, Council Member Brannan, uh, and with that I vote aye on all.

MAJORITY LEADER CUMBO: Thank you.

LEGISLATIVE CLERK: Gibson.

COUNCIL MEMBER GIBSON: Good afternoon. I vote aye on all. Thank you.

LEGISLATIVE CLERK: Gjonaj.

COUNCIL MEMBER GJONAJ: Aye on all.

LEGISLATIVE CLERK: Grodenchik.

COUNCIL MEMBER GRODENCHIK: Aye.

LEGISLATIVE CLERK: Holden.

COUNCIL MEMBER HOLDEN: Aye on all.

LEGISLATIVE CLERK: Kallos.

COUNCIL MEMBER KALLOS: Aye on all.

LEGISLATIVE CLERK: Koo.

COUNCIL MEMBER KOO: Aye on all.

LEGISLATIVE CLERK: Koslowitz.

COUNCIL MEMBER KOSLOWITZ: Aye on all.

LEGISLATIVE CLERK: Lander.

COUNCIL MEMBER LANDER: Request permission to explain my vote.

MAJORITY LEADER CUMBO: Permission granted.

COUNCIL MEMBER LANDER: Thanks so much. First, I just want to express, uh, morning and solidarity to Council Members Chin and Koo. I know this is an impossible time and this whole council has your, your backs and is there with you in your districts.

Uh, uh, I'm gonna vote aye on all except for Land Use No. 727 and 728 and accompanying Resolutions 1580 and 1581. I know my friend, Justin Brannan, has negotiated, uh, for a, a good deal there, but I pledged that I would not vote in favor

of the MIH Work Force option and so, I am voting no
on these, on these items. I vote aye on the rest.

        LEGISLATIVE CLERK: Levin.

        COUNCIL MEMBER LEVIN: I vote aye on all.

        LEGISLATIVE CLERK: Levine. Council Member
Levine. Louis

        COUNCIL MEMBER LOUIS: I vote aye on all.

        LEGISLATIVE CLERK: Maisel.

        COUNCIL MEMBER MAISEL: Yes.

        LEGISLATIVE CLERK: Menchaca.

        COUNCIL MEMBER MENCHACA: Aye on all.

        LEGISLATIVE CLERK: Miller.

        COUNCIL MEMBER MILLER: I vote aye.

        LEGISLATIVE CLERK: Thank you. Moya.

        COUNCIL MEMBER MOYA: I vote aye.

        LEGISLATIVE CLERK: Perkins.

        COUNCIL MEMBER PERKINS: Aye on all.

        LEGISLATIVE CLERK: Powers.

        COUNCIL MEMBER POWERS: Aye on all.

        LEGISLATIVE CLERK: Reynoso.

        COUNCIL MEMBER REYNOSO: Vote aye on all.

        LEGISLATIVE CLERK: Riley.

COUNCIL MEMBER RILEY: I vote aye on all and I would to extend my condolences to my colleague Council Member Kallos on the passing of his mother.

LEGISLATIVE CLERK: Thank you. Rivera.

COUNCIL MEMBER RIVERA: Aye.

LEGISLATIVE CLERK: Rodriguez.

COUNCIL MEMBER RODRIGUEZ: Before, before I ask for permission to explain my vote the big surround (SIC) also include the vote on the Resolution?

MAJORITY LEADER CUMBO: Excuse me?

COUNCIL MEMBER RODRIGUEZ: Is, is what we are voting right now also includes the Resolution? (UNIDENTIFIED) like the one made by Council Member Miller?

MAJORITY LEADER CUMBO: Yes, it is.

COUNCIL MEMBER RODRIGUEZ: So, permission to explain my vote.

MAJORITY LEADER CUMBO: Permission granted.

COUNCIL MEMBER RODRIGUEZ: Thank you, Majority Leader. It has been a great honor to be working with Council Member Miller and you and the rest of the members of the Black and Latino Nation

(UNIDENTIFIED) and especially with the great leaders who (UNIDENTIFIED) issue related to the entirety when it came to the COVID-19. Uh, you know, unfortunately, a lot of people are left especially some leaders. They left the city.

SPEAKER JOHNSON: Coun… Council Member Rodriguez, I'm so sorry. Uh, Majority Leader, we are voting on, uh… We're reading the Resolutions later and we're voting on those later. Just like we told Council Member Ampry-Samuel to wait 'til the end it's the same thing on this Resolution. So, uh, Ydanis, if you could wait to explain when we do the Resolutions later?

COUNCIL MEMBER RODRIGUEZ: I will, I will. Thank you, thank you, uh, Speaker, and, and, and please put me down as we will… As I was only quoting on the Resolution and besides that, you know, before voting I, uh, also ask together with our great leader, Speaker Johnson, you know, all our concerns for all of the attack on the Asian community and we are here as one nation and one city. Letting them know they attack on the Asian, the Jews, on, uh, gay or straight, Latino is a attack on all of us. So, our prayers to the families of those great women who lost

their life and the messages that we would never
tolerate any action of hate toward anyone in our city
and our state and our nation, but with that I vote
aye.

MAJORITY LEADER CUMBO: Thank you, Council
Member Rodriguez and we apologize for the confusion.

LEGISLATIVE CLERK: Council Member Levine.

COUNCIL MEMBER LEVINE: Thank you so much.
Uh, I'll be voting aye on all and, Madam Majority
Leader, I'd also like a motion for unanimous consent
to vote aye on today's Land Use Call-Ups.

MAJORITY LEADER CUMBO: Okay, give me one
moment.

SPEAKER JOHNSON: Are there, are there any
objections, uh, to this unanimous consent? I see no
objections, Madam Majority Leader.

MAJORITY LEADER CUMBO: So, then you may
proceed.

COUNCIL MEMBER LEVINE: Okay, I'll be
voting aye on that as well. Thank you.

MAJORITY LEADER CUMBO: Thank you.

LEGISLATIVE CLERK: Council Member Rose.

COUNCIL MEMBER ROSE: Aye on all.

LEGISLATIVE CLERK: Rosenthal.

COUNCIL MEMBER ROSENTHAL: I vote aye.

LEGISLATIVE CLERK: Salamanca.

COUNCIL MEMBER SALAMANCA: Aye on all.

LEGISLATIVE CLERK: Treyger.

COUNCIL MEMBER TREYGER: Aye.

LEGISLATIVE CLERK: Ulrich.

COUNCIL MEMBER ULRICH: Madam Majority Leader, I ask for unanimous consent to, uh, vote on all of the Land Use items.

MAJORITY LEADER CUMBO: Yes. We will now… At this time, we will ask member if their unanimous consent for Council Member Ulrich to vote at this time. Don't see any objections. You may proceed.

COUNCIL MEMBER ULRICH: It's nice when we all agree. I vote aye on all Land Use Call-Ups and all items on the General Order Calendar and I wish…

MAJORITY LEADER CUMBO: Wow!

COUNCIL MEMBER ULRICH: a happy Passover and a happy Easter to all of my colleagues for whoever they are celebrating.

MAJORITY LEADER CUMBO: Thank you.

COUNCIL MEMBER ULRICH: Thank you.

LEGISLATIVE CLERK: Vallone.

COUNCIL MEMBER VALLONE: Aye on all and a happy Saint Patrick's and Saint Joseph's Day for all of those Joseph's out there. God bless them.

MAJORITY LEADER CUMBO: Thank you.

LEGISLATIVE CLERK: Van Bramer.

COUNCIL MEMBER VAN BRAMER: Permission to briefly explain my vote.

MAJORITY LEADER CUMBO: Permission granted.

COUNCIL MEMBER VAN BRAMER: Thank you. Uh, first, I want to thank the Speaker for, uh, his very kind words earlier and also reaching out. Uh, as I think most people know, the reason I'm wearing the mask is, uh, because I tested positive for COVID on Monday, uh, shortly after my Chief of Staff, Matt Wallace, uh, tested positive as well and obviously my thoughts are with him and his family. Uh, it's been a difficult week for our team. Uh, uh, not only for Matt and his family, but, uh, Deborah Barrington, who is my, uh, longest serving staff member, uh, and my Deputy Chief of Staff, her husband, Ronnie, passed away on, uh… Uh, earlier in the weekend and, uh, Deb has worked with me for 12 years and her husband, uh, Ronnie Barrington, was an amazing man. Uh, they are

legends in the Witbeck houses. Uh, Deb has helped thousands and thousands of people in my district and, uh, Ronnie was so much fun to be with. They were together for over 40 years. Uh, raised, uh, three children, uh, one granddaughter and, uh, the wake and funeral were earlier this week.

So, uh, while I'm thrilled, uh, and touched that so many people have reached out about my, uh, uh, infection with COVID, I want my thoughts and everyone's thoughts to be with Matt Wallace, my Chief of Staff, and his family and also to Deborah Barrington and Ronnie Barrington and the Barrington family, uh, who have suffered such incredible loss this week. We will always miss Ronnie and we send so much love to Deb and her family.

So, with that I aye on all.

MAJORITY LEADER CUMBO: Thank you, Council Member Van Bramer, and our thoughts and prayers are with you at the Council. We'll continue to pray for you, yeah.

LEGISLATIVE CLERK: Council Member Yeger.

COUNCIL MEMBER YEGER: Thank you. Uh, Madam President, may I be excused to explain my vote?

MAJORITY LEADER CUMBO: Permission

granted.

COUNCIL MEMBER YEGER: Thank you. Uh, it's

hard to follow that. Jimmy, I hope you're doing okay,

uh, and I hope you and your family and your staff are

all doing all right.

Uh, uh, thank you very much, Madam

President. This my fourth Council operating budget

that I've had the honor to vote on since my

membership in this body and I've voted no on all, as

I've explained in the past. I think we're spending

too much particularly given that the last budget of

the previous session of the Council was around 16

million dollars less than we are projected to spend

in the next fiscal year, but I would be remiss if I

did not note that this proposed, that we're voting on

today, is lower than any of the previous three in

this session of the Council.

The Speaker successfully cut

approximately nine million dollars from the current

year's budget, the on we're in right now, and nearly

10 million dollars from the proposed spending in the

next fiscal year. This is not an insignificant feat

and I want to very much thank the Speaker for the

incredible work I know he spent on this budget and
his staff. Uh, to recognize the needs of this body,
uh, but to meld it with the fiscal realities facing
this city and, uh, frankly, uh, you know, I've
attending the budget hearings and I've read the
budget documents that, that we've been getting and I
don't believe any other city agency has managed to
successfully cut its budget as much as the Speaker
has cut the budget of the Council of the proposed
operating budget. Incredible work and it deserves
recognition. Uh, so, thank you, Madam President, for
the time. I appreciate it. I vote aye on all, uh,
with the exception of Resolutions 1569 and 1570 on
which I abstain, uh, which is break from my
traditional past of voting no and with that I thank
you.

          MAJORITY LEADER CUMBO: Thank you Council
Member Yeger.

          LEGISLATIVE CLERK: Matteo.

          COUNCIL MEMBER MATTEO: Thank you. uh,
Jimmy, I just want to, uh, let you know that you,
your family, and your staff are all in our thoughts
and prayers. Uh, hope you get better and, uh, thank
you for sharing and, and we're all… You're all in our

prayers. So, uh, we're all thinking about you and your family and staff. Uh, (UNIDENTIFIED) Uh, Madam Majority Leader I'd like to make a motion for unanimous consent to vote on all Land Use Call-Ups.

MAJORITY LEADER CUMBO: Are there any objections from the body? Seeing none, please proceed.

COUNCIL MEMBER MATTEO: Thank you, Madam Majority Leader. I vote aye on all Land Use Call-Ups, I vote aye on all General Orders, and thank my colleagues for all of their support on, uh, the passage of, uh, a Bill that I sponsored today. Uh, thank you.

MAJORITY LEADER CUMBO: Thank you so much.

LEGISLATIVE CLERK: Cumbo.

MAJORITY LEADER CUMBO: I vote aye.

LEGISLATIVE CLERK: Speaker Johnson.

SPEAKER JOHNSON: I vote aye.

LEGISLATIVE CLERK: Okay, all items on today's General Order Calendar have a vote of 47 in the affirmative, zero in the negative, and no abstentions with the exception of the following Bills: Land Use items 735, 736, 718, and 719 with their accompanying Resolutions have a vote of 46 in

the affirmative, zero in the negative, and one
abstention. M 291 and M 292 with their accompanying
Resolutions have a vote of 46 in the affirmative, one
in the negative, and no abstentions and finally, Land
Use items 727 and 728 and their accompanying
Resolutions have vote of 45 in the affirmative, one
in the negative, one abstention, and the revised Land
Use Call-Ups vote is now 47 in the affirmative and
zero in the negative. Thank you.

MAJORITY LEADER CUMBO: Thank you. The
items on today's General Orders Calendar are adopted.
Introduction and reading of Bills.

SPEAKER JOHNSON: All Bills have been
referred to Committees as indicated on today's
agenda.

MAJORITY LEADER CUMBO: Thank you. We'll
now move into the discussion of Resolutions. As a
reminder, please wait until the Sergeant-At-Arms
begins the countdown clock before you begin your
remarks. Mr. Parliamentarian, are there any members
that have signed up and in what order?

PARLIAMENTARIAN POLIVY: Yes, Council
Member Ampry-Samuel is first followed by Council
Member Rodriguez.

MAJORITY LEADER CUMBO: Thank you. Council Member Ampry-Samuel, as promised you are going first.

SERGEANT-AT-ARMS: Time begins.

COUNCIL MEMBER AMPRY-SAMUEL: Thank you, Majority Leader. Is this the appropriate time to talk about earlier…

MAJORITY LEADER CUMBO: Yes, it is.

COUNCIL MEMBER AMPRY-SAMUEL: All right, all right! Uh, thank, thank you so much.

Today's Resolution supporting the New York State legislation, which would provide a temporary early retirement program for eligible employees who are members of the New York Cities retirement system. The proposed legislation would provide member employees who are at least 55 years of age who have served the city of New York for 25 years or more with early retirement benefits from the date it becomes effective.

The significant percentage of eligible employees are those among us who have been celebrated as essential workers for their continuous service to the city during the most trying times of the COVID-19 pandemic. However, these city workers are now at risk of loss of employment because of the on going

economic challenges New York City continues to confront including those challenges we will see over the course of the pandemic. A significant percentage of those eligible employees are currently head of households in the city and work in family communities, 60 percent of whom are black and brown, whose participation in and contributions into the city's retirement system for 25 plus years may be rendered a nullity through layoff at the stroke of a… with the stroke of a pen negated simply as a consequence of our time and the pandemic. So, I ask you to join me in the request to the New York City Legislator that each of these chambers (SIC) pass, and the Governor to sign, S.4170 and its companion Bill A.4548.

Let us take this time and step together to do the right thing on behalf of our city's workers and for our city. Thank you so much, Speaker Johnson, for your leadership in pushing the Reso. and thank you Council Member Miller, who chairs the Civil Service Labor Committee, uh, for your hard work into (UNIDENTIFIED). Thank you.

MAJORITY LEADER CUMBO: Thank you so much and thank you for your passion. At this time, we will now bring it to Council Member Ydanis Rodriguez.

COUNCIL MEMBER RODRIGUEZ: Gracious (UNIDENTIFIED). Uh, it is a great honor to be working. As I said before, we owe the leadership of the Black and Latino nation (UNIDENTIFIED) seeing distribution of equity. How could that happen? Most people were dying they were the first ones. They were Black. They were Latino. They were Asian and at the time when we were starting distributing the vaccine those who (UNIDENTIFIED) New Yorkers were the last ones in getting the vaccine in less numbers.

I am proud to see how we've been making improvements, but there is no doubt that called racism and discrimination and for me having a great honor to be working again with individuals that didn't leave, didn't leave 'til they help somebody. They didn't go to the Hamptons. They just stayed fighting here in the last couple of months like in the bar… barter for work and for me it is an honor to know that we were then standing shoulder-to-shoulder with Council Member Miller as a Co-Chair with a great (UNIDENTIFIED) to be sure minorities (UNIDENTIFIED)

to the vaccine distribution in New York City, but also to address why we got there. Because it's not the first time. It's like every time when we address anything in our city, people, they don't get it that we are still live in a very segregated city. It is about people who live in the (UNIDENTIFIED). They got vaccine more. First time Black, Latino, and Asian got it.

So, I am proud to be here voting on these Resolutions ag... again lead by Council Member Miller. Supported by (UNIDENTIFIED) and I know that working together with them, Brooklyn Borough President, with Speaker Corey Johnson, and the rest of the team we will be addressing the issue of equity when it comes to this treatment and not only the vaccine, but also putting everything that you take to address the

SERGEANT-AT-ARMS: Time is up (SIC).

COUNCIL MEMBER RODRIGUEZ: (UNIDENTIFIED) that took, took... that took more Black, Latino, and Asian and poorest New Yorkers dying in higher numbers. I don't want one New Yorker to die regardless of their social, economic, and (UNIDENTIFIED), but I have issues when our people are dying in the (UNIDENTIFIED) and some people they

don't care about it and they have left our city to go
to the help… So, they, uh, so they help somebody into
the Hamptons. With that I vote aye.

MAJORITY LEADER CUMBO: Thank you so much
Council Member Rodriguez and thank you for your
passion and leadership.

Mr. Parliamentarian, are there any other
members who wish to speak at this time?

PARLIAMENTARIAN POLIVY: No, Madam
Majority Leader.

MAJORITY LEADER CUMBO: Thank you. We'll
now have a voice vote on today's Resolutions. If you
wish to vote against or abstain from either of
today's Resolutions, please notify the Legislative
Documents Unit by email.

I'll now read today's Resolutions into
the record.

Resolution 1529-A calls on the New York
State Legislature to pass, and the Governor to sign,
legislation to protect New York State's safety net
providers and Special Needs Plans by eliminating the
Medicaid pharmacy carve-out. Will all of those in
favor say aye?

COUNCIL MEMBERS: Aye.

MAJORITY LEADER CUMBO: All opposed say nay? Any abstentions? They ayes have it.

Resolution 1535 calls on the New York State Legislature to pass, and the Governor to sign, legislation allowing local health departments to implements changes to improve the COVID-19 vaccine roll out. Will all of those in favor say aye?

COUNCIL MEMBERS: Aye.

MAJORITY LEADER CUMBO: All opposed say nay? Any abstentions? The ayes have it.

Pre-considered Resolution 1563 calls on the New York State Legislature to pass, and the Governor to sign, S.14170/A.4548 authorizing certain and public employers to offer temporary retirement incentives and providing an age 55/25 years temporary retirement incentive for certain public employees.

Will all of those in favor say aye?

COUNCIL MEMBERS: Aye.

MAJORITY LEADER CUMBO: All opposed say nay? Any abstentions? The ayes have it.

We'll now move into General Discussion. As a reminder, please wait until the Sergeant-At-Arms begins the countdown clock before you begin your remarks.

Mr. Parliamentarian, are there any members that wish to speak at this time?

PARLIAMENTARIAN POLIVY: Yes, Council Members Adams, Kallos, and Barron.

MAJORITY LEADER CUMBO: Council Member Adams, you may begin.

SERGEANT-AT-ARMS: Time begins.

COUNCIL MEMBER ADAMS: Thank you so… Thank you so much, Madam Majority Leader.

Uh, first, I'd like to say that I stand in solidarity with the Asian community. In particular with my colleagues, Council Members Chin and Koo.

On February 25th, the la… The day of our last Stated, uh, I was not present for the Stated Meeting. I believe it might've been the first that I've ever missed and on the 25th of February I lost the biggest piece of my heart.

The loss of my mom was completely unexpected. I just want to let my colleagues know that the expedience that your well wishes, your condolences, your love, your thoughts, your texts, your calls, your emails came in to me on that day and subsequent days had meant more to me than you will ever realize. I feel that a part of me is definitely

missing, but also feel fortified in knowing that so many of you are filling many, many places in my heart today.

So, with that I want to thank you colleagues. I want to thank Council staff. I want to thank all of those who may be watching this Stated Meeting, streaming it, or anywhere else, who have sent me your heart-felt love and wishes. My sincerest thanks and appreciation.

Thank you, Madam Majority Leader, for the time.

SPEAKER JOHNSON: We love you, Adrienne, and we're so sorry for the loss. We know how unexpected it was and what a difficult year it has been for you and Jay and your entire family with the loss of your dad and the loss of your mom. It's just… It's too much and, uh, we look forward to hugging you in person when it's safe to do so. So, we're sending you love.

COUNCIL MEMBER ADAMS: Thank you, Mr. Speaker. Can't wait to get those hugs. God bless you. Thank you.

MAJORITY LEADER CUMBO: I too just want to give you a special shout out of love, Council Member

Adams. You have continued to show up, hosting really challenging hearings, and doing interviews on NY1 news and continuing to make herstory within the month of Women's Herstory Month and you have just continued to be such a pillar of strength and inspiration. Our love continues to go out to you. We, we really admire what you have continued to do, but encourage you to take some time to grieve, uh, in the midst of all of this.

At this time, we'll call on Council Member Kallos.

COUNCIL MEMBER KALLOS: Uh, thank you, Adrienne. I'm sharing similar sent… sentiments.

Uh, today I'll be introducing two Bills that respond to the concerns of constituents involving elections and public safety. With exponentially greater numbers of early voters in our city last year, it's clear we need more pole sites, but I also engage community stake holders in the congregation of Siting and Logistics so we won't have a repeat of the five-hour lines that my constituents faced at Wagner Middle School.

Introduction 2239 will create a pole site task force that will review pole sites considered and

used in the 2020 Presidential election and make
recommendations for pole sites for future elections
with membership from relevant city agencies and the
public.

I'm also introducing legislation that
will address concerns of many New Yorkers arising
from the recent use of a Digidog robot by the New
York Police Department. I've always looked up to John
Conner, but don't need to destroy Cyberdyne to stop
the Terminator from becoming a reality. I rooted for
Alex Murphy in Robocop and we can stop OCP from
deploying ED 209 by weaponizing… by making weaponized
robots illegal now. Nerding out aside no one wants to
live in a city that looks and feels like a Black
Mirror Episode.

Introduction 2240 bans the New York
Police Department, NYPD, from using or threatening to
use robots armed with a weapon or to use robots in
any manner that could hurt or cause death to a human
being. We can all see the merits of technologies that
can diffuse a bomb, but need to clearly define what
robotic technology is and what it's acceptable, uh,
use is.

The technology to arm robots already exists and in order to prevent anything like that from happening we have to act now before the technology gets ahead of the laws.

The legislation expands on the Post Act, which the NYPD disobeyed when they started using these digital robots without telling anyone, uh, that the Council passed last year and I'm hoping that folks will sign on to both Bills.

MAJORITY LEADER COMBO: Thank you Council, Member Kallos, and thank you for that very heavy legislative introduction agenda, but I also want to extend my deepest condolences to you on the loss of your mom. Uh, I, I admire you still being able to be as focused as you are on the work at hand and the city of New York and your constituents, but I can just imagine by hearing it in your voice, uh, the pain that you and your family are experiencing at this time. So, on behalf of the entire Council our heart goes out to you, uh, as to the members who are and continue to be in morning and are continuing to grieve, our hearts go out to you as you continue to do this really difficult and challenging work.

So, I thank you and again, my love and
condolences to your family.

Uh, Council Member Barron.

SERGEANT-AT-ARMS: Time begins.

COUNCIL MEMBER BARRON: Thank you. Uh,
just give me a moment. Hopefully my technology is
gonna work. Okay, good.

First, I want to add my voice to those
who have already spoken to send my condolences and
prayer, uh, to all of those who have suffered losses
whether it be from illness or unexpected conditions
or from COVID and just pray that you will
strengthened and encouraged and do want to, uh,
particularly cite Council Member Kallos who recently
suffered the loss of his mom. And to my colleague,
Jimmy Van Bramer, take precautions, as I see you are,
and do everything you need to do to overcome, uh,
this virus.

It is Women's History Month and I just
want to cite one person who is someone that I always
look up to. People oftentimes talk about her and call
her, but there's just one quote that I wanted to
share with you. It's from her book "Unbought and
Unbossed". Quote "I think it's quite well known that

I don't enter most things with the blessings of any
party. Anyone who's followed my political career
knows very keenly that I am the only unbought and
unbossed Politian and I mean that literally. I think
that you've got to recognize that I'm not white, I'm
not male, and that I'm not going to get the blessings
of the power… that I'm not going to get the blessings
of the power structure in this Country. They know I
was not afraid to try a new course in the history of
this Country".

So, as we're looking at the things that
have occurred particularly heightened and highlighted
by the COVID virus pandemic that we're in and
particularly looking at the economic situations and
crisis' that we have to face as we move forward with
this budget, this is an opportunity for us to look at
how we can correct those systemic problems that have
held particular groups of people back and not given
them the equity and the justice that they need either
economically, socially, or through the so-called
Justice system and as we're going to look next week
in session, at the Bill that's going to be presented
for police reform, I encourage us to be bold and to

be analytical and take the right moves in that
regard.

        Thank you so much.

        MAJORITY LEADER CUMBO: Thank you. Mr.
Parliamentarian, are there any other members who wish
to speak at this time?

        PARLIAMENTARIAN POLIVY: Yes, first we're
gonna hear from the Clerk, uh, who is going to
announce the, the call of the vote, uh, from earlier
and then we'll move on to three additional speakers.

        MAJORITY LEADER CUMBO: All right, Mr.
Clerk.

        LEGISLATIVE CLERK: Thank you. Just a
quick revision. On, uh, M 291 and Resolution 1596 and
M 292 with Resolution 1570 the vote is 46 in the
affirmative, zero in the negative, and one
abstention. That's it. Thank you.

        MAJORITY LEADER CUMBO: Thank you.

        PARLIAMENTARIAN POLIVY: The next speakers
who have… The next Council Members who have signed up
to speak are Council Members Grodenchik, Chin, and
Rose.

        MAJORITY LEADER CUMBO: Grodenchik.

        PARLIAMENTARIAN POLIVY: And, and Rose.

MAJORITY LEADER CUMBO: Council Member
Grodenchik.

COUNCIL MEMBER GRODENCHIK: Thank you,
Madam Majority Leader and Mr. Speaker. Uh, I asked
for a time to speak today, uh, to stand with my
Asian-American colleagues and certainly, uh, the over
40 percent of my constituents who are of Asian-
American heritage. Uh, I am the son or the grandson
of immigrants who fled oppression in what is now, uh,
Poland and Russia, uh, to seek a better way of life
here in the United States of America and for the most
part we have been very lucky here. I know from time
to time, uh, my family has, like many families in
this Country, faced discrimination.

But what is going on today, uh, in the
streets of New York and as we have seen, uh, most
tragically recently in the state of Georgia, but not
alone in Georgia, but in many places in the United
States we are seeing the ugliness of hate and my
message to those who, uh, who hate is that you are
fighting a losing battle.

I have grown up in a New York City and
when I grew up in New York City my community, uh, was

much less diverse. You were Irish or Jewish or
Italian or African-American. That was it in my
(UNIDENTIFIED) houses growing up. After we had the
South-Asian kid and there was the Korean kid in my
class as well, uh, but today our great city is much,
much more diverse thanks to the Immigration Acts that
were passed in the 1960s and have lead to an
incredible diversity here.

My community is as diverse as any on
Earth. Uh, Queens prides itself on being the most
diverse place on Earth, uh, and that diversity
succeeds. I've spent most of my professional life in
government and unfortunately from time to time I've
had to go to memorial services and stand against
hate. Uh, not just for Asian-Americans, for African-
Americans, for Jewish-Americans, for gay and lesbian
New Yorkers who were assaulted or worse on the
streets of our city.

My message to those who hate is that you
are failing. You are failing. Take a look at this
beautiful mosaic of my colleagues here in the
Council. Take a look when you walk down the streets
of New York where every other New Yorker is an
immigrant. You are failing and we stand together from

our Speaker, Speaker Johnson, our Majority Leader, Combo, all of my colleagues of various ethnic and pollical persuasions stand up and we rise up against hatred.

Tonight, I will go to the streets of my beloved Flushing to stand with my colleagues, uh, two of whom are Asian-American. My Congresswoman, Grace Meng, and my State Senator, John Liu. I stand with them as they have stood with me and as we have stood with each other across my great borough, my beloved Queens, and across my hometown of New York City.

Hate you're losing. You're gonna continue to lose and one day, may it come speedily in our time, that all of God's children in, in the prophecy of the great Profits of the Bible and our modern Profits like Dr. King, uh, nation will not lift up sword against nation neither will they practice war anymore and let us all say amen.

Thank you, Madam Majority Leader, for the time and the last thing I want to say, uh, to my sister, uh, Miss Adams, and to my brother, Ben Kallos, uh, I am grieving with you on your losses, but I will tell you this, my mother has passed over 10 years ago now and I speak with her every single

day and you will too. God bless each and every one of
you. Thank you.

        MAJORITY LEADER CUMBO: Thank you, Council
Member Grodenchik. That was really beautiful. Thank
you, thank you.

        Uh, at this time, we will go to Council
Member Chin and then followed by Council Member Rose.

        SERGEANT-AT-ARMS: Time begins.

        COUNCIL MEMBER CHIN: Thank you, Madam
Majority Leader. Uh, thank you, Barry. Uh, I just
wanted to express my gratitude and appreciation and
thank you to our Speaker and all of my colleagues,
uh, for standing with us, with the Asian-American
community, uh, to fight against, against the rising
anti-Asian violence across the city and across the
country.

        This is nothing new. I mean this country
has a history of racism, of anti-Asian violence that
we see, uh, but we didn't learn it in the history
and, and I didn't learn about it until I was in
college and that's why I think for us to stand
together to fight against hate, we got to start with
education. We got to make sure that our children
learn about each other's culture and learn about the

history of this country and how we can change it for the better. Uh, there are resources there that my colleagues, you can use, uh, to support your Asian-American constituents, uh, from the Asian-American Federation, Asian-American Bar Association, Commission on Human Rights. There are information that can help protect them, but also to help bystanders to be upstanders and help people to report hate crime and need legislation from our fellow governments on stronger gun control and a stronger legislation against hate crimes and I also hope that in our budget we will reflect the need to really uplift all our communities so that we can have stronger community relations, but also for our youth.

It's so important that we do not cut any of the youth programs because that's where they learn to play with each other and, and make friends with separate ethnic group and we see this across the, the city. So, we got to make sure this budget reflect the action that we can all take to protect not just the Asian-American community, but all our community and uplift everyone. So, I thank you to all of my colleagues for all your support.

MAJORITY LEADER CUMBO: Thank you so much, Council Member Chin, for your leadership and for being such a beacon of strength and hope, but most importantly a strong voice for the Asian-American community and all people.

Uh, at this time, I want to call on Council Member Rose.

COUNCIL MEMBER ROSE: I want to thank, uh, Council Member CHIN for her, her on point moving remarks. Uh, Margaret, you, you've been a stalwart, you've been a leader, but you've not only just been a voice for one community. You've been a voice for all communities and especially our youth and I, I just want to thank you. Uh, I want to thank you so much for your leadership and, and let you know that I and along with others stand with you, uh, and that we have to continue to be vigilant and, uh, and continue to fight hate and, and I'm making that commitment.

Uh, I also wanted to, uh, uh, express my sincere condolences to my colleague, Ben Kallos. uh, having, uh, lost my parents while I was in office, I know how hard it is to, uh, to continue to do what you need to do, uh, and, uh, and be committed to the work that you, you do and, uh, I, I just want to give

you love and support, but I want to thank all of you.
I want to start with Speaker Johnson for loving
tribute that, uh, made to my partner, Emanuel
Braxton, uh, at the last Stated Meeting. Uh, I, I
can't thank you enough for, for the kind words that
you said, uh, about him and, and our relationship.
Uh, and I want to thank all of you for your
expressions of sympathy, the cards, the flower, the
prayers, uh, most, most overwhelming was the love
that, you know, I felt, uh, from my colleagues during
this very tough time. Uh, the love, uh, was
overwhelming and I want you to know its reciprocal
and I, I love you and, uh, and I thank you for all
that you did to help me through, uh, this very trying
time. So, uh, thank you. Thank you, I love you. Thank
you.

SPEAKER JOHNSON: Thank you Debbie. We
know how hard it's been and I loved Manny. He was the
best. So, we're sending you love.

MAJORITY LEADER CUMBO: I just want to
say, Debbie, we… I had an opportunity to attend, uh,
the funeral, uh, for Manny Braxton with Council
Member Rose and let me just say for the entire body,
Council Member Rose gave the most beautiful eulogy

that I have every heard. So, much so that the Pastor almost felt there's nothing more for me to say because you said it all and it really demonstrated, you know, one of the greatest love stories and so, we are so sorry for your loss, but how blessed you are to have been loved in such a wonderful and powerful and very obvious way and I, and I'll leave it at that. So, thank you so much, Debbie, for sharing your love with all of us.

COUNCIL MEMBER ROSE: Thank you, Madam Majority Leader.

MAJORITY LEADER CUMBO: Thank you. Mr. Parliamentarian, are there any other members who wish to speak at this time?

PARLIAMENTARIAN POLIVY: No, there are not.

MAJORITY LEADER CUMBO: Thank you. I will now, uh, at this time…

PARLIAMENTARIAN POLIVY: Madam Majority Leader…

MAJORITY LEADER CUMBO: Yes.

PARLIAMENTARIAN POLIVY:  Council Member Koo.

MAJORITY LEADER CUMBO: Council Member
Koo.

SERGEANT-AT-ARMS: Time begins.

COUNCIL MEMBER KOO: Thank you, Majority
Leader. Thank you, Speaker.

I want to take a moment and use my time
on the floor today to officially denounce for the
record the overwhelming number of racist attack on
Asians throughout the country and especially New
York. In the past month alone, the media reported at
least 14 hate crimes on bias incidents again Asian-
Americans. There is one every two days and those are
the only ones that are reported and reported on.

We grieve for those who were killed in
Atlanta. It was, was clearly an attack on Asian
establishments, not just somebody having a bad day.

We must come together to support the AAPI
community and stop the hate. We have to undo the last
year of scapegoating Asians. When the former
President blame the Chinese virus, he gave the okay
to his followers that it was okay to blame anyone who
look Asian. It is so easy to inflame racial tensions
and cause harm and blame people who don't look like
you.

Now is the time we must heal by coming together, providing resources, sticking up for each other, reporting hate. Almost 4,000 bias incidents and hate crimes have been reported nation-wide in the past 12 months, but we know hate crimes and bias incidents against Asians are often underreported and we encourage anyone who has been a victim of a hate crime or bias incident, incident to report it.

Thank you, Majority Leader. Thank you.

MAJORITY LEADER CUMBO: Thank you Council Member Koo and for all of those who are watching live there are many different rallies, uh, and vigils that will be hosted today, tomorrow, and then entire weekend and I encourage everybody to where ever you are to stand with the Asian community at this time. Your voice is important, your presence is important, uh, and we hope that you'll be able to be there socially distanced with a mask, uh, and safe. So, please find out where a rally is happening, uh, near you.

I'll now call on Speaker Corey Johnson to close today's Stated Meeting.

SPEAKER JOHNSON: I think we have one more speaker, uh, Majority Leader Cumbo.

MAJORITY LEADER CUMBO: I apologize.

SPEAKER JOHNSON: Does Council Member Levin want to speak?

COUNCIL MEMBER LEVIN: Uh, Thank you, Speaker. I just wanted to offer my condolences to, uh, Council Members Koo and Chin. Uh, I stand with the Asian-American community at this time and I also offer my, my condolences to my, my friends and colleagues Council Members Adams, Kallos, and Debbie Rose. Thank you.

SPEAKER JOHNSON: I think we're done, Madam Majority Leader.

MAJORITY LEADER CUMBO: All right, I'll now call on Speaker Corey Johnson to close today's Stated Meeting.

SPEAKER JOHNSON: The Stated Meeting of March 18th, 2021 is hereby adjourned. Thank you very much.

SERGEANT-AT-ARMS: Okay we are off the live. Thank you everyone.

(UNIDENTIFIED): BLAC (SIC) 4 PM briefing. Thank you, Madam Majority Leader.

MAJORITY LEADER CUMBO: Thank you all. Have a good rest of your day.

# A2507

C E R T I F I C A T E

World Wide Dictation certifies that the
foregoing transcript is a true and accurate
record of the proceedings. We further certify that
there is no relation to any of the parties to
this action by blood or marriage, and that there
is interest in the outcome of this matter.



Date _____ May 5, 2021 _____

# A2508

EXHIBIT GG - ANNEXED TO THE DECLARATION OF PAMELA A. KOPLIK
Preconsidered Local Law Int. No. 2243-A, Effective Date March 10, 2021
(pp. A2508-A2513)

REPRODUCED FOLLOWING

# A2509

Preconsidered Int. No. 2243-A

By Council Members Rivera, the Speaker (Council Member Johnson), Constantinides, Kallos, Chin, Rosenthal and Ayala

A Local Law to amend the administrative code of the city of New York, in relation to extending temporary personal guaranty protection provisions for commercial tenants impacted by COVID-19

Be it enacted by the Council as follows:

Section 1. Declaration of legislative intent and findings. a. The council finds and declares that:

1. The city is in the midst of a local, state, and federally declared disaster emergency due to a global pandemic. While the numbers increase daily, the 2019 novel coronavirus, or COVID-19, has killed over 2.5 million people worldwide, over 513,000 people in the United States, and about 47,200 people in New York state. Within the city itself, about 755,000 people have been infected with the disease and more than 29,000 people have likely died because of it.

2. Governments around the world, the country, and the state, including the city, have taken drastic measures to limit the spread of COVID-19. While many of these measures appear to have helped slow the progress of the disease, many have also contributed to a catastrophic impact on the city's economic and social livelihood.

3. For example, as part of the effort to stop the spread of COVID-19, the governor in March 2020 issued executive order numbers 202.3, 202.6, and 202.7. These orders, as subsequently amended and extended through other executive orders, and interpreted through guidance issued by the New York state departments of economic development and health, effectively prohibited restaurants, bars, gyms, fitness centers, movie theaters, non-essential retail stores, barbershops, hair salons, nail salons, tattoo or piercing parlors, and related personal care services from operating with any indoor occupancy.

4. These operational limitations, while necessary to combat the spread of a global pandemic, have contributed to the severe economic damage suffered by the city. For example, the most recently available labor statistics from the New York state department of labor relating to the businesses subject to these orders indicate that:

(a) The city lost 131,300 jobs in the food services and drinking places subsector from February 2020 to December 2020, leaving employment in that subsector down 43.4% in December 2020 compared to December 2019. This includes a loss of 89,000 jobs in the full service restaurants industry between February 2020 and December 2020, which left employment in that industry down 54.4% in December 2020 compared to December 2019.

(b) Within the retail trade sector, the city lost about 25,200 jobs from the clothing stores industry, the furniture and home furnishings stores subsector, and the sporting goods, hobby, book, and music stores subsector between February 2020 and December 2020, which left employment in those industries and subsectors down 49.9%, 27.2%, and 17.6%, respectively, in December 2020 compared to December 2019.

(c) Within the personal and laundry services subsector, which includes barbershops, hair salons, and other personal care businesses, the city lost 19,900 jobs, leaving employment in that subsector down 30.7% in December 2020 compared to December 2019.

5. While businesses may be willing to weather the economic hardships imposed upon them by governmental measures to combat COVID-19 by either staying open or temporarily closing and later reopening, individual owners and other natural persons who personally guarantee the financial obligations of these businesses face a different and more substantial risk than losing revenue and profit. They risk losing their personal assets, including their possessions and even their own homes, transforming a business loss into a devastating personal loss. This is particularly

a risk for small businesses, as the scale of the financial obligations of larger businesses generally renders having a natural person guarantee those obligations impracticable.

6. If these individual owners and natural persons are forced to close their businesses permanently now or to suffer grave personal economic losses like the loss of a home, the economic and social damage caused to the city will be greatly exacerbated and will be significantly worse than if these businesses are able to temporarily close and return or, failing that, to close later, gradually, and not all at once.

7. For the foregoing reasons, the council passed, and the mayor signed, local law number 55 for the year 2020 and local law number 98 for the year 2020, which provided and extended temporary protections to natural persons who personally guarantee the financial obligations of businesses subject to the substantial occupancy limitations imposed by the above-described executive orders issued by the governor. These protections are, however, due to expire on March 31, 2021.

8. As of March 31, 2021, these businesses will have been either prohibited from operating with any indoor occupancy at all, or subject to significant indoor occupancy restrictions, for over 12 months, and it is likely that such significant indoor occupancy restrictions will continue for the foreseeable future as the existing COVID-19 crisis has not yet subsided, new variants of COVID-19 have emerged in the city and elsewhere, and the rate at which the COVID-19 vaccine is being administered in the city indicates that it will take several months at a minimum to vaccinate enough of the population to achieve "herd immunity" to COVID-19 and its variants. As of March 9, 2021, only 623,719 adults in New York city had been fully vaccinated.

9. Extending the duration of the personal liability protections contained within local law number 98 for the year 2020 by three months, as this local law does, is intended to provide these

businesses a reasonable recovery period with a duration that is comparable to the period of time that these businesses were forced to close or operate with significant limitations on indoor occupancy and thereby to provide them with an opportunity to not only survive but also to generate sufficient revenues to defray owed financial obligations.

10. As with local law number 55 for the year 2020 and local law number 98 for the year 2020, this local law does not, nor is it intended to, limit any other lawful remedies that a landlord may be able to seek against a commercial tenant itself, such as bringing suit against that tenant for damages; collecting or offsetting financial obligations by using the revenues, inventory, equipment, or other assets of that tenant; or evicting or declining to renew the lease or rental agreement of that tenant.

b. For the foregoing reasons, the council finds that it is necessary and appropriate to extend the duration of the personal liability protections in local law number 55 for the year 2020 and local law number 98 for the year 2020.

§ 2. Paragraph 2 of section 22-1005 of the administrative code of the city of New York, as added by local law number 98 for the year 2020, is amended to read as follows:

2. The default or other event causing such natural persons to become wholly or partially personally liable for such obligation occurred between March 7, 2020 and [March 31, 2021] June 30, 2021, inclusive.

§ 3. The department of small business services, or another mayoral agency or office designated by the mayor, shall conduct an information and outreach campaign to educate commercial tenants affected by this local law about its protections.

§ 4. This local law takes effect immediately, provided that if it shall have become a law subsequent to March 31, 2021, this local law shall be retroactive to and deemed to have been in full force and effect as of such day.

10:45AM 3/10/21

# A2514

EXHIBIT HH - ANNEXED TO THE DECLARATION OF PAMELA A. KOPLIK
Plain Language Summary Local Law Int. No. 2243-A
(pp. A2514-A2515)

REPRODUCED FOLLOWING

## Plain Language Summary

**Current Introduction Number**:

Int. No. 2243-A

**Prime Sponsors**:

By Council Members Rivera, the Speaker (Council Member Johnson), Constantinides, Kallos, Chin, Rosenthal and Ayala

**Bill Title**:

A Local Law to amend the administrative code of the city of New York, in relation to extending temporary personal guaranty protection provisions for commercial tenants impacted by COVID-19

**Bill Summary**:

**This plain language summary is for informational purposes only and does not substitute for legal counsel. For more information, you should review the full text of the bill, which is available online at legistar.council.nyc.gov.**

The bill would amend Local Law 98 of 2020, which temporarily prohibits the enforcement of personal liability provisions in commercial leases or rental agreements involving certain COVID-19 impacted tenants, to extend this protection from March 31, 2021 to June 30, 2021.

**Effective Date**:

Immediately, provided that if it becomes law after to March 31, 2021, it will be retroactive to and deemed to have been in full force and effect as of such day.

**Legislative Impact**:

☐ **Agency Rulemaking Required**: Is City agency rulemaking required?

☐ **Report Required**: Is a report due to Council required?

☐ **Sunset Date Included**: Does the legislation have a sunset date?

☐ **Council Appointment Required**: Is an appointment by the Council required?

☐ **Other Appointment Required**: Are other appointments not by the Council required?

**Note:** In the full bill text online at legistar.council.nyc.gov, language in proposed consolidated laws that is enclosed by [brackets] would be deleted, and language that is underlined would be new. Language in proposed unconsolidated laws, in contrast, will not have brackets or underlining because it would be entirely new. Consolidation means that the law is placed in the New York City Charter or Administrative Code.

# A2516

EXHIBIT II - ANNEXED TO THE DECLARATION OF PAMELA A. KOPLIK
Transcript of the Committee on Small Business, Dated March 25, 2021
(pp. A2516-A2523)

REPRODUCED FOLLOWING

```
 1                 COMMITTEE ON SMALL BUSINESS           1

 2
      CITY COUNCIL
 3    CITY OF NEW YORK

 4    ------------------------ X

 5    TRANSCRIPT OF THE MINUTES

 6            Of the

 7    COMMITTEE ON SMALL BUSINESS
      ------------------------ X
 8

 9                      March 25, 2021
                        Start:    11:06 a.m.
10                      Recess:   11:16 a.m.

11
      HELD AT:          REMOTE HEARING (VIRTUAL ROOM 1)
12
      B E F O R E:      Mark Gjonaj,
13                      Chairperson

14      COUNCIL MEMBERS:
                        Stephen T. Levin
15                      Bill Perkins
                        Ydanis A. Rodriguez
16                      Helen K. Rosenthal
                        Vanessa L. Gibson
17

18

19

20

21

22

23

24

25
```

```
 1                COMMITTEE ON SMALL BUSINESS          2

 2       SERGEANT AT ARMS:  Cloud is up.

 3       SERGEANT PEREZ:  Back up is rolling.

 4       SERGEANT AT ARMS:  Sergeant Polite, will you

 5   begin the opening?

 6       SERGEANT POLITE:  Thank you. Good morning and

 7   welcome to the Remote Hearing on Small Business.

 8   Will Council Members and staff please turn on your

 9   video at this time.  Thank you.  To minimize

10   disruptions, please place all cellphones and

11   electronics to vibrate.

12       Chair, we are ready to begin.

13       CHAIRPERSON GJONAJ:  Good morning.  I am Council

14   Member Mark Gjonaj, Chair of the Committee on Small

15   Business and I would like to welcome you to our

16   remote vote today on Proposed Intro. 2243.  The

17   COVID-19 crisis presents the greatest threat to the

18   small business economy in modern history.

19       According to a report by the City Comptroller, at

20   least 2,800 small businesses closed permanently

21   between March 1st and July 10th.  Partnership in New

22   York City as many as a one-third of the 230,000 small

23   businesses in New York City will not survive the

24   COVID crisis.

25
```

```
 1                   COMMITTEE ON SMALL BUSINESS            3

 2       According to the opportunity insights, small

 3   business revenues were down over 55 percent in March

 4   2021 in comparison to January 2020.  As small

 5   businesses are experiencing declines in revenue, many

 6   small businesses have been unable to pay their rent.

 7   The Hospitality Alliance served restaurants, bars,

 8   nightclubs and event venues and found that over 90

 9   percent of the respondents could not pay their full

10   December rent.

11       I want to emphasis that many landlords in this

12   city are renegotiating their lease agreements with

13   their tenants in good faith.  Some small businesses

14   may fear however, that their inability to pay rent

15   may leave their landlords to go after their personal

16   assets or property because of the leases that they

17   may have included personal guarantees in.

18       This past spring, the Council voted to prevent

19   this through the passage of Local Law 55, which

20   temporarily prohibited the enforcement of personal

21   liability collisions and some commercial leases.  The

22   City Council extended this vital protection through

23   March 31, 2020 for the passage of Local Law 98.

24

25
```

```
1              COMMITTEE ON SMALL BUSINESS          4

2        Proposed Intro. 2243, which we are voting through

3   Committee today will extend the suspension of these

4   provisions even further through June 30, 2021.

5        I would hope this Administration would follow

6   suit.  As we all know the City has provided loans

7   during COVID to struggling businesses.  These loans

8   include personal guarantees of repayment.  It's

9   ironic that by passing a law which remove the

10  personal liability and part of lease agreements

11  between landlords and tenants but the same personal

12  liability guarantees by including a city sponsored

13  loan agreements to the same struggling small

14  businesses.

15       With that being said, the mass closure of the

16  city's small businesses will leave commercial

17  corridors decimated and unemployment rates high.

18       As the Chair of the Committee on Small Business,

19  it is my priority to ensure our small business sector

20  will reemerge strong after the COVID-19 crisis is

21  over.  I am proud of the work that this Committee in

22  fighting to protect and support the city's mom and

23  pop shots, microbusiness a backbone to this city.

24       With that said, I would like to thank my Chief of

25  Staff Reggie Johnson, Our Legislative Counsel
```

```
                    COMMITTEE ON SMALL BUSINESS              5
 1

 2   Stephanie Jones, Policy Analyst Noah Meixler and

 3   Financial Analyst Aliya Ali for all their hard work

 4   in preparing for this day.

 5       I also want to recognize baby Cecilia, which we

 6   have named as the one for her contributions of moral

 7   support to this Committee and these important

 8   hearings.

 9       Thank you Baby Cecelia.

10       Are we going to have a roll call?

11       COMMITTEE CLERK:  Yes sir.  Good morning, still

12   morning.  William Martin, Committee Clerk roll call

13   vote Committee on Small Business Proposed

14   Introduction 2243-A.  Chair Gjonaj?

15       CHAIRPERSON GJONAJ:  I vote aye.

16       COMMITTEE CLERK:  Rodriguez?  I will come back

17   Council Member Rodriguez.  Council Member Levin?

18       COUNCIL MEMBER RODRIGUEZ:  I am sorry, I am here

19   now.

20       COMMITTEE CLERK:  Yes, Council Member Rodriguez,

21   Introduction 2243—

22       COUNCIL MEMBER RODRIGUEZ:  Aye.

23       COMMITTEE CLERK:  Thank you sir, thank you.

24       COUNCIL MEMBER RODRIGUEZ:  Thank you.

25       COMMITTEE CLERK:  Levin?
```

```
1              COMMITTEE ON SMALL BUSINESS           6

2       COUNCIL MEMBER LEVIN:  Aye.

3       COMMITTEE CLERK:  Rosenthal?

4       COLUNCIL MEMBER ROSENTHAL:  Aye.

5       COMMITTEE CLERK:  Perkins?  One moment, Council

6   Member Perkins?  I can't hear you Council Member.

7   One moment while we try to fix Council Member Perkins

8   audio.

9       SERGEANT AT ARMS:  Billy?

10      COMMITTEE CLERK:  Yeah.

11      SERGEANT AT ARMS:  I have Council Member Perkins

12  on the line on my phone.  Can you call the vote?

13      COMMITTEE CLERK:  Sure, Introduction 2243-A,

14  Council Member Perkins?

15      COUNCIL MEMBER PERKINS:  Aye, thank you.

16      COMMITTEE CLERK:  Thank you.

17      SERGEANT AT ARMS:  Thank you Council Member.

18      COMMITTEE COUNSEL:  By a vote of five in the

19  affirmative, 0 in the negative and no abstentions.

20  The item has been adopted by the Committee.  Thank

21  you.

22      CHAIRPERSON GJONAJ:  Thank you all.  Have a great

23  day.

24      SERGEANT AT ARMS:  Thank you Chair.

25
```

C E R T I F I C A T E

World Wide Dictation certifies that the
foregoing transcript is a true and accurate
record of the proceedings. We further certify that
there is no relation to any of the parties to
this action by blood or marriage, and that there
is interest in the outcome of this matter.



Date ____March 26, 2021_____

# A2524

EXHIBIT JJ - ANNEXED TO THE DECLARATION OF PAMELA A. KOPLIK
Committee Report of the Governmental Affairs Division, Dated March 25, 2020
(pp. A2524-A2542)

REPRODUCED FOLLOWING

<u>Committee on Small Business</u>
Stephanie Jones, Legislative Counsel
Noah Meixler, Legislative Policy Analyst
Aliya Ali, Principal Fiscal Policy Analyst



### THE COUNCIL OF THE CITY OF NEW YORK

**Committee Report of the Governmental Affairs Division**
**Jeffrey Baker, Legislative Director**
**Rachel Cordero, Deputy Director, Governmental Affairs Division**

### COMMITTEE ON SMALL BUSINESS
**Hon. Mark Gjonaj, Chair**

**March 25, 2020**

| | |
|---|---|
| **PROPOSED INT. No. 2243-A** | By Council Members Rivera, the Speaker (Council Member Johnson), Constantinides, Kallos, Chin and Rosenthal |
| **TITLE:** | To amend the administrative code of the city of New York, in relation to extending temporary personal guaranty protection provisions for commercial tenants impacted by COVID-19 |
| **ADMINISTRATIVE CODE:** | Amends § 22-1005 |

## I.       INTRODUCTION

On March 25, 2020, the Committee on Small Business, chaired by Council Member Mark Gjonaj, will hold a vote on Proposed Int. No. 2243-A, by Council Member Rivera and the Speaker (Council Member Johnson), to amend the administrative code of the city of New York, in relation to extending temporary personal guaranty protection provisions for commercial tenants impacted by COVID-19.

The Committee previously heard testimony on the bill during a hearing on March 17, 2021. Those invited to testify at the hearing include representatives of the Department of Small Business Services (SBS), small business advocates, chambers of commerce, Business Improvement Districts (BIDs) and other organizations.

## II.       BACKGROUND

In late December 2019, a new virus, SARS-CoV-2, was detected in Wuhan, China and by January 30, 2020, the World Health Organization (WHO) declared that COVID-19, the disease caused by the SARS-CoV-2 virus, was now a Public Health Emergency of International Concern (PHEIC).[1] As of March 10, 2021, COVID-19 has infected over 118 million people across 219 countries and territories, and has killed over 2.5 million.[2] In the United States alone, there have been nearly 30 million infections and over 520,000 deaths.[3] To date, New York has had over 1.7

---

[1] World Health Organization "Rolling updates on coronavirus disease (COVID-19)", Updated July 31, 2020, available at: https://www.who.int/emergencies/diseases/novel-coronavirus-2019/events-as-they-happen

[2] Worldometer "Countries where COVID-19 has spread", Updated March 10, 2021, available at: https://www.worldometers.info/coronavirus/countries-where-coronavirus-has-spread/.

[3] Johns Hopkins University of Medicine, Coronavirus Resource Center, Updated March 10, 2021, available at: https://coronavirus.jhu.edu/.

million infections and over 48,000 deaths.[4] Over 760,000 infections have occurred within the City itself, and nearly 30,000 City residents have likely died because of the virus.[5]

The progressive nature by which the virus spreads has caused governments across the globe to shut down businesses, schools, religious and cultural institutions, and mandate various levels of social isolation. While this has seemingly helped to limit the spread of the virus, stay-at-home orders have had a catastrophic impact on economic markets, particularly small businesses that thrive from regular contact with their community and neighbors.

### 1. Limitations on City Businesses in Response to COVID-19

In New York, Governor Andrew Cuomo issued a series of executive orders to help stop the spread of SARS-CoV-2. Executive Order 202.3 prohibited all on-premises service by restaurants and bars, and ordered gyms, fitness centers, and movie theaters to cease operations entirely as of March 16, 2020.[6] Drive-in theaters were allowed to open as of May 15, 2020,[7] although indoor, movie theater service remained prohibited. Movie theatres in NYC were allowed to reopen at 25 percent capacity, with no more than 50 people per screen at a time, on March 5, 2021.[8] When New York City entered Phase Two of the Governor's reopening plan on June 22, 2020, restaurants and bars were allowed to begin outdoor dining, however they were unable to

---

[4] "New York Coronavirus Map and Case Count" The New York Times, Updated March 11, 2020, available at: https://www.nytimes.com/interactive/2020/us/new-york-coronavirus-cases.html
[5] "COVID 19: Data", NYC Health, Updated March 11, 2021, Available at: https://www1.nyc.gov/site/doh/covid/covid-19-data-totals.page#summary
[6] Governor Andrew M. Cuomo, *Executive Order No. 202.3: Continuing Temporary Suspension and Modification of Laws Relating to the Disaster Emergency*, March 16, 2020, available at: https://www.governor.ny.gov/news/no-2023-continuing-temporary-suspension-and-modification-laws-relating-disaster-emergency.
[7] Governor Andrew M. Cuomo, *Executive Order No. 202.31: Continuing Temporary Suspension and Modification of Laws Relating to the Disaster Emergency*, May 14, 2020, available at: https://www.governor.ny.gov/news/no-20231-continuing-temporary-suspension-and-modification-laws-relating-disaster-emergency.
[8] Joseph Spector, "NYC movie theaters to reopen next month with mask requirement, social distancing", February 22, 2021, Available at: https://www.usatoday.com/story/entertainment/movies/2021/02/22/ny-movie-theaters-pool-halls-can-open/4550111001/

host any indoor dining until September 30, 2020, at which point the Governor announced they can operate at 25 percent capacity indoors.[9] However, an increase in COVID-19 infections in NYC in the fall led Governor Cuomo to close indoor dining in the City on December 11, 2020.[10] On February 8, 2021, Governor Cuomo announced that indoor dining in NYC could reopen at 25 percent capacity starting on February 12,[11] and indoor dining was then allowed to expand to 35 percent starting on February 26, 2021.[12] On March 10, 2021, Governor Cuomo announced that indoor dining in NYC could expand to 50 percent capacity starting on March 19.[13] On August 17, 2020, the Governor announced that gyms and fitness centers could reopen at 33 percent indoor occupancy across the state, starting August 24, 2020, subject to the assent of local elected officials.[14] However, Mayor de Blasio chose to delay the opening of gyms and fitness centers until September 2, 2020.[15] Thus, by March of 2021, restaurants and bars, gyms, fitness centers and movie theaters will have been either prohibited from serving customers indoors, or subject to significant indoor occupancy restrictions for over 12 months.

---

[9] Governor Andrew M. Cuomo, *Governor Cuomo Announces Indoor Dining in New York City Allowed to Resume Beginning September 30 with 25 Percent Occupancy Limit*, September 9, 2020, available at: https://www.governor.ny.gov/news/governor-cuomo-announces-indoor-dining-new-york-city-allowed-resume-beginning-september-30-25.

[10] Michael Gold, "Indoor Dining Will Shut Down in New York City Again" The New York Times, December 11, 2020, available at: https://www.nytimes.com/2020/12/11/nyregion/indoor-dining-nyc.html

[11] "Governor Cuomo Announces New York City Indoor Dining Can Reopen Early on February 12", February 8, 2021, available at: https://www.governor.ny.gov/news/governor-cuomo-announces-new-york-city-indoor-dining-can-reopen-early-february-12

[12] "Governor Cuomo Announces Nursing Home Visitations to Resume in Accordance with CMS and CDC Guidelines" February 19, 2021, available at: https://www.governor.ny.gov/news/governor-cuomo-announces-nursing-home-visitations-resume-accordance-cms-and-cdc-guidelines

[13] "Governor Cuomo and Governor Murphy Announce Indoor Dining in New York City and New Jersey Will Expand to 50 Percent Capacity Beginning March 19", March 10, 2021, available at, https://www.governor.ny.gov/news/governor-cuomo-and-governor-murphy-announce-indoor-dining-new-york-city-and-new-jersey-will

[14] Governor Andrew M. Cuomo, *Governor Cuomo Announces Gyms and Fitness Centers Can Reopen Starting August 24*, August 17, 2020, available at: https://www.governor.ny.gov/news/governor-cuomo-announces-gyms-and-fitness-centers-can-reopen-starting-august-24.

[15] City of New York, Office of the Mayor, *Transcript: Mayor de Blasio Holds Media Availability*, August 18, 2020, https://www1.nyc.gov/office-of-the-mayor/news/597-20/transcript-mayor-de-blasio-holds-media-availability.

Executive Order 202.7, issued by the Governor on March 19, 2020, restricted the operation of personal care services.[16] Barbershops, hair salons, nail salons, tattoo or piercing parlors, and related personal care services were required to close to the public as of March 21, 2020.[17] Barbershops and hair salons were then allowed to re-open at 50 percent capacity on June 22, 2020, when NYC entered Phase Two of the Governor's reopening plan.[18] Nail salons, tattoo parlors, piercing parlors, and other related personal care services subject to Executive Order 202.7 were allowed to re-open at 50 percent capacity on July 6, 2020, when NYC entered Phase Three of the Governor's reopening plan.[19]  Thus, by the end of March 2021, these businesses will have been fully closed for over three months and open at half capacity for nine months.

With the issuance of the Governor's Executive Order 202.8, which modified Executive Order 202.6, non-essential businesses were closed beginning March 22, 2020.[20] When New York City entered Phase Two on June 22, 2020,[21] many of these non-essential businesses were allowed

[16] Governor Andrew M. Cuomo, *Executive Order No. 202.7: Continuing Temporary Suspension and Modification of Laws Relating to the Disaster Emergency*, March 19, 2020, available at: https://www.governor.ny.gov/news/no-2027-continuing-temporary-suspension-and-modification-laws-relating-disaster-emergency.
[17] Governor Andrew M. Cuomo, *Executive Order No. 202.7: Continuing Temporary Suspension and Modification of Laws Relating to the Disaster Emergency*, March 19, 2020, available at: https://www.governor.ny.gov/news/no-2027-continuing-temporary-suspension-and-modification-laws-relating-disaster-emergency.
[18] *See* New York State, *New York Forward: Phase Two Industries*, available at: https://forward.ny.gov/phase-two-industries, and Governor Andrew M. Cuomo, *Governor Cuomo Announces New York City Cleared by Global Public Health Experts to Begin Phase Two of Reopening Monday*, June 19, 2020, available at https://www.governor.ny.gov/news/governor-cuomo-announces-new-york-city-cleared-global-public-health-experts-begin-phase-two
[19] *See* New York State, *New York Forward: Phase Three Industries*, available at: https://forward.ny.gov/phase-three-industries; and Governor Andrew M. Cuomo, *Governor Cuomo Announces New York City Enters Phase III of Reopening Without Indoor Dining and Subject to State Guidance Today*, July 6, 2020, available at: https://www.governor.ny.gov/news/governor-cuomo-announces-new-york-city-enters-phase-iii-reopening-without-indoor-dining-and#:~:text=in%2045%20Counties-,Governor%20Andrew%20M.,IV%20on%20Wednesday%2C%20July%208
[20] Governor Andrew M. Cuomo, *Executive Order No. 202.8: Continuing Temporary Suspension and Modification of Laws Relating to the Disaster Emergency*, March 20, 2020, available at: https://www.governor.ny.gov/news/no-2028-continuing-temporary-suspension-and-modification-laws-relating-disaster-emergency.
[21] Governor Andrew M. Cuomo, *Governor Cuomo Announces New York City Cleared by Global Public Health Experts to Begin Phase Two of Reopening Monday,* June 19, 2020, available at: https://www.governor.ny.gov/news/governor-cuomo-announces-new-york-city-cleared-global-public-health-experts-begin-phase-two.

to reopen at 50 percent capacity, including retail businesses.[22] As was the case with personal care businesses, non-essential businesses subject to this guidance will have been closed for three months and open at half capacity for nine months by the end of March 2021.

While it has been over a year since businesses in New York City have either been prohibited from operating with any indoor occupancy at all or subject to significant indoor occupancy restrictions, the timeline for when businesses in the City will be able to completely reopen for full customer capacity remains unclear. According to The New York Times, New York City is still an area where residents are at "extremely high risk" for contracting COVID-19.[23] As of March 11, 2021, only 657,110 adult New Yorkers have been fully vaccinated.[24] It may therefore take months to vaccinate enough City residents for the risk of contracting COVID-19 to decrease to the point where COVID-19 related restrictions on businesses are relaxed.

### 2. The Impact on Small Businesses Amid the COVID-19 Crisis

As businesses were subject to operational restrictions and New Yorkers stayed home to stop the spread of the virus, consumer spending declined in the City. In late March 2020, consumer spending dropped 44 percent year-over-year, according to Mastercard.[25] The Manhattan Chamber of Commerce reported that foot traffic in Manhattan at the end of August 2020 was down nearly 40 percent compared to pre-COVID times.[26] According to another August 2020 report by the City

---

[22] *See* New York State, *New York Forward: Phase Two Industries*, available at: https://forward.ny.gov/phase-two-industries.

[23] Eleanor Lutz, Aliza Aufrichtig, Charlie Smart, Albert Sun, Rich Harris and Gabriel Gianordoli, "See Covid-19 Risk in Your County and a Guide for Daily Life Near You", The New York Times, Updated March 10, 2021, available at: https://www.nytimes.com/interactive/2021/us/covid-risk-map.html
map.html?action=click&module=Spotlight&pgtype=Homepage

[24] "COVID-19 Vaccines: All Adults Vaccinated",  NYC Health, Updated March 11, 2021, available at: https://www1.nyc.gov/site/doh/covid/covid-19-data-vaccines.page

[25] "A Call for Action and Collaboration", Partnership for New York City, July 2020, pg. 14 https://pfnyc.org/research/a-call-for-action-and-collaboration/

[26] "Indicators of Progress," Manhattan Chamber of Commerce,  https://www.nycindicators.com/

Comptroller, small business revenues had dropped 26.4 percent since the previous January, ranking New York City 40th among the 52 largest American cities.[27] Opportunity Insights reported that as of February 22, 2021, small business revenues in the City were down around 60 percent in comparison to February of 2020.[28]

The drastic drop in consumer spending in the City and resulting loss in revenue for businesses has made it difficult for business owners to continue paying rent. The Hospitality Alliance surveyed over 400 restaurants, bars, nightclubs, and event venues in New York City about their rent obligations in December. The resulting report found that approximately 92 percent of respondents did not pay their full rent in December, while around 60 percent of landlords did not waive rent payments for restaurants, bars and nightclubs.[29] The current outlook for many small businesses is dire as they experience massive revenue declines but must continue paying the same fixed costs, such as rent, as pre-COVID times. Camilla Marcus, the owner of the restaurant west~bourne in Soho wrote in an op-ed about her business's closure, "Restaurants are universally facing a simple and stark equation: our income has been cut by 75%, but most of our operating costs, including our rent, remain the same. And, there's no end of the tunnel in sight."[30] Over 300 city restaurateurs have since joined a class action lawsuit against the City and the State over the prohibition on serving customers indoors;[31] the NYC Hospitality Alliance has also threatened a

---

[27] "Save Main Street: A Crash Program to Help Save NYC Small Businesses",  New York City Comptroller Scott M. Stringer, August 5, 2020, available at: https://comptroller.nyc.gov/wp-content/uploads/documents/Save_Main_Street_8_5_20.pdf
[28] "Percent Change in Small Business Revenue" Opportunity Insights, available at: https://tracktherecovery.org.
[29] "December 2020 Rent Report", NYC Hospitality Alliance, available at: https://thenycalliance.org/assets/documents/informationitems/Jl65e.pdf .
[30] Camilla Marcus, "I'm closing my restaurant thanks to Covid-19, but it won't be goodbye", CNN, September 3, 2020, https://www.cnn.com/2020/09/03/opinions/westbourne-restaurant-closing-covid-19-marcus/index.html
[31] *See* Luke Fortney, "More than 300 Restaurateurs Sue NYC for $2B over Ongoing Indoor Dining Ban," Eater New York, September 1, 2020, https://ny.eater.com/2020/9/1/21408660/300-restaurateurs-sue-nyc-over-indoor-dining-ban; "Restaurants Sue New York State and NYC for Indoor Dining," Crain's, https://www.crainsnewyork.com/small-business/restaurants-sue-city-and-state-more-2b-over-indoor-dining-ban, Ben Yakas, "Queens Restaurant Leads $2 Billion Indoor Dining Lawsuit against NY," September 1, 2020, Gothamist, https://gothamist.com/food/queens-restaurant-leads-2-billion-indoor-dining-lawsuit-against-ny..

lawsuit.[32] On September 9, 2020, Governor Cuomo announced the indoor dining may resume in New York City beginning September 30, but even then only at 25 percent capacity.[33] As mentioned previously, an increase in COVID-19 infections in New York City in the fall led Governor Cuomo to close indoor dining in the City on December 11, 2020.[34] On February 8, 2021, Governor Cuomo announced that indoor dining in the City could reopen at 25 percent capacity starting on February 12, 2021,[35] and indoor dining was then allowed to expand to 35 percent starting on February 26, 2021.[36] On March 10, 2021, Governor Cuomo announced that indoor dining in the City could expand to 50 percent capacity starting on March 19, 2021.[37]

Because of the high cost of rent and the inability to make adequate revenue, restaurant and other small business owners affected by COVID-19-related restrictions on their operations had urged the Council to extend Local Law 55 of 2020 (Int. No. 1932-A), which protects certain COVID-19-impacted commercial tenants from personal liability when a default of other such event occurs between March 7, 2020 and September 30, 2020. Personal liability provisions in commercial leases may hold a business owner personally responsible if they are unable to pay rent

---

[32] Luke Fortney, "More than 300 Restaurateurs Sue NYC for $2B over Ongoing Indoor Dining Ban," Eater New York, September 1, 2020, https://ny.eater.com/2020/9/1/21408660/300-restaurateurs-sue-nyc-over-indoor-dining-ban; Ben Yakas, "Queens Restaurant Leads $2 Billion Indoor Dining Lawsuit against NY," September 1, 2020, Gothamist, https://gothamist.com/food/queens-restaurant-leads-2-billion-indoor-dining-lawsuit-against-ny.

[33] Governor Andrew M. Cuomo, *Governor Cuomo Announces Indoor Dining in New York City Allowed to Resume Beginning September 30 with 25 Percent Occupancy Limit*, September 9, 2020, available at: https://www.governor.ny.gov/news/governor-cuomo-announces-indoor-dining-new-york-city-allowed-resume-beginning-september-30-25.

[34] Michael Gold, "Indoor Dining Will Shut Down in New York City Again" The New York Times, December 11, 2020, available at: https://www.nytimes.com/2020/12/11/nyregion/indoor-dining-nyc.html

[35] "Governor Cuomo Announces New York City Indoor Dining Can Reopen Early on February 12", February 8, 2021, available at: https://www.governor.ny.gov/news/governor-cuomo-announces-new-york-city-indoor-dining-can-reopen-early-february-12

[36] "Governor Cuomo Announces Nursing Home Visitations to Resume in Accordance with CMS and CDC Guidelines" February 19, 2021, available at: https://www.governor.ny.gov/news/governor-cuomo-announces-nursing-home-visitations-resume-accordance-cms-and-cdc-guidelines

[37] "Governor Cuomo and Governor Murphy Announce Indoor Dining in New York City and New Jersey Will Expand to 50 Percent Capacity Beginning March 19", March 10, 2021, available at, https://www.governor.ny.gov/news/governor-cuomo-and-governor-murphy-announce-indoor-dining-new-york-city-and-new-jersey-will

by threatening the seizure of their personal assets or property.[38] In order to prevent this, an owner must turn in the keys to the property, effectively ending their lease. According to one restaurant owner, "Come September 30… if [Local Law 55] doesn't get extended – [you] might see a massive number of evictions. Evictions will continue to happen at an exponential rate, and I think this will be the specific last straw many restaurateurs are holding onto."[39] The owner predicted that if Local Law 55 is not extended, it would be "a fatal blow to the restaurant industry."[40]Another owner predicted that many restaurants that have not already closed would "giv[e] up, thinking there's no real help at all."[41] The Council extended Local Law 55 through the passage of Local Law 98, which extended the protections offered by Local Law 55 through March 31, 2021.

In addition to paying rent, small businesses have had the added burden of locating and purchasing personal protective equipment (PPE). To both ensure the safety of their employees and create a safe environment for consumers to shop, small business owners have purchased stockpiles of PPE, plexiglass shields, and other safety devices. Restaurants, retail stores, grocery stores, and other establishments have had to retrofit their spaces to abide by the State's reopening guidelines.[42] A recent report by McKinsey concluded that small grocery stores could spend up to 1 percent of their revenue in cleaning products and possible additional labor costs.[43] According to Dr. Susan Bailey, president of the American Medical Association, the dramatic increase in need for PPE will

---

[38] NYC Department of Small Business Services, Comprehensive Guide to Commercial Leasing in New York City, pg. 21, https://www1.nyc.gov/assets/sbs/downloads/pdf/about/reports/commercial-lease-guide-accessible.pdf.
[39] Chris Crowley, "What Is Local Law 1932-A, and Why Are Restaurant Owners So Worried about It?" NY Mag, July 28, 2020, https://www.grubstreet.com/2020/07/local-law-1932-nyc-restaurant-leases.html.
[40] Chris Crowley, "What Is Local Law 1932-A, and Why Are Restaurant Owners So Worried about It?" NY Mag, July 28, 2020, https://www.grubstreet.com/2020/07/local-law-1932-nyc-restaurant-leases.html.
[41] Chris Crowley, "What Is Local Law 1932-A, and Why Are Restaurant Owners So Worried about It?" NY Mag, July 28, 2020, https://www.grubstreet.com/2020/07/local-law-1932-nyc-restaurant-leases.html.
[42] Courtenay Brown, "Small businesses are drowning in coronavirus expenses" Axios, July 27, 2020, https://www.axios.com/small-business-coronavirus-expenses-87b59746-7a44-45e8-b1d9-3c6e56735b1a.html
[43] André Dua, Deepa Mahajan, Lucienne Oyer, and Sree Ramaswamy, "US small-business recovery after the COVID-19 crisis" McKinsey & Company, July 7, 2020, https://www.mckinsey.com/industries/public-and-social-sector/our-insights/us-small-business-recovery-after-the-covid-19-crisis

continue to be a problem for "churches, schools, businesses, everyone that's trying to reopen needs PPE, and we're all competing for the same small supply."[44] To assist small businesses in this effort, the City has been distributing free face coverings for reopening businesses of 100 employees or less.[45] Additionally, the City has created an online, searchable directory of PPE suppliers.[46]

Thousands of small businesses have closed in New York due to their inability to continue paying their fixed costs such as rent and the new safety COVID-related equipment they must purchase. In his May 22nd press conference, Governor Cuomo reported that over 100,000 small businesses have closed across the State since the pandemic began.[47] According to the City Comptroller report, at least 2,800 small businesses closed permanently between March 1st and July 10th.[48] Partnership for New York City predicts that as many as a third of the 230,000 small businesses in New York City may never reopen.[49]

As small businesses have shut their doors, the livelihoods they generate for both employees and business owners have drastically decreased. The unemployment rate in the City, at 11.4 percent as of December 2020,[50] was over 7.5 percentage points higher than the previous December,[51] and may continue to be high even after the pandemic subsides as thousands of small

---

[44] Joel Rose, "Yep, Masks And Protective Gear Are Still Hard To Get — Especially For Small Buyers" NPR wNYC, August 19, 2020,  https://www.npr.org/2020/08/19/903612006/yep-masks-and-protective-gear-are-still-hard-get-especially-for-small-buyers

[45] NYC Business, "Free Face Coverings for Small Businesses & Their Employees," (last accessed on September 8, 2020), available at: https://www1.nyc.gov/nycbusiness/article/free-face-coverings.

[46] "PPE + Reopening Supplies Marketplace" (last accessed on September 8, 2020), available at: https://maiic.nyc/reopening-supplies/.

[47] "Andrew Cuomo New York May 22 COVID-19 Press Conference Transcript" https://www.rev.com/blog/transcripts/andrew-cuomo-new-york-may-22-covid-19-press-conference-transcript

[48] "Save Main Street: A Crash Program to Help Save NYC Small Businesses",  New York City Comptroller Scott M. Stringer, August 5, 2020, available at: https://comptroller.nyc.gov/wp-content/uploads/documents/Save_Main_Street_8_5_20.pdf

[49]  "A Call for Action and Collaboration", Partnership for New York City, July 2020, pg. 4, https://pfnyc.org/research/a-call-for-action-and-collaboration/.

[50] New York State Department of Labor, "NYS Unemployment Rate Falls to 8.2% in December 2020", January 21, 2021, available at:https://labor.ny.gov/stats/pressreleases/pruistat.shtm#:~:text=In%20August%2C%20the%20statewide%20unemployment,from%2013.1%25%20to%209.9%25.

[51] Id.

businesses might permanently close. Labor statistics from the New York State Department of Labor indicate that employment in the "Food Services and Drinking Places" industries are down 43.4 percent in December 2020 as compared to December 2019,[52] and employment in "Full Service Restaurants" is down 55.3 percent.[53] From February 2020 to December 2020, the City lost over 131,000 jobs in the food services and drinking subsector.[54]

According to the Department of Labor report, many "Retail Trade" businesses are also down. For example, employment in "Clothing Stores" is down 49.9 percent.[55] Employment in "Furniture and Home Furnishings Stores" is down 27.3 percent,[56] and in "Sporting Goods, Hobby, Book, and Music Stores," it is down 17.6 percent.[57] The increase in unemployment in these retail sectors led the City to lose around 25,200 jobs between February 2020 and December 2020.[58] Employment in the "Personal and Laundry Services" subsector, which includes barbershops, hair salons, and the other personal care businesses, is down 30.7 percent.[59] Between February 2020 and December 2020, the industry lost 19,900 jobs.[60]

A May 2020 report from the New York City Independent Budget Office projected that a total of 115,000 leisure and hospitality jobs would be lost by October 2020,[61] and that even if

---

[52] *See* New York State Department of Labor, *Labor Statistics for the New York City Region: NYC Current Employment Statistics (CES) Latest Month*, available at: https://www.labor.ny.gov/stats/nyc/ (last accessed on March 10, 2020).

[53] *Id.*

[54] *See* New York State Department of Labor, *Labor Statistics for the New York City Region: NYC Current Employment Statistics (CES) history*, available at: https://www.labor.ny.gov/stats/nyc/

[55] *Id.*

[56] *Id.*

[57] *Id.*

[58] *See* New York State Department of Labor, *Labor Statistics for the New York City Region: NYC Current Employment Statistics (CES) history*, available at: https://www.labor.ny.gov/stats/nyc/

[59] *See* New York State Department of Labor, *Labor Statistics for the New York City Region: NYC Current Employment Statistics (CES) Latest Month*, available at: https://www.labor.ny.gov/stats/nyc/ (last accessed on March 10, 2020).

[60] *See* New York State Department of Labor, *Labor Statistics for the New York City Region: NYC Current Employment Statistics (CES) history*, available at: https://www.labor.ny.gov/stats/nyc/

[61] New York City Independent Budget Office, *Tumbling Tax Revenues, Shrinking Reserves, Growing Budget Gaps: New York City Faces Substantial Fiscal Challenges in the Weeks and Months Ahead*, May 2020, pg. 5, available at:

distancing restrictions are relaxed, industries with "strong ties to tourism," such as hospitality, would continue to lose jobs due to a decline in foreign tourists.[62] A Partnership for New York City report from July 2020 classifies an estimated 679,000 accommodation and food service jobs as vulnerable to loss – the most of any sector in the city – 58 percent coming from small businesses that employ fewer than 100 people.[63] The closure of City businesses will leave households "struggling to feed their families and pay rent," [64] and the impact of job loss in the City may disproportionately affect Black, Hispanic and Asian residents. The report estimates that 40-50 percent of jobs held by people of color are at risk of loss,[65] as opposed to 30 percent for white residents.[66] The survival of the small business economy is essential to ensure the City can have a strong, equitable economic recovery from the financial collapse caused by the pandemic.

## IV.    LEGISLATIVE ANALYSIS

**Proposed Int. No. 2243-A, A Local Law to amend the administrative code of the city of New York, in relation to extending temporary personal guaranty protection provisions for commercial tenants impacted by COVID-19**

Section one of the bill sets forth the Council's legislative findings and intent. Section two of the bill would amend Local Law 98 of 2020, which had in turn amended Local Law 55 of 2020,

---

https://ibo.nyc.ny.us/iboreports/tumbling-tax-revenues-shrinking-reserves-growing-budget-gaps-new-york-city-faces-substantial-fiscal-challenges-in-the-weeks-and-months-ahead-may-2020.pdf.

[62] *Id.* at pg. 6.

[63] "A Call for Action and Collaboration", Partnership for New York City, July 2020, pg. 34, https://pfnyc.org/wp-content/uploads/2020/07/actionandcollaboration.pdf. *See also* McKinsey & Company, "Lives and livelihoods: Assessing the near-term impact of COVID-19 on US workers", April 2, 2020, https://www.mckinsey.com/industries/public-and-social-sector/our-insights/lives-and-livelihoods-assessing-the-near-term-impact-of-covid-19-on-us-workers (projecting that the food services industry has the highest number of vulnerable jobs nationwide – Exhibit 3).

[64] "A Call for Action and Collaboration", Partnership for New York City, July 2020, pg. 58, https://pfnyc.org/wp-content/uploads/2020/07/actionandcollaboration.pdf

[65] "Jobs at risk" is calculated in the report as a percentage equal to the number of vulnerable jobs by race over the total employment figures by race. The percentage of jobs at risk for Asian and Black city residents is about 40%; for Hispanic residents, the percentage is about 50%.

[66] "A Call for Action and Collaboration", Partnership for New York City, July 2020, pg. 58, https://pfnyc.org/wp-content/uploads/2020/07/actionandcollaboration.pdf

by extending the time period during which the laws' protections would apply. This bill would therefore temporarily prohibit the enforcement of personal liability provisions in commercial leases or rental agreements, or relating to such leases or agreements, involving certain COVID-19 impacted tenants if the default or other event causing the natural person to be liable occurred between March 7, 2020 and June 30, 2021. Local Law 98 had established that such protections applied if the default or other event occurred up until March 31, 2021, extended from Local Law 55's end date of September 30, 2020.

The local laws that would be extended by this bill provide protection to businesses that have been impacted by mandated closures and service limitations in the Governor's Executive Orders, as extended. Specifically, the local laws cover (1) businesses required to stop serving food or beverages on-premises or to cease operations altogether under Executive Order Number 202.3 issued by the Governor on March 16, 2020; (2) non-essential retail businesses subject to in-person limitations under guidance issued by the New York State Department of Economic Development pursuant to Executive Order Number 202.6 issued by the Governor on March 18, 2020; and (3) businesses required to close to the public under Executive Order Number 202.7 issued by the Governor on March 19, 2020. Threatening to or attempting to enforce a personal liability provision is also considered an illegal form of commercial tenant harassment under the local laws.

Additionally, the local laws require SBS, or another agency or office designated by the mayor to conduct an information and outreach campaign in order to educate commercial tenants affected by the legislation about the laws' protections.

Proposed Int. No. 2243-A

By Council Members Rivera, the Speaker (Council Member Johnson), Constantinides, Kallos, Chin and Rosenthal

A Local Law to amend the administrative code of the city of New York, in relation to extending temporary personal guaranty protection provisions for commercial tenants impacted by COVID-19

Be it enacted by the Council as follows:

Section 1. Declaration of legislative intent and findings. a. The council finds and declares that:

1. The city is in the midst of a local, state, and federally declared disaster emergency due to a global pandemic. While the numbers increase daily, the 2019 novel coronavirus, or COVID-19, has killed over 2.5 million people worldwide, over 513,000 people in the United States, and about 47,200 people in New York state. Within the city itself, about 755,000 people have been infected with the disease and more than 29,000 people have likely died because of it.

2. Governments around the world, the country, and the state, including the city, have taken drastic measures to limit the spread of COVID-19. While many of these measures appear to have helped slow the progress of the disease, many have also contributed to a catastrophic impact on the city's economic and social livelihood.

3. For example, as part of the effort to stop the spread of COVID-19, the governor in March 2020 issued executive order numbers 202.3, 202.6, and 202.7. These orders, as subsequently amended and extended through other executive orders, and interpreted through guidance issued by the New York state departments of economic development and health, effectively prohibited restaurants, bars, gyms, fitness centers, movie theaters, non-essential retail stores, barbershops, hair salons, nail salons, tattoo or piercing parlors, and related personal care services from operating with any indoor occupancy.

4. These operational limitations, while necessary to combat the spread of a global pandemic, have contributed to the severe economic damage suffered by the city. For example, the most recently available labor statistics from the New York state department of labor relating to the businesses subject to these orders indicate that:

(a) The city lost 131,300 jobs in the food services and drinking places subsector from February 2020 to December 2020, leaving employment in that subsector down 43.4% in December 2020 compared to December 2019. This includes a loss of 89,000 jobs in the full service restaurants industry between February 2020 and December 2020, which left employment in that industry down 54.4% in December 2020 compared to December 2019.

(b) Within the retail trade sector, the city lost about 25,200 jobs from the clothing stores industry, the furniture and home furnishings stores subsector, and the sporting goods, hobby, book, and music stores subsector between February 2020 and December 2020, which left employment in those industries and subsectors down 49.9%, 27.2%, and 17.6%, respectively, in December 2020 compared to December 2019.

(c) Within the personal and laundry services subsector, which includes barbershops, hair salons, and other personal care businesses, the city lost 19,900 jobs, leaving employment in that subsector down 30.7% in December 2020 compared to December 2019.

5. While businesses may be willing to weather the economic hardships imposed upon them by governmental measures to combat COVID-19 by either staying open or temporarily closing and later reopening, individual owners and other natural persons who personally guarantee the financial obligations of these businesses face a different and more substantial risk than losing revenue and profit. They risk losing their personal assets, including their possessions and even their own homes, transforming a business loss into a devastating personal loss. This is particularly

a risk for small businesses, as the scale of the financial obligations of larger businesses generally renders having a natural person guarantee those obligations impracticable.

6. If these individual owners and natural persons are forced to close their businesses permanently now or to suffer grave personal economic losses like the loss of a home, the economic and social damage caused to the city will be greatly exacerbated and will be significantly worse than if these businesses are able to temporarily close and return or, failing that, to close later, gradually, and not all at once.

7. For the foregoing reasons, the council passed, and the mayor signed, local law number 55 for the year 2020 and local law number 98 for the year 2020, which provided and extended temporary protections to natural persons who personally guarantee the financial obligations of businesses subject to the substantial occupancy limitations imposed by the above-described executive orders issued by the governor. These protections are, however, due to expire on March 31, 2021.

8. As of March 31, 2021, these businesses will have been either prohibited from operating with any indoor occupancy at all, or subject to significant indoor occupancy restrictions, for over 12 months, and it is likely that such significant indoor occupancy restrictions will continue for the foreseeable future as the existing COVID-19 crisis has not yet subsided, new variants of COVID-19 have emerged in the city and elsewhere, and the rate at which the COVID-19 vaccine is being administered in the city indicates that it will take several months at a minimum to vaccinate enough of the population to achieve "herd immunity" to COVID-19 and its variants. As of March 9, 2021, only 623,719 adults in New York city had been fully vaccinated.

9. Extending the duration of the personal liability protections contained within local law number 98 for the year 2020 by three months, as this local law does, is intended to provide these

businesses a reasonable recovery period with a duration that is comparable to the period of time that these businesses were forced to close or operate with significant limitations on indoor occupancy and thereby to provide them with an opportunity to not only survive but also to generate sufficient revenues to defray owed financial obligations.

10. As with local law number 55 for the year 2020 and local law number 98 for the year 2020, this local law does not, nor is it intended to, limit any other lawful remedies that a landlord may be able to seek against a commercial tenant itself, such as bringing suit against that tenant for damages; collecting or offsetting financial obligations by using the revenues, inventory, equipment, or other assets of that tenant; or evicting or declining to renew the lease or rental agreement of that tenant.

b. For the foregoing reasons, the council finds that it is necessary and appropriate to extend the duration of the personal liability protections in local law number 55 for the year 2020 and local law number 98 for the year 2020.

§ 2. Paragraph 2 of section 22-1005 of the administrative code of the city of New York, as added by local law number 98 for the year 2020, is amended to read as follows:

2. The default or other event causing such natural persons to become wholly or partially personally liable for such obligation occurred between March 7, 2020 and [March 31, 2021] June 30, 2021, inclusive.

§ 3. The department of small business services, or another mayoral agency or office designated by the mayor, shall conduct an information and outreach campaign to educate commercial tenants affected by this local law about its protections.

§ 4. This local law takes effect immediately, provided that if it shall have become a law subsequent to March 31, 2021, this local law shall be retroactive to and deemed to have been in full force and effect as of such day.

10:45AM 3/10/21

# A2543

Local Law Int. No. 2243-A, Effective Date March 10, 2021
(pp. A2543-A2548)

REPRODUCED FOLLOWING

Int. No. 2243-A

By Council Members Rivera, the Speaker (Council Member Johnson), Constantinides, Kallos, Chin, Rosenthal and Ayala

A Local Law to amend the administrative code of the city of New York, in relation to extending temporary personal guaranty protection provisions for commercial tenants impacted by COVID-19

Be it enacted by the Council as follows:

Section 1. Declaration of legislative intent and findings. a. The council finds and declares that:

1. The city is in the midst of a local, state, and federally declared disaster emergency due to a global pandemic. While the numbers increase daily, the 2019 novel coronavirus, or COVID-19, has killed over 2.5 million people worldwide, over 513,000 people in the United States, and about 47,200 people in New York state. Within the city itself, about 755,000 people have been infected with the disease and more than 29,000 people have likely died because of it.

2. Governments around the world, the country, and the state, including the city, have taken drastic measures to limit the spread of COVID-19. While many of these measures appear to have helped slow the progress of the disease, many have also contributed to a catastrophic impact on the city's economic and social livelihood.

3. For example, as part of the effort to stop the spread of COVID-19, the governor in March 2020 issued executive order numbers 202.3, 202.6, and 202.7. These orders, as subsequently amended and extended through other executive orders, and interpreted through guidance issued by the New York state departments of economic development and health, effectively prohibited restaurants, bars, gyms, fitness centers, movie theaters, non-essential retail stores, barbershops, hair salons, nail salons, tattoo or piercing parlors, and related personal care services from operating with any indoor occupancy.

4. These operational limitations, while necessary to combat the spread of a global pandemic, have contributed to the severe economic damage suffered by the city. For example, the most recently available labor statistics from the New York state department of labor relating to the businesses subject to these orders indicate that:

(a) The city lost 131,300 jobs in the food services and drinking places subsector from February 2020 to December 2020, leaving employment in that subsector down 43.4% in December 2020 compared to December 2019. This includes a loss of 89,000 jobs in the full service restaurants industry between February 2020 and December 2020, which left employment in that industry down 54.4% in December 2020 compared to December 2019.

(b) Within the retail trade sector, the city lost about 25,200 jobs from the clothing stores industry, the furniture and home furnishings stores subsector, and the sporting goods, hobby, book, and music stores subsector between February 2020 and December 2020, which left employment in those industries and subsectors down 49.9%, 27.2%, and 17.6%, respectively, in December 2020 compared to December 2019.

(c) Within the personal and laundry services subsector, which includes barbershops, hair salons, and other personal care businesses, the city lost 19,900 jobs, leaving employment in that subsector down 30.7% in December 2020 compared to December 2019.

5. While businesses may be willing to weather the economic hardships imposed upon them by governmental measures to combat COVID-19 by either staying open or temporarily closing and later reopening, individual owners and other natural persons who personally guarantee the financial obligations of these businesses face a different and more substantial risk than losing revenue and profit. They risk losing their personal assets, including their possessions and even their own homes, transforming a business loss into a devastating personal loss. This is particularly

a risk for small businesses, as the scale of the financial obligations of larger businesses generally renders having a natural person guarantee those obligations impracticable.

6. If these individual owners and natural persons are forced to close their businesses permanently now or to suffer grave personal economic losses like the loss of a home, the economic and social damage caused to the city will be greatly exacerbated and will be significantly worse than if these businesses are able to temporarily close and return or, failing that, to close later, gradually, and not all at once.

7. For the foregoing reasons, the council passed, and the mayor signed, local law number 55 for the year 2020 and local law number 98 for the year 2020, which provided and extended temporary protections to natural persons who personally guarantee the financial obligations of businesses subject to the substantial occupancy limitations imposed by the above-described executive orders issued by the governor. These protections are, however, due to expire on March 31, 2021.

8. As of March 31, 2021, these businesses will have been either prohibited from operating with any indoor occupancy at all, or subject to significant indoor occupancy restrictions, for over 12 months, and it is likely that such significant indoor occupancy restrictions will continue for the foreseeable future as the existing COVID-19 crisis has not yet subsided, new variants of COVID-19 have emerged in the city and elsewhere, and the rate at which the COVID-19 vaccine is being administered in the city indicates that it will take several months at a minimum to vaccinate enough of the population to achieve "herd immunity" to COVID-19 and its variants. As of March 9, 2021, only 623,719 adults in New York city had been fully vaccinated.

9. Extending the duration of the personal liability protections contained within local law number 98 for the year 2020 by three months, as this local law does, is intended to provide these

businesses a reasonable recovery period with a duration that is comparable to the period of time that these businesses were forced to close or operate with significant limitations on indoor occupancy and thereby to provide them with an opportunity to not only survive but also to generate sufficient revenues to defray owed financial obligations.

10. As with local law number 55 for the year 2020 and local law number 98 for the year 2020, this local law does not, nor is it intended to, limit any other lawful remedies that a landlord may be able to seek against a commercial tenant itself, such as bringing suit against that tenant for damages; collecting or offsetting financial obligations by using the revenues, inventory, equipment, or other assets of that tenant; or evicting or declining to renew the lease or rental agreement of that tenant.

b. For the foregoing reasons, the council finds that it is necessary and appropriate to extend the duration of the personal liability protections in local law number 55 for the year 2020 and local law number 98 for the year 2020.

§ 2. Paragraph 2 of section 22-1005 of the administrative code of the city of New York, as added by local law number 98 for the year 2020, is amended to read as follows:

2. The default or other event causing such natural persons to become wholly or partially personally liable for such obligation occurred between March 7, 2020 and [March 31, 2021] June 30, 2021, inclusive.

§ 3. The department of small business services, or another mayoral agency or office designated by the mayor, shall conduct an information and outreach campaign to educate commercial tenants affected by this local law about its protections.

§ 4. This local law takes effect immediately, provided that if it shall have become a law subsequent to March 31, 2021, this local law shall be retroactive to and deemed to have been in full force and effect as of such day.

10:45AM 3/10/21

# A2549

EXHIBIT LL - ANNEXED TO THE DECLARATION OF PAMELA A. KOPLIK
Transcript of the City Council Stated Meeting, Dated March 25, 2021
(pp. A2549-A2689)

REPRODUCED FOLLOWING

1

```
CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

            of the

CITY COUNCIL STATED MEETING

------------------------ X

                    March 25, 2021
                    Start:  1:43 p.m.
                    Recess: 4:27 p.m.


HELD AT:          Remote Hearing, Virtual Room 1

B E F O R E:      Corey Johnson
                  Speaker


COUNCIL MEMBERS:  Adrienne E. Adams
                  Alicka Ampry Samuel
                  Diana Ayala
                  Inez D. Barron
                  Joseph C. Borelli
                  Justin L. Brannan
                  Selvena N. Brooks-Powers
                  Fernando Cabrera
                  Margaret S. Chin
                  Costa G. Constantinides
                  Robert E. Cornegy, Jr.
                  Laurie A. Cumbo
                  Chaim M. Deutsch
                  Darma V. Diaz
                  Ruben Diaz, Sr.
                  Daniel Dromm
                  Mathieu Eugene
                  Vanessa L. Gibson
                  Mark Gjonaj
                  Barry S. Grodenchik
```

2

```
                    Robert F. Holden
                    Ben Kallos
                    Peter A. Koo
                    Karen Koslowitz
                    Brad S. Lander
                    Stephen T. Levin
                    Mark Levin
                    Farah N. Louis
                    Alan N. Maisel
                    Steven Matteo
                    Carlos Menchaca
                    I. Daneek Miller
                    Francisco P. Moya
                    Bill Perkins
                    Keith Powers
                    Antonio Reynoso
                    Kevin C. Riley
                    Carlina Rivera
                    Ydanis A. Rodriguez
                    Deborah L. Rose
                    Helen K. Rosenthal
                    Rafael Salamanca, Jr.
                    Mark Treyger
                    Eric A. Ulrich
                    Paul A. Vallone
                    James G. Van Bramer
                    Kalman Yeger
```

3

A P P E A R A N C E S (CONTINUED)

@

```
STATED MEETING                                          4
```

1

2           SERGEANT AT ARMS:  Recording under way.

3           SERGEANT AT ARMS:  Backup is rolling.

4           SERGEANT AT ARMS:  Cloud [inaudible].

5           SERGEANT AT ARMS:  Hello and welcome

6   [inaudible] At this time I would ask that you please

7   turn all electronic devices to vibrate.  Madam

8   Majority Leader, we are ready to begin.

9           CHAIRPERSON CUMBO: Good afternoon and

10  welcome to the Stated Meeting of March 25, 2021.  I

11  am Majority Leader Laurie Cumbo and I'd like to thank

12  you for joining us at this virtual meeting of the New

13  York City Council.  If you would like to follow

14  along, the agenda for today's meeting is posted on

15  our website.

16          COUNCIL CLERK MCSWEENEY:  Please join us

17  for the Pledge of Allegiance.  I pledge allegiance to

18  the flag of the United States of America, and to the

19  republic for which it stands, one nation under God,

20  indivisible, with liberty and justice for all.

21          MAJORITY LEADER CUMBO:  Thank you.  We'll

22  begin with roll call.

23          COUNCIL CLERK MCSWEENEY:  Adams.

24          COUNCIL MEMBER ADAMS:  Present.

25          COUNCIL CLERK MCSWEENEY:  Ampry-Samuel.

```
 1   STATED MEETING                                    5

 2             COUNCIL MEMBER AMPRY-SAMUEL:  Present.

 3             COUNCIL CLERK MCSWEENEY:  Ayala.

 4             COUNCIL MEMBER AYALA:  Present.

 5             COUNCIL CLERK MCSWEENEY:  Barron.

 6             COUNCIL MEMBER BARRON:  Blessed and

 7   present.

 8             COUNCIL CLERK MCSWEENEY:  Borelli.

 9             COUNCIL MEMBER BORELLI:  Present.

10             COUNCIL CLERK MCSWEENEY:  Brannan.

11             COUNCIL MEMBER BRANNAN:  I'm here.

12             COUNCIL CLERK MCSWEENEY:  Brooks-Powers.

13   I'm sorry, Council Member Brooks-Powers.

14             COUNCIL MEMBER BROOKS-POWERS:  Here.

15             COUNCIL CLERK MCSWEENEY:  Thank you.

16   Cabrera.

17             COUNCIL MEMBER CABRERA:  Here.

18             COUNCIL CLERK MCSWEENEY:  [inaudible]

19   Constantinides.  Cornegy.

20             COUNCIL MEMBER CORNEGY:  I'm here.

21             COUNCIL CLERK MCSWEENEY:  Thank you.

22             COUNCIL CLERK MCSWEENEY:  Deutsch.

23             COUNCIL MEMBER DEUTSCH:  Here.

24             COUNCIL CLERK MCSWEENEY:  Darma Diaz.

25             COUNCIL MEMBER D. DIAZ:  Here.  Presente.
```

```
 1   STATED MEETING                                        6

 2            COUNCIL CLERK MCSWEENEY:  Ruben Diaz.

 3   Dromm.

 4            COUNCIL MEMBER DROMM:  Here.

 5            COUNCIL CLERK MCSWEENEY:  Eugene.

 6   Gennaro.

 7            COUNCIL MEMBER GENNARO:  Here.

 8            COUNCIL CLERK MCSWEENEY:  Gibson.

 9            COUNCIL MEMBER GIBSON:  Blessed

10   afternoon.  I'm here.

11            COUNCIL CLERK MCSWEENEY:  Gjonaj.

12            COUNCIL MEMBER GJONAJ:  Present.

13            COUNCIL CLERK MCSWEENEY:  Grodenchik.

14            COUNCIL MEMBER GRODENCHIK:  I'm here.

15            COUNCIL CLERK MCSWEENEY:  Holden.

16            COUNCIL MEMBER HOLDEN:  Here.

17            COUNCIL CLERK MCSWEENEY:  Kallos.

18            COUNCIL MEMBER KALLOS:  Here.

19            COUNCIL CLERK MCSWEENEY:  Koo.

20            COUNCIL MEMBER KOO:  Present.

21            COUNCIL CLERK MCSWEENEY:  Koslowitz.

22            COUNCIL MEMBER KOSLOWITZ:  Here.

23            COUNCIL CLERK MCSWEENEY:  Lander.

24            COUNCIL MEMBER LANDER:  Here.

25            COUNCIL CLERK MCSWEENEY:  Levin.
```

```
STATED MEETING                                              7

 1

 2              COUNCIL MEMBER LEVIN:  Here.

 3              COUNCIL CLERK MCSWEENEY:  Levine.

 4              COUNCIL MEMBER LEVINE:  Here.

 5              COUNCIL CLERK MCSWEENEY:  Louis.

 6              COUNCIL MEMBER LOUIS:  Present.

 7              COUNCIL CLERK MCSWEENEY:  Maisel.

 8              COUNCIL MEMBER MAISEL:  Here.

 9              COUNCIL CLERK MCSWEENEY:  Menchaca.

10              COUNCIL MEMBER MENCHACA:  Presente.

11              COUNCIL CLERK MCSWEENEY:  Miller.

12              COUNCIL MEMBER MILLER:  I'm here.

13              COUNCIL CLERK MCSWEENEY:  Moya.

14              COUNCIL MEMBER MOYA:  Present.

15              COUNCIL CLERK MCSWEENEY:  Perkins.

16              COUNCIL MEMBER PERKINS:  Present.

17              COUNCIL CLERK MCSWEENEY:  Powers.

18              COUNCIL MEMBER POWERS:  Present.

19              COUNCIL CLERK MCSWEENEY:  Reynoso.

20              COUNCIL MEMBER REYNOSO:  Present.

21              COUNCIL CLERK MCSWEENEY:  Riley.

22              COUNCIL MEMBER RILEY:  Present.

23              COUNCIL CLERK MCSWEENEY:  Rivera.

24              COUNCIL MEMBER RIVERA:  Present.

25
```

```
1    STATED MEETING                                    8

2              COUNCIL CLERK MCSWEENEY:  Rodriguez.

3    Rose.

4              COUNCIL MEMBER ROSE:  Present.

5              COUNCIL CLERK MCSWEENEY:  Rosenthal.

6    Salamanca.

7              COUNCIL MEMBER SALAMANCA:  Present.

8              COUNCIL CLERK MCSWEENEY:  Treyger.

9    Ulrich.  Vallone.

10             COUNCIL MEMBER VALLONE:  Here.

11             COUNCIL CLERK MCSWEENEY:  Van Bramer.

12             COUNCIL MEMBER VAN BRAMER:  Here.

13             COUNCIL CLERK MCSWEENEY:  Yeger.

14             COUNCIL MEMBER YEGER:  Here.

15             COUNCIL CLERK MCSWEENEY:  Matteo.

16             MINORITY LEADER MATTEO:  I'm here.

17             COUNCIL CLERK MCSWEENEY:  Cumbo.

18             MAJORITY LEADER CUMBO:  Present.

19             COUNCIL CLERK MCSWEENEY:  Speaker

20   Johnson.

21             SPEAKER JOHNSON:  I'm here.

22             COUNCIL CLERK MCSWEENEY:  Madam Majority

23   Leader, we have a quorum.

24             MAJORITY LEADER CUMBO:  Thank you so

25   much.  We will now have today's invocation, which
```

```
1   STATED MEETING                                    9

2   will be delivered by Rabbi Aryeh Katzin, the

3   executive director and spiritual leader of Russian

4   American Jewish Experience, located at 2915 Ocean

5   Parkway in Brooklyn.

6            RABBI KATZIN:  Thank you.  We are

7   gathered virtually and even though each of us is in a

8   separate location we are nevertheless united.  We are

9   united in our commitment to serve the people of this

10  great City of New York.  We all share the pain of the

11  families who have lost their loved ones in this

12  terrible pandemic and wish a full and speedy recovery

13  to the sick.  We also feel the pain of isolation,

14  poverty, and divisiveness that the different ways

15  have affected us all.  I am deeply moved today

16  because exactly 40 years ago I immigrated from the

17  Soviet Union and for the first time celebrated

18  Passover not only as the exodus of my people from

19  Egypt, but also my personal liberation from Soviet

20  slavery.  I share the experience of all immigrants

21  who arrived at the shores seeking liberty and justice

22  for all.  I'm a Russian Jew.  Many members of my

23  family and millions of my people were murdered by the

24  Nazis during the Holocaust.  While the survivors

25  became targets of discrimination and cultural
```

STATED MEETING                                              10

genocide under the brutal Communist regimen, what

made these crimes possible was that the tyrants first

suppressed the freedom of speech.  People were scared

to protest hatred, terrified to protect each other.

Passover is the holiday of freedom, but in Hebrew

Pesach hints that the very basic freedom of all is

the freedom of speech, because Pesach also means the

mouth speaks.  On Passover we speak with our family

and friends, sharing the story of freedom and love

for others.  There are more than 600 languages spoke

in New York.  We need to be courageous to express

ourselves in our unique way and we need to be

respectful to protect the rights of others, to

express themselves without fear, even when we

disagree with them.  The Nazis and Communists

committed their crimes because they just followed

orders.  They were scared of their tyrants and served

their dictators, not their citizens.  They served

themselves, failing to feel the pain of their people.

May God give us a loving and understanding heart to

feel the pain of the oppressed, respecting the image

of God in every human being regardless of faith,

color, or race.  May we see the good in others and in

that merit reveal the greatness within ourselves.

```
 1    STATED MEETING                                     11

 2    May God bless us with courage to serve our people,

 3    every single one of them, and elevate them all from

 4    despair to hope and from slavery to freedom.  God

 5    bless America and the great City of New York.

 6              MAJORITY LEADER CUMBO:  Thank you so

 7    much.  Thank you so much for that very timely prayer,

 8    um, and for giving us so much hope and inspiration

 9    through your own challenges that you've been able to

10    share with us today.  At this time I would like to

11    call on Council Member Chaim Deutsch to spread the

12    invocation on the record, and I thank you so much,

13    Rabbi Katzin, for being with us today and for sharing

14    your words of wisdom, um, with each and every one of

15    us.  Council Member Deutsch.

16              COUNCIL MEMBER DEUTSCH:  Ah, thank you,

17    Majority Leader.  In just over 48 hours Jewish people

18    across the globe will welcome the holiday of

19    Passover.  What better way to head into the important

20    holiday of Passover than to hear those remarkable

21    words from Rabbi Aryeh Katzin, who himself celebrated

22    40 years of freedom from the Soviet Union.  Rabbi

23    Katzin is the executive director of RAGE, the Russian

24    American Jewish Experience.  He is a spiritual leader

25    to young people in the immigrant community, guiding
```

```
STATED MEETING                                              12
```

1   STATED MEETING                                              12

2   and educating them about life, religion, and

3   righteousness.  When Rabbi Katzin immigrated from the

4   former Soviet Union and settled in Brooklyn, he

5   immediately got to work establishing a welcoming

6   community for his fellow immigrants.  He founded the

7   Sinai Academy to teach children about their heritage,

8   and he established a Russian language newspaper to

9   connect members of the growing community with each

10  other.  Rabbi Katzin is a fixture in the southern

11  Brooklyn community and a role model to thousands.  It

12  is an honor to know him and to be inspired by his

13  resilience and strength.  Thank you for all those

14  inspiring words, Rabbi Katzin, and I wish you and all

15  who are celebrating [inaudible] sameach, which means

16  a happy, meaningful holiday.  I also want to wish all

17  those who are celebrating Easter an joyful and

18  peaceful holiday, and with Ramadan, ah, just several

19  weeks away I also want to wish all those observing a

20  meaningful and blessed month.  God bless you all.

21          MAJORITY LEADER CUMBO:  Thank you so

22  much, Council Member Chaim Deutsch.  We appreciate

23  you sharing your treasures from your community with

24  the entire City of New York.

25

```
STATED MEETING                                        13

 1

 2            COUNCIL MEMBER DEUTSCH:  Thank you,

 3    Majority Leader.

 4            MAJORITY LEADER CUMBO:  We will now move

 5    into the adoption of minutes.

 6            COUNCIL CLERK:  None.

 7            MAJORITY LEADER CUMBO:  Messages and

 8    papers from the mayor.

 9            COUNCIL CLERK:  None.

10            MAJORITY LEADER CUMBO:  Communication

11    from city, county, and borough offices.

12            COUNCIL CLERK:  M-294, certification of

13    election of Selvena N. Brooks-Powers, new council

14    member, 31st District.

15            SPEAKER JOHNSON:  Congratulations to our

16    new colleague.  Received, ordered, printed, and

17    filed.

18            MAJORITY LEADER CUMBO:  Petitions and

19    communications.

20            COUNCIL CLERK:  None.

21            MAJORITY LEADER CUMBO:  Land use call-

22    ups.

23            COUNCIL CLERK:  M-295, Suydam Street

24    rezoning.

25
```

STATED MEETING                                                14

1

2          SPEAKER JOHNSON:  Thank you.  At this

3    time I'm asking for the clerk to take a roll call

4    vote on this single land use call-up.  Again, we're

5    just voting on this land use call-up item.

6          COUNCIL CLERK:  Good afternoon.  Adams.

7          COUNCIL MEMBER ADAMS:  I vote aye.

8          COUNCIL CLERK:  Rosenthal.

9          COUNCIL MEMBER ROSENTHAL:  I vote aye.

10   Thank you.

11          COUNCIL CLERK:  Ampry-Samuel.

12          COUNCIL MEMBER AMPRY-SAMUEL:  Aye.

13          COUNCIL CLERK:  Ayala.

14          COUNCIL MEMBER AYALA:  I vote aye.  Did

15   you hear me?

16          COUNCIL CLERK:  Thank you, yes.  Barron.

17          COUNCIL MEMBER BARRON:  I vote aye.

18          COUNCIL CLERK:  Borelli.

19          COUNCIL MEMBER BORELLI:  Aye.

20          COUNCIL CLERK:  Brannan.

21          COUNCIL MEMBER BRANNAN:  Aye.

22          COUNCIL CLERK:  Brooks-Powers.

23          COUNCIL MEMBER BROOKS-POWERS:  Aye.

24          COUNCIL CLERK:  Cabrera.

25          COUNCIL MEMBER CABRERA:  Aye.

```
STATED MEETING                                          15

 1

 2              COUNCIL CLERK:  Chin.

 3              COUNCIL MEMBER CHIN:  I vote aye.

 4              COUNCIL CLERK:  Constantinides.  Cornegy.

 5              COUNCIL MEMBER CORNEGY:  I vote aye.

 6              COUNCIL CLERK:  Thank you.  Deutsch.

 7              COUNCIL MEMBER DEUTSCH:  I vote aye.

 8              COUNCIL CLERK:  Darma Diaz.

 9              COUNCIL MEMBER D. DIAZ:  I vote aye.

10              COUNCIL CLERK:  Ruben Diaz.

11              COUNCIL MEMBER R. DIAZ:  Me.

12              COUNCIL CLERK:  Dromm.

13              COUNCIL MEMBER DROMM:  I vote aye.

14              COUNCIL CLERK:  Thank you.  Eugene.

15              COUNCIL MEMBER EUGENE:  I vote aye.

16              COUNCIL CLERK:  Gennaro.

17              COUNCIL MEMBER GENNARO:  Yes.

18              COUNCIL CLERK:  Gibson.

19              COUNCIL MEMBER GIBSON:  I vote aye.

20              COUNCIL CLERK:  Gjonaj.

21              COUNCIL MEMBER GJONAJ:  Aye.

22              COUNCIL CLERK:  Thank you.  Grodenchik.

23              COUNCIL MEMBER GRODENCHIK:  Aye.

24              COUNCIL CLERK:  Holden.

25              COUNCIL MEMBER HOLDEN:  Aye.
```

```
STATED MEETING                                      16

1

2              COUNCIL CLERK:  Kallos.

3              COUNCIL MEMBER KALLOS:  Aye.

4              COUNCIL CLERK:  Koo.

5              COUNCIL MEMBER KOO:  Aye.

6              COUNCIL CLERK:  Koslowitz.

7              COUNCIL MEMBER KOSLOWITZ:  Aye.

8              COUNCIL CLERK:  Lander.

9              COUNCIL MEMBER LANDER:  I vote aye.

10             COUNCIL CLERK:  Levin.

11             COUNCIL MEMBER LEVIN:  Aye.

12             COUNCIL CLERK:  Levine.

13             COUNCIL MEMBER LEVINE:  I vote aye.

14             COUNCIL CLERK:  Louis.

15             COUNCIL MEMBER LOUIS:  I vote aye.

16             COUNCIL CLERK:  Maisel.  Council Member

17  Maisel?

18             COUNCIL MEMBER MAISEL:  Yes.

19             COUNCIL CLERK:  Thank you.  Menchaca.

20             COUNCIL MEMBER MENCHACA:  Aye.

21             COUNCIL CLERK:  Miller.  Council Member

22  Miller,  I believe you're muted.  Council Member

23  Miller?

24             SPEAKER JOHNSON:  Council Member Miller,

25  can you hear us?
```

```
 1  STATED MEETING                                    17
 2              COUNCIL MEMBER MILLER:  Absolutely, you
 3  know, we virtually [inaudible] so.
 4              MAJORITY LEADER CUMBO:  Council Member
 5  Miller.
 6              SPEAKER JOHNSON:  Council Member Miller.
 7              COUNCIL MEMBER MILLER:  Yeah, definitely.
 8              MAJORITY LEADER CUMBO:  Let's mute
 9  Council Member Miller and move on.  Let's do that.
10              COUNCIL CLERK:  OK, we'll come back.
11  Moya.
12              COUNCIL MEMBER MOYA:  I vote aye.
13              COUNCIL CLERK:  Perkins.
14              COUNCIL MEMBER PERKINS:  Aye.
15              COUNCIL CLERK:  Powers.
16              COUNCIL MEMBER POWERS:  Aye.
17              COUNCIL CLERK:  Reynoso.
18              COUNCIL MEMBER REYNOSO:  I vote aye.
19              COUNCIL CLERK:  Riley.  I'm sorry,
20  Council Member Riley?
21              COUNCIL MEMBER RILEY:  I vote aye.
22              COUNCIL CLERK:  Thank you.  Rivera.
23              COUNCIL MEMBER RIVERA:  Aye.
24              COUNCIL CLERK:  Rodriguez.  Rose.
25              COUNCIL MEMBER ROSE:  Aye.
```

```
1   STATED MEETING                                    18

2            COUNCIL CLERK:  Thank you.  Salamanca.

3            COUNCIL MEMBER SALAMANCA:  I vote aye.

4            COUNCIL CLERK:  Thank you.  Treyger.

5            COUNCIL MEMBER TREYGER:  Aye.

6            COUNCIL CLERK:  Ulrich.  Vallone.

7            COUNCIL MEMBER VALLONE:  Aye.

8            COUNCIL CLERK:  Van Bramer.

9            COUNCIL MEMBER VAN BRAMER:  Aye.

10           COUNCIL CLERK:  Thank you.  Yeger.

11           COUNCIL MEMBER YEGER:  Aye.

12           COUNCIL CLERK:  Thank you.

13   Constantinides.

14           COUNCIL MEMBER CONSTANTINIDES:  Aye.

15           COUNCIL CLERK:  Council Member Miller.

16           COUNCIL MEMBER MILLER:  Aye.

17           COUNCIL CLERK:  Thank you.

18           COUNCIL CLERK:  Matteo.

19           MINORITY LEADER MATTEO:  Aye.

20           COUNCIL CLERK:  Cumbo.

21           MAJORITY LEADER CUMBO:  I vote aye.

22           COUNCIL CLERK:  Speaker Johnson.

23           SPEAKER JOHNSON:  I vote aye.

24

25
```

STATED MEETING                                    19

2        COUNCIL CLERK:  Today's land use call-ups
3   have a vote of 47 in the affirmative, zero in the
4   negative, and no abstentions.
5        MAJORITY LEADER CUMBO:  Thank you.
6   Today's land use call-up is adopted.  We will now
7   have communication from Speaker Corey Johnson.
8        SPEAKER JOHNSON:  Ah, thank you, Madam
9   Majority Leader.  Good afternoon.  Welcome to our
10  Stated Meeting today.  Spring is finally here.
11  Better days are hopefully ahead for our city and
12  country.  More people are getting vaccinated daily.
13  It's becoming easier for friends and family to gather
14  safely, and the federal stimulus package will soon be
15  on its way to help us recover.  But COVID-19 is not
16  our city's only problem.  We still have a crisis when
17  it comes to the distrust between police and
18  communities, and we still have a lot of work to do to
19  build accountability in the NYPD and reform the
20  nation's largest police force.  Today the council is
21  taking some steps towards that goal.  This is ongoing
22  work that won't end with today's votes.  We also have
23  a bill that helps commercial tenants by extending,
24  ah, extending a pandemic protection that we, ah,
25  voted on last year.  But sadly COVID-19 is still very

```
1   STATED MEETING                                    20

2   much a reality in New York City.  As of yesterday

3   30,793 people, New Yorkers, have died from COVID-19.

4   It's important for us to continue to remember the New

5   Yorkers that we've lost and the loved ones that

6   they've left behind.  Today is also the anniversary

7   of two tragedies that forever changed our city - the

8   Triangle Shirtwaist Factory fire in Manhattan and the

9   Happy Land Social Club fire in the Bronx.  In 1911

10  the fire at the Triangle Shirtwaist Company Factory

11  in Greenwich Village killed 146 workers.  These were

12  mostly women and girls, young Jewish and Italian

13  immigrants working in sweatshops.  The tragedy

14  started the American labor movement by exposing the

15  horrific and dangerous working conditions that these

16  workers and women endured.  And we continue to fight

17  for workers' rights we remember the lives lost in the

18  Triangle Shirtwaist Factory fire.  Today we also

19  remember another New York City tragedy.  As I said,

20  in 1990 87 people were killed in an act of arson at

21  the Happy Land Social Club in the Bronx.  The club

22  was ordered to be closed because of building

23  violations dating back to 1988, including lack of

24  fire exits, and while we continue to improve

25  oversight of bad landlords, we must remember the
```

STATED MEETING                                         21

victims of the Happy Land Social Club fire.  I also

want to take a moment to acknowledge some other sad

losses in our city.  I'm sad to say that we had

another on-the-job death on February 26.  Scott

Keegan, a sheet metal worker, died after falling from

an upper floor of the NYU Langone Ambulatory Care

Center in Manhattan.  He was 52 years old.  Last week

we lost retired police detective Patrick Caprese.

Detective Caprese survived being shot three times in

2005 after pulling over a car, but died on March 15

after going into medical distress.  He was 58 years

old.  He was the epitome of bravery, service, and

sacrifice and our thoughts are with his loved ones as

they mourn.  Not even a week after the mass shooting

in the Atlanta area, on Monday we learned of another

heartbreaking massacre.  This time 10 people were

killed in Boulder, Colorado, including a police

office.  No one should have to worry that a rage-

filled gunman will kill them or their loved ones.  We

need gun control.  We need it now.  No more excuses.

As I do in every Stated, I would like to recognize

the lives of those who we recently lost to 9/11-

related illnesses.  We've lost retired FDNY Captain

Frank Portel.  He was 51 years old.  Retired

```
1   STATED MEETING                                          22
2   firefighter Joseph Boyle, who volunteered in the
3   clean-up efforts at the World Trade Center.  Retired
4   police officer Timothy Motto, he was 63 years old.
5   We are sending our deepest condolences to their
6   families and friends.  So let us pause for a moment
7   of silence for the lives that we've lost to this
8   pandemic, to the Triangle Shirtwaist Factory fire,
9   the Happy Land Social Club fire, the Colorado mass
10  shooting, and for sheet metal worker Scott Keegan,
11  police officer Detective Patrick Caprese, Fire
12  Captain Frank Portel, police officer Joseph Boyle,
13  and police officer Timothy Motto [moment of silence].
14  Thank you.  Before we dive into our agenda, I want to
15  take a moment to welcome to the council our newest
16  colleague, Council Member Selvena N. Brooks-Powers.
17  She represents Council District 31, which includes
18  Laurelton, Far Rockaway, Springfield Gardens, and
19  other great neighborhoods.  Council Member Brooks-
20  Powers replaces the now Queensboro president, Donovan
21  Richards, and we welcome here.  We're so glad we are,
22  ah, that you are at your first Stated Meeting.  We
23  look forward to working with you and supporting you.
24  Congratulations, Council Member Powers.  Welcome to
25  your first Stated Meeting of the New York City
```

STATED MEETING                                          23

1

2  Council.  Passover begins on Saturday at sundown.  At

3  the seder table the Jewish people recount how they

4  became free after hundreds of years of slavery and

5  bondage.  So to all those who celebrate the Festival

6  of Freedom, ah, I want to say have a happy Passover

7  and may you have a peaceful and meaningful holiday.

8  Next week is also, as Council Member Deutsch said,

9  the start of Holy Week, the week leading up to

10  Easter.  This is a time of reflection, hope, and

11  renewal for many Christians.  For all of those

12  observing I wish them a peaceful and reflective week

13  and a happy Easter.  Now on to our agenda.  Ah, out

14  of the Land Use Committee we'll be voting on several

15  items, Avern East, which is a HPD proposal of a

16  series of applications to facilitate a new mixed use

17  development within the Avern Urban Renewal Area and

18  this is in Council Member, ah, Selvena N. Brooks-

19  Powers' district, and I want to congratulate her on

20  the approval of her first land use application.

21  Lower East Side cluster, a UDAAP and Article 11 tax

22  exemption in Council Member Rivera's district.  We'll

23  also be voting on several HPD UDAAP applications in

24  Council Member Perkins' district.  50-25 Barnett

25  Avenue rezoning in Council Member Van Bramer's

```
STATED MEETING                                    24

district.  1099 Webster Avenue rezoning in Council

Member Vanessa Gibson's district.  Now out of the

Finance Committee we'll be voting on a preconsidered

resolution number 1583, sponsored by Council Member

Francisco Moya, which supports State Senate bill 4482

and its companion bill in the Assembly,  5092, which

would impose a new tax on billionaires.  The proposed

Mark to Market tax would tax the increase in value of

billionaires' assets at the same rate as other

income.  While New Yorkers struggle to make ends meet

the state's 120 billionaires are 87.7 billion dollars

richer than they were just one year ago.  They, of

course, can certainly afford to pay more,

particularly when so many people continue to suffer

from the COVID-19 pandemic, and that is why this

resolution further calls for revenue generated from

this tax to be used to a  3.5 billion dollar Excluded

Workers' Fund to assist the hundreds of thousands of

workers who have been excluded from receiving

benefits, like unemployment insurance, because of

their immigration status or recent incarceration.

Many of these workers were employed in essential

jobs, such as cleaning, home health care, food

delivery, and many other jobs, until many of them
```

```
STATED MEETING                                        25
```

 1

 2    lost their jobs or became ill with COVID-19 and could

 3    no longer work, and the fact that they are barred

 4    from receiving benefits like unemployment insurance

 5    and other, other federal benefits is unjust and

 6    wrong.  And I want to thank from the staff Noah Brick

 7    and Rebecca Chasen for working on that.  Moving into

 8    our legislative agenda, first the council will vote

 9    on Introduction number 2243-A, sponsored by Council

10    Member Carlina Rivera.  This bill extends Local Law

11    55, which suspended personal liability provisions in

12    leases of businesses that were required to close as

13    part of the state's efforts to control the spread of

14    COVID-19.  This meant that commercial landlords who

15    are not getting rent could not go after an individual

16    guarantor's personal assets, including their home.

17    The council will vote today to extend the time frame

18    on the protection from March 31, 2021, to June 30,

19    and I want to thank from the staff Noah Mexler and

20    Stephanie Jones.  The next set of bills are part of a

21    package to increase NYPD accountability and to

22    reimagine public safety in our city.  Our first

23    policing bill is out of our Governmental Affairs

24    Committee and it will remove the NYPD's authority to

25    revoke or suspend press credentials.  Introduction

STATED MEETING                                          26

1

2   number 2118-A, sponsored by Council Member Keith

3   Powers, will transfer authority over press

4   credentials from the NYPD to the Mayor's Office of

5   Media and Entertainment.  This bill would eliminate

6   the NYPD's authority to issue, suspend, or revoke

7   press credentials and transfer that authority to

8   MOOM.  Under this bill MOOM would be required to

9   promulgate rules setting forth application procedures

10  for press credentials, ah, criteria for the denial of

11  an application, and criteria for the suspension or

12  revocation of a credential.  And from the staff I

13  want to thank C. J. Murray, Elizabeth Cronk, and

14  Emily Forgione.  Next, we have a bill from the Civil

15  and Human Rights Committee.  Introduction number

16  2212-A, sponsored by Council Member Vanessa Gibson,

17  will clarify the Civilian Complaint Review Board has

18  the power to investigate bias-based policing and

19  racial profiling complaints made by the public.  This

20  bill was the direct result of the council's work to

21  uncover the racist head of the NYPD's EEO division,

22  James Kobel.  It would empower the board to

23  investigate past professional conduct of any police

24  officer who was found to be engaged in bias.  The

25  bill would also require the NYPD to engage an

STATED MEETING                                          27

independent consultant to review cases handled by the

NYPD's EEO division.  And I want to thank from the

staff Janida John, ah, Jasiry Jatapafi, Weeam Douri,

Emily Rooney, Natasha Major, and Jonathan Mastorano.

Next, we're voting on a bill out of the

Transportation Committee.  Introduction number 2224-

A, sponsored by Council Member Ydanis Rodriguez, will

require the Department of Transportation to create a

crash investigation and analysis unit tasked with

investigating, analyzing, and reporting on all

vehicle crashes involving significant injury.  In

addition to it crash investigation functions, the

unit created by this legislation would be responsible

for public statements regarding serious vehicular

crashes and would be required to make recommendations

for safety-improving changes to street design and

infrastructure and to post quarterly reports

regarding its crash reviews on the Department of

Transportation website.  The legislation also makes

clear that nothing in the bill inhibits or interferes

with the NYPD's ability to conduct criminal

investigations.  Many serious vehicular crashes would

be prevented through changes to the design and

infrastructure of streets and intersections following

```
 1   STATED MEETING                                         28

 2   an in-depth analysis of the factors that led to a

 3   crash.  However, at present serious crash

 4   investigations are in the purview of the Collision

 5   Investigation Squad at the NYPD and a DOT liaison.

 6   These resources are deployed to conduct systematic

 7   investigations at fewer than 350 crash sites per

 8   year.  And from the staff I want to Elliot Lin and

 9   Annie Levers.  Finally, out of the Public Safety

10   Committee, we're voting on two bills and three

11   resolutions.  Resolution number 1538-A, sponsored by

12   Majority Leader Laurie Cumbo, supports State Senate

13   bill 5252 and its companion bill in the Assembly,

14   6012, which will provide final discipline authority

15   over civilian complaints to the Civilian Complaint

16   Review Board, removing the police commissioner's

17   exclusive authority over discipline.  The state

18   legislation is sponsored by State Senator Jamaal

19   Bailey and Assembly Member Catalina Cruz.  While the

20   CCRB can recommend discipline against officers, the

21   police commissioner has final authority over

22   discipline and can choose to disregard these

23   recommendations and may impose lesser or greater

24   discipline or no discipline at all.  Also, Resolution

25   number 1547, sponsored by Council Member Francisco
```

```
1   STATED MEETING                                      29

2   Moya, supports State Senate bill 6012 and its

3   companion bill in the Assembly, 1951, and those bills

4   are sponsored by State Senator Kevin Parker and

5   Assembly Member Catalina Cruz, respectively.  The

6   bills establish a residency requirement for police

7   officers in cities with a population of one million

8   or more residents.  It includes New York City.  If

9   passed, the legislation would require newly hired

10  NYPD officers to live within one of the five boroughs

11  of New York City.  The last resolution, Resolution

12  number 1584, from the Public Safety Committee, is on

13  the adoption of a policing plan.  In June the

14  governor issued an executive order requiring every

15  jurisdiction in New York State to produce a policing

16  plan by April 1.  If the council does not adopt a

17  plan the state is allowed to withhold state and

18  federal pass-through funding to the tune of billions

19  of dollars.  The council only received the full draft

20  of the mayor's plan on March 12.  So we have not had

21  much time, but we did make some significant

22  improvements.  We removed old accomplishments and

23  anything that increased the NYPD's footprint.  We

24  added deadlines and responsible parties.  We enhanced

25  public transparency by adding public notice in
```

```
1    STATED MEETING                                    30
2    stakeholder engagement requirements, and one element
3    that I'm really proud of is that we secured more than
4    70 million dollars for initiatives to support and
5    expand public safety alternatives to policing and
6    incarceration and ensure that the city lives up to
7    its commitments.  That's 30 million dollars for
8    students' social, emotional, and behavior needs in
9    schools, more than 18 million dollars for mental
10   health services in underserved communities.  We're
11   gonna triple our Cure Violence workforce by next
12   summer.  We added 5000 new SYEP slots for CUNY
13   students.  This plan is far, far from perfect, but I
14   think we as a council did the best we could in making
15   some improvements under an extraordinarily difficult
16   timeline.  I want to thank, ah, all the members that
17   pushed the administration here, particularly the
18   Black, Latino and Asian Caucus, and I really want to
19   thank Council Member Adrienne Adams, the chair of our
20   Public Safety Committee.  In the midst of dealing
21   with a personal tragedy, she worked on this nonstop,
22   ah, all over the administration, pushing them,
23   working with the staff, working with advocates.  Ah,
24   she did an incredible job and I'm really grateful to
25   you, Adrienne, for your leadership.  In addition,
```

```
 1   STATED MEETING                                       31

 2   we're voting on Introduction number 1671-A, sponsored

 3   by Council Member Adrienne Adams, the chair of our

 4   Public Safety Committee, which would require the New

 5   York City Police Department to issue a quarterly

 6   report on all vehicle stops.  The report would

 7   include the number of summonses issued, arrests made,

 8   vehicles seized, related use of force incidents, and

 9   vehicles searched and whether consent was provided.

10   This information will be disaggregated by precinct,

11   race, ethnicity, and age of the driver.  We are also

12   voting on Introduction number 2220-A, sponsored by

13   Council Member Steve Levin, to end qualified immunity

14   for police officers.  Qualified immunity is rooted in

15   our nation's systemic racism.  It was established in

16   1967 in Mississippi to prevent freedom riders from

17   holding public officials liable, even when they break

18   the law.  It denied those freedom riders justice and

19   it has been used to deny justice to victims of police

20   abuse for decades.  It never should have been

21   allowed.  It should have been ended decades ago and

22   it must end now in New York City.  Introduction

23   number 2022-A will establish a local right of

24   security against unreasonable search and seizure and

25   against excessive force regardless of whether such
```

```
1    STATED MEETING                                    32

2    force is used in connection with a search or seizure.

3    And again I want to thank from the staff Janita John,

4    Emily Rooney, Pearl Moore, Natasha Major, and

5    Jonathan Masarono.  That is our agenda today.  Ah,

6    thank you all.  With that, I turn it back to you,

7    Madam Majority Leader.

8               MAJORITY LEADER CUMBO:  Thank you so

9    much, Speaker Johnson.  We will now move into

10   discussion of general orders.  As a reminder, this

11   section is only for items we will be voting on for

12   general orders today.  We will recognize council

13   members who wish to speak by using the raise hand

14   function in Zoom.  Is Mr. Parliamentarian, um, on the

15   Zoom at this time?

16               PARLIAMENTARIAN:  Yes, Madam Majority

17   Leader.

18               MAJORITY LEADER CUMBO:  If you could give

19   further clarity so that we are clear on issues that

20   can be discussed, legislative matters that can be

21   discussed during this discussion of general orders, I

22   think it would be helpful to all of the members.

23               PARLIAMENTARIAN:  Yes, Madam Majority

24   Leader.  So we will be discussing at this junction

25   all items that the Speaker just discuss, with the
```

```
 1   STATED MEETING                                    33

 2   exception of the following resolutions:  Resolution

 3   1538-A, ah, having to do with, ah, the police

 4   commissioner's exclusive authority over police

 5   discipline; Resolution 1547, requiring NYPD officers

 6   to live within the five boroughs; preconsidered

 7   Resolution 1583, which would establish the

 8   billionaire Mark to Market tax; preconsidered

 9   Resolution 1584, ah, adopting a plan pursuant to

10   State Executive Order number 203.  So we will be

11   discussing all items except for those resolutions.

12   All discussion about those resolutions will take

13   place during discussion of resolutions.

14              MAJORITY LEADER CUMBO:  Thank you so much

15   for the clarity.  Please wait before you begin your

16   remarks for our Sergeant at Arms to announce he has

17   begun the countdown clock.  The Sergeant at Arms will

18   alert you when your time has expired.  Mr.

19   Parliamentarian, are there any council members

20   registered speak on the following legislative agenda?

21              PARLIAMENTARIAN:  Yes, Madam Majority

22   Leader, council members Adams, Van Bramer, and

23   Gennaro.

24              MAJORITY LEADER CUMBO:  You may begin,

25   Council Member Adams.
```

STATED MEETING                                              34

1

2              SERGEANT AT ARMS:  Time starts now.

3              COUNCIL MEMBER ADAMS:  Thank you, Madam

4    Majority Leader.  Ah, before I begin my remarks I

5    just [inaudible] and congratulate my sister from

6    southeast Queens and our newest addition to the

7    Women's Caucus, Council Member Selvena Brooks-Powers.

8    She is passing her very first piece of legislation in

9    land use space today during her very first Stated

10   Meeting and that's a really, really big deal.

11   Congratulations, Selvena.  I'm so, so happy to have

12   you here.  Madam Majority Leader, this afternoon we

13   will vote on a number of groundbreaking police reform

14   bills by the New York City Council that I believe

15   will truly make a difference in our city.  My bill,

16   Intro 1671, will change how the NYPD records and

17   reports on vehicle stops.  The NYPD will be required

18   to report on the number of summonses issued, arrests

19   made, vehicles seized, and more.  This information

20   will be broken down by precinct, race, ethnicity, and

21   age.  This is very significant because Stop and Frisk

22   was not the only tool that police have used to harass

23   black and brown New Yorkers who can attest to what

24   it's like to be stopped by the police and the

25   consequences of those harmful interactions.  We have

```
   STATED MEETING                                      35
 1
 2 no idea how bad this problem is in New York because
 3 the NYPD doesn't track it.  They don't record many
 4 stops, if there's no traffic ticket issued or arrests
 5 made at all.  Intro 1671 remedies this by requiring
 6 the documentation of all vehicle encounters, which
 7 will shed light on who is being stopped and what
 8 happens as a result.  I ask all of my colleagues to
 9 vote in favor of my bill, Intro 1671, and, ah, I will
10 add that it is not lost on me that we have now
11 included another Powers and another as, as well to
12 add to the second Diaz that we have of this council.
13 We welcome the expansion of our colleagues.  Thank
14 you very much, Madam Majority Leader.
15           MAJORITY LEADER CUMBO:  Thank you so
16 much, Council Member Adams, and we continue to lift
17 you up because you continue to do incredible work
18 under such challenging circumstances.  Council Member
19 Van Bramer.
20           COUNCIL MEMBER VAN BRAMER:  Thank you
21 very much.
22           SERGEANT AT ARMS:  Time starts now.
23           COUNCIL MEMBER VAN BRAMER:  It has taken
24 five years to get to today's vote on building truly
25 affordable housing in Sunnyside Gardens, the
```

STATED MEETING                                              36

2  neighborhood I live in.  The project before us today

3  is 100% affordable and vastly improved from the one I

4  rejected four years ago.  Affordability levels

5  represent the deepest we've seen in Sunnyside, with a

6  set-aside for formerly homeless families, and many

7  units at 40% of AMI, with a maximum of 80% AMI.  32BJ

8  has testified in favor of this project, something

9  they did not do four years ago.  I'm proud that we

10  secured good jobs, good wages, with benefits for

11  workers.  The building height has been brought down

12  and is now contextual, and while more progress needs

13  to [inaudible] thanks to Community Board 2, there is

14  a real action plan of immediate improvements that

15  Phipps is complying with.  It should also be noted

16  that CB2 voted unanimously against this project four

17  years ago, but overwhelmingly in favor of this

18  particular proposal.  It also has the support of the

19  Queensboro president.  While some have used

20  disingenuous arguments against this project, I will

21  not deny homeless families and low-wage workers a

22  home by allowing the perfect to be the enemy of the

23  good.  We who proclaim ourselves progressive say we

24  want to build truly affordable housing and when we

25  get the chance to do so we should, particularly in

```
STATED MEETING                                          37
```

1

2  expensive neighborhoods like Sunnyside.  We who say

3  we are progressives say we want to permanently house

4  the homeless, and when we get the chance to do so we

5  must.  Everyone must be welcome in the Sunnyside

6  Woodside area that I am lucky enough to call home.

7  And with this vote we have a chance to say that

8  emphatically.  And those of us who are progressives

9  and say we're for the Green New Deal should want to

10  replace a surface parking lot with affordable housing

11  and not allow NIMBY arguments...

12          SERGEANT AT ARMS:  Time expired.

13          COUNCIL MEMBER VAN BRAMER: ...to stop

14  [inaudible] affordable housing to be built on this

15  site.  I'm proud to support it, ask my colleagues to

16  support it.  I want to thank Chairs Moya and

17  Salamanca and their committees for already voting in

18  favor of this project.  Thank you very much.

19          MAJORITY LEADER CUMBO:  Thank you so,

20  thank you so much, Council Member Van Bramer.

21  Council Member Gennaro.

22          SERGEANT AT ARMS:  Time starts now.

23          COUNCIL MEMBER GENNARO:  Thank you, Madam

24  Leader.  Ah, I feel compelled to go on the record

25  regarding some of the very important bills that we'll

```
STATED MEETING                                        38
```

1
2   be voting on today.  First, regarding, ah, proposed
3   Intro 2118.  This bill affects the NYPD leadership,
4   not the rank and file, and I think the department can
5   take some hard questions from reporters, so I'll be
6   voting yes on this and I urge my colleagues to vote
7   for it.  I'll be adding my name as a, ah, cosponsor.
8   Ah, next, ah proposed Intro 2212, regarding the
9   investigation of biased police officers.  Ah, the
10  NYPD had stone bigot running its EEO division, so
11  this council, I believe, has not only the right but
12  the obligation to pass this bill.  I will vote yes on
13  this bill.  I urge my colleagues to do so as well.
14  And I will add my name as a cosponsor.  Regarding
15  proposed Intro 2224-A about the DOT collision, ah,
16  squad, I support this bill and I urge my colleagues
17  to support it.  Ah, um, regarding proposed Intro
18  1671-A, this bill seems to rest on the thesis that
19  the police are engaging in racist behavior and
20  profiling when it comes to traffic stops.  I do
21  believe this thesis needs to be tested and the
22  collection of such data does have value to test this
23  thesis.  The question is how to test this thesis most
24  efficiently without placing an undue burden on the
25  department.  I believe that a bill that mandates the

```
 1   STATED MEETING                                    39

 2   collection of these data periodically in random

 3   precincts would yield the same validation or

 4   invalidation of this thesis for much less effort.  I

 5   would happily, I would happily support such a bill.

 6   But this bill as written I see as an undue burden, so

 7   I'll be voting no and urge my colleagues to vote no

 8   as well.  Ah, regarding proposed Intro 2220, ah,

 9   about ending qualified immunity...

10             SERGEANT AT ARMS:  Time expired.

11             COUNCIL MEMBER GENNARO: ...ah, in my

12   view, my view is that constitutional rights are

13   inviolable and to the extent that anyone can be

14   allowed to invoke immunity in violating one's

15   constitutional rights, ah, such that a person who has

16   had their rights violated has no recourse to seek

17   redress is in my opinion [inaudible] the

18   Constitutional itself and remember in this body took

19   the same oath to uphold the Constitution and by

20   voting yes on this bill I believe I'll be doing

21   exactly that.  I urge my colleagues to support this

22   very important, and I will be adding my name as a

23   cosponsor.  Thank you for, um, being, ah, generous

24   with my time.

25
```

STATED MEETING                                          40

1

2          MAJORITY LEADER CUMBO:  Thank you,

3  Council Member Gennaro.  We will now move to other

4  members who wish to speak at this time.  Mr.

5  Parliamentarian, are there other members who wish to

6  speak?

7          PARLIAMENTARIAN:  Yes, Madam Majority

8  Leader.  Council members Barron, Holden, and Chin.

9          MAJORITY LEADER CUMBO:  Council Member

10  Barron, you may begin following the clock time.

11          SERGEANT AT ARMS:  Time starts now.

12          COUNCIL MEMBER BARRON:  Ah, thank you,

13  Madam, ah, Majority Leader.  I actually wanted to

14  speak, ah, I'll just explain my vote so that we can

15  move the time along.  Ah, thank you, Mr.

16  Parliamentarian.  Thank you.

17          MAJORITY LEADER CUMBO:  OK.  We will move

18  to Council Member Holden.

19          SERGEANT AT ARMS:  Time starts now.

20          COUNCIL MEMBER HOLDEN:  Thank you, Madam

21  Majority Leader.  Ah, I need to express my extreme

22  frustration with some of these so-called police

23  reform bills that have made it on our agenda today

24  for a vote.  Once again, the City Council rushes

25  through legislation that will have a serious impact

STATED MEETING                                                    41

1

2    on residents' public safety in the city.  We live in

3    an upside-down town where wrong is right, cops are

4    villains, criminals are victims, and virtues are

5    vices.  Some of the bills that we are voting on today

6    will endanger the public and put our constituents in

7    harm's way.  This year alone we've had 250 New

8    Yorkers shot, which is over 40% higher than last

9    year.  Our constituents are begging us to handle the

10   uptick in crime and violence in neighborhoods

11   throughout the city.  We are passing bills that will

12   only make it more difficult for law enforcement to do

13   their jobs, which is to protect and serve.  This

14   legislative body turns its back on policies that we

15   know that made New York the safest big city in the

16   world for decades, in favor of protest slogans.  Our

17   police officers are then sent out there with their

18   hands tied.  And some of my colleagues then have the

19   nerve to accuse them of a slowdown, whether it's the

20   ill-advised diagram law or, or our state legislators'

21   reckless actions in Albany passing bail reform, this

22   city faces a crisis and we are only making matters

23   worse.  This assault on the NYPD is an assault on our

24   constituents.  We need to start listening to the

25   public we represent and govern in the real world, not

STATED MEETING                                            42

1

2   Twitter echo chambers.  The people who put us in

3   office to represent their needs are crying for help.

4   They feel unsafe walking the streets or riding the

5   subways.  Some of these bills are reckless, not well-

6   thought-out, and will make New York City more

7   dangerous.  I am not opposed to all police reform,

8   but the vast majority of our police joined the NYPD

9   for the right reasons, to do a great job.

10              SERGEANT AT ARMS:  Time expired.

11              COUNCIL MEMBER HOLDEN:  In fact, if you

12  mention New York City to law enforcement officers

13  from anywhere in the world they will tell you that

14  the NYPD is the gold standards.  These bills would

15  get more New Yorkers killed, both police and

16  civilians, and result in New Yorkers not getting the

17  help they need.  Ending qualified immunity would

18  discourage the best young men and women in our city

19  from joining the police force.  Ending it will make

20  it harder to recruit young, bright young people to

21  join the force.  Even police officers acting in good

22  faith could be held personally liable.  Um, you know,

23  it's, the vehicle stop reporting bill not only would

24  place an unreasonable burden on the police, but it

25  would force them into an unworkable position of

STATED MEETING                                    43

2  having to somehow ascertain the race and ethnicity of

3  members of the public, likely to result in greater

4  tension.  It's time to do our jobs and vote no on

5  these bills, which our constituents expect of us.

6  Thank you.

7           MAJORITY LEADER CUMBO:  Thank you,

8  Council Member Holden.  We will now go to Council

9  Member Chin.

10          SERGEANT AT ARMS:  Time starts now.

11          COUNCIL MEMBER CHIN:  Thank you, Madam

12  Majority Leader.  Um, I know that we are, I support

13  all the police reform bill that we are voting on

14  today.  And as the speaker said earlier, um, the

15  city's policing reform process is not perfect.  And

16  in this council I have joined my colleague in

17  advocating for police reform for many, many years,

18  starting with Community Safety Act.  And we will

19  continue to do that.  And we have been fighting for

20  resources to support anti-violence program, our

21  youth, and many more.  And I am really saddened

22  because of this vote today that my office and myself

23  has been attacked on social media and my office phone

24  has gotten inundated with phone call because of

25  individual and group spreading misinformation.  Our

STATED MEETING                                    44

1

2    community, the Asian community, has been under

3    attack.  And I am so proud that all my colleagues and

4    community group have come together to support us, to

5    stand with my community, and ask how we can help.

6    And now how can these individual and so-called

7    advocates out there, if you want to stand with us why

8    are you creating misinformation and attacking our

9    community?  Asian, the anti-Asian hate crime task

10   force do you know, even know what that is?  The

11   officer work again, there are volunteer.  Our

12   community are asking for more support to help them

13   report the crime, to help protect them.  We have to

14   work together, not divide us.  I mean, I myself as an

15   Asian woman, and I'm getting attacked from Asian

16   woman feminists on my record, of all the things that

17   I have supported in the council?  I mean, come on,

18   let's...

19                  SERGEANT AT ARMS:  Time expired.

20                  COUNCIL MEMBER CHIN: ...stop this and

21   work together if we really want to stop hate.

22   Language access is important in every city agency.

23   And especially in the police department.  And we have

24   to get that for our community.  So let's work

25

```
STATED MEETING                                       45

together and not fight against each other.  Thank

you.

              MAJORITY LEADER CUMBO:  Thank you,

Council Member Chin.  Mr. Parliamentarian, are there

any other members who wish to speak at this time?

              PARLIAMENTARIAN:  Yes, Madam Majority

Leader.  The next three are council members

Rodriguez, Levin, and Borelli.

              MAJORITY LEADER CUMBO:  I'd just like to

remind members because the, the list is extensive

for, um, members to speak at this time as well as

during the vote, I know that members are also going

to wish to speak, um, as well as during the

resolutions and, ah, general discussion.  So if we

could stick to the time clock, I'm going to try to

hold it a bit tighter because this meeting could go

quite extensively if we don't.  So I'll begin right

now with Council Member Rodriguez.

              SERGEANT AT ARMS:  Time starts now.

              COUNCIL MEMBER RODRIGUEZ:  Thank you,

Majority Leader.  And I understand about the same

time [inaudible] like one of those a special day that

all of us will be so proud the legacy that we are

leaving when it comes to police reforms.  Eh, one of
```

```
1   STATED MEETING                                    46

2   the bills that I want to talk, eh, is the one that I

3   had the opportunity to lead together with Speaker

4   Johnson and other colleague, the one that we

5   [inaudible] the investigation of the squad unit from

6   NYPD to DOT.  It is time for all of us to understand

7   that, eh, we will be able to get rid of the COVID-19

8   pandemic hopefully very soon.  However, there's

9   another pandemic that has been killing so many great

10  New Yorkers and that is the one of hit and run.  That

11  is the one of crashes.  That is the one where last

12  year we have more than 44,000 people that they were

13  victim of crashes in New York City, and the average

14  of 300 people dying every year because criminal

15  drivers leaving the scene, many of them and other

16  unfortunately not understanding that our streets

17  doesn't belong to car owners, but the street belong

18  to all of us.  So and today is a great day as we are

19  voting this bill that we transfer the investigation

20  of squad unit from NYPD to DOT.  We heard our DAs.

21  We heard the advocate.  But also we heard

22  Transportation Alternative.  We heard Families for

23  Safe Street and thanks to Speaker Johnson and thanks

24  to Mayor de Blasio so for getting [inaudible] in the

25  City Hall to work with us and come out with a
```

STATED MEETING                                                      47

2   compromise so that we are voting this bill.

3   [speaking in Spanish].  Thank you.

4              MAJORITY LEADER CUMBO:  Thank you,

5   Council Member Rodriguez.  We will now go to Council

6   Member Levin.

7              SERGEANT AT ARMS:  Time starts now.

8              COUNCIL MEMBER LEVIN:  Thank you very

9   much, Madam Majority Leader.  Good afternoon,

10  everybody.  I'm very humbled to be with you all today

11  voting on this remarkable set of legislation, and

12  especially grateful to be sponsoring Intro 2220-A,

13  which would end qualified immunity here in New York

14  City.  Qualified immunity has a very complex history

15  as a legal doctrine, but it actually concerns a very

16  simple and fundamental issue in our democracy.  Since

17  1792 Americans have had the constitutional right

18  under the Fourth Amendment against unreasonable

19  searches and seizures.  And we have had the right

20  since 1868, under the Fourteenth Amendment, to due

21  process under the law.  Recognized that, recognizing

22  that people who have these rights violated need an

23  actual recourse, Congress passed the Enforcement Act

24  of 1871, also known as the Klu Klux Klan Act, in

25  which Section 1983 established the right of action

```
 1  STATED MEETING                                      48

 2  for "every person who under the color of any statute,

 3  ordinance, regulation, custom, or usage of any state

 4  or territory or in the District of Columbia subjects

 5  or causes to be subjected any citizen in the United

 6  States or other persons within the jurisdiction

 7  thereof to the deprivation of any rights, privileges,

 8  or immunities secured by the Constitution and laws

 9  shall be liable to the party injured in an action at

10  law, suit, inequity, or other proper proceedings for

11  redress.  It seems simple enough.  Fast forward 96

12  years to 1967 in a case, Pierson v. Ray, where a

13  group of freedom riders clergymen were seeking to

14  recovery damages for their unconstitutional arrest in

15  Mississippi in 1961, the Supreme Court established a

16  judicial doctrine of qualified immunity, where a

17  government employee is now granted immunity from a

18  lawsuit if they demonstrate "good faith" in

19  conducting an unconstitutional stop and seizure.  The

20  Supreme Court further increased the hurdles to

21  [inaudible] seeking redress by allowing officers to

22  invoke qualified immunity unless the unconstitutional

23  act violated a "clearly established law" in 1982.

24  Quoting Jay Schweikert from the Cato Institute...

25              SERGEANT AT ARMS:  Time expired.
```

STATED MEETING                                              49

COUNCIL MEMBER LEVIN: ..."In practice
this legal standard is a huge hurdle for civil rights
plaintiffs because it generally requires them to
identify not just a clear legal rule, but a prior
case with functionally identical facts."  He goes on
to say "Qualified immunity is one of the most
obviously unjustified legal doctrines in our nation's
history."  I'll finish, ah, my remarks, ah, when I
explain my vote.  Thank you.

MAJORITY LEADER CUMBO:  Thank you,
Council Member Levin.  Thank you for bringing us that
important history on this particular bill.  Council
Member Borelli.

SERGEANT AT ARMS:  Time starts now.

COUNCIL MEMBER BORELLI:  Thank you.  Um,
I, I'd be remiss if I didn't mention that each of us,
ah, each of us 51, are individually beneficiaries of
qualified immunity ourselves.  Ah, we each represent
170,000 New Yorkers and collectively we represent
over 8 million.  And, and many of the decisions we
make or actions we take can harm any one of them or
any members of the public, or anyone we employ.  And
yet we are also, personally and individually,

```
1   STATED MEETING                                    50

2   protected by qualified immunity.  Ah, if we get sued

3   our general counsel will represent us.  It doesn't

4   cost us anything.  Ah, and in fact when, like I heard

5   Council Member Levin mention the 1982 case of Harlow

6   v. Fitzgerald, that case wasn't even about police

7   officers.  Ah, it was about the staff of elected

8   officials.  So the modern doctrine of qualified

9   immunity actually came out of a case involving White

10  House staff.  Ah, victims have recourse in New York

11  City.  The city has paid over 5 billion dollars in

12  the last five years in civil actions against the

13  NYPD.  So today essentially the council is saying

14  that qualified immunity is good us and good for other

15  city employees, but it's not good enough for those

16  New Yorkers who we ask to risk their lives to protect

17  us and oftentimes engage with, with violent criminals

18  who have no care or regard for our laws.  So I would

19  ask my colleagues to vote no on the qualified

20  immunity legislation, or at least voluntarily forego

21  your own qualified immunity if and when you are sued.

22  So, thank you.

23          MAJORITY LEADER CUMBO:  Thank you so

24  much, Council Member Borelli.  Are there any other

25
```

```
 1  STATED MEETING                                    51

 2  members, Mr. Parliamentarian, who wish to speak at

 3  this time?

 4              PARLIAMENTARIAN:  Yes, Madam Majority

 5  Leader.  Council members Reynoso, Miller, and Gibson.

 6              COUNCIL MEMBER REYNOSO:  I'm going to...

 7              MAJORITY LEADER CUMBO:  Council Member

 8  Reynoso, you may begin.

 9              COUNCIL MEMBER REYNOSO:  I'm going to

10  hold my comments to the vote, um, with advice from

11  the Majority Leader.  Thank you.

12              MAJORITY LEADER CUMBO:  Thank you.  We

13  will now have Council Member, I'm sorry, I couldn't

14  read my own writing.

15              PARLIAMENTARIAN:  Council Member Miller,

16  followed by Council Member Gibson.

17              MAJORITY LEADER CUMBO:  Council Member

18  Miller.

19              SERGEANT AT ARMS:  Time starts now.

20              COUNCIL MEMBER MILLER:  Thank you, Madam

21  Majority Leader.  Ah, with respect to, ah, Intro

22  2224, ah, while I agree it is well-intended

23  legislation, ah, it ultimately flawed.  In this bill

24  we are voting to allow New York City DOT to be both

25  judge and jury on our streets.  They will design them
```

```
STATED MEETING                                    52
```

1   and then they will be responsible for holding

2   accountable those who [inaudible] the failure of

3   their design and [inaudible] be responsible for who

4   takes the blame.  This agency has not been

5   responsible for its own shortcomings.  The Department

6   of Transportation has run roughshod over New York

7   City communities, community boards, civic

8   associations, and residents and is infamously

9   unresponsive and prioritizing enforcement before

10  outreach, education, and engineering.  DOT job

11  performance in recent years has been woefully

12  insufficient.  The agency fails at the most basic

13  level to replace street signs, to affix street

14  markings, and address basic safety concerns.  It

15  takes three years on average to give a speed hump

16  evaluated and installed.  This is not an agency

17  prepared to handle more responsibilities.  Let me

18  also say that particularly alarming, that is

19  particularly alarming that this legislation is moving

20  in the spirit of police reform.  This DOT has treated

21  communities of color with borderline contempt.  While

22  white communities got Bike Share and fully built out

23  bus lanes and capital infrastructure, our communities

24  were told to wait and then given punitive enforcement

```
STATED MEETING                                    53
```

cameras instead.  I cannot vote today to add another

3 million dollars to DOT's budget to allow this

agency to duplicate the professional services

provided by trained experts at the Collision

Investigation Squad.  We would be better off spending

this resources with CSI to better support the work

that they are doing.  I would also note that these

are the sentiments of all...

SERGEANT AT ARMS:  Time expired.

COUNCIL MEMBER MILLER: ...five district

attorneys, ah, and they have resubmitted their

testimony, ah, in opposition to this legislation.

Thank you, Madam Majority Leader.

MAJORITY LEADER CUMBO:  Thank you,

Council Member Miller.  We will now go to Council

Member Gibson.

SERGEANT AT ARMS:  Time starts now.

COUNCIL MEMBER GIBSON:  Thank you, Madam

Majority Leader.  Good afternoon, Speaker and all my

colleagues.  I want to quickly speak in favor of one

of the land use applications on 1099 Webster Avenue,

submitted by 1099 Webster Realty in my district.  I'm

very excited about this project.  I've been working

on it for over two years, located at the intersection

STATED MEETING                                          54

1

2    of Webster Avenue and 167th Street in my district,

3    the Clermont community, and this project will include

4    two residential buildings.  One is a nine-story

5    building and the other is an 11-story building with

6    the combined total of 238 residential units,

7    affordable for the local residents, as low as 27% of

8    the AMI, up to 80% of the AMI under the HPD's ELLA

9    program.  We will have a minimum of 10% of the units

10   are three-bedroom apartments, which I'm very excited

11   about, as we will also have, ah, local set-asides at

12   minimum 15% for formerly homeless families.  We have

13   about 30,000 square feet of commercial retail that

14   will include medical facilities and supermarket,

15   indoor parking, and all of the amenities that we

16   truly need in the Bronx.  I'm very grateful that we

17   will have temporary construction jobs, permanent

18   jobs, and a new partnership with Local 32BJ SEIU.

19   Um, the applicant will work through Hire NYC and the

20   M/WBE Build Up program, making sure that we hire

21   locally, and a lot of these provisions are

22   incorporated in a written document that we received

23   at the council, the land use division, by the

24   developer.  I want to thank the Bronx borough

25   president, Ruben Diaz, Jr., and his team for their

```
 1  STATED MEETING                                      55
 2  recommendations, as well as Local Community Board 4,
 3  for all of their hard work in making sure that this
 4  is a project that we can all support that provides
 5  real affordable housing for residents of the Bronx,
 6  local set-aside, as well as local hiring and M/WBE
 7  provisions.  I ask all of my colleagues to please
 8  support this legislation, and I want to Raju Mann,
 9  Amy Levitan, Katy Sullivan, and everyone at the land
10  use division for all of their work on this bill.
11  Thank you.
12              MAJORITY LEADER CUMBO:  Thank you,
13  Council Member Gibson.  Mr. Parliamentarian, are
14  there any other members who wish to speak at this
15  time?
16              PARLIAMENTARIAN:  No, Madam Majority
17  Leader.
18              MAJORITY LEADER CUMBO:  All right.  We
19  will now move into the report of special committees.
20              COUNCIL CLERK:  None.
21              MAJORITY LEADER CUMBO:  Reports of
22  standing committees.
23              COUNCIL CLERK:  Report of the Committee
24  on Civil and Human Rights, Intro 2212-A, bias-based
25  policing.
```

STATED MEETING                                      56

1

2          SPEAKER JOHNSON:  Amended and coupled on

3  general orders.

4          COUNCIL CLERK:  Report of the Committee

5  on Governmental Operations, Intro 2118-A, press

6  credentials.

7          SPEAKER JOHNSON:  Amended and coupled on

8  general orders.

9          COUNCIL CLERK:  Report of the Committee

10 on Land Use, LUs 733 and 734, 737, 4th Avenue

11 rezoning.

12         SPEAKER JOHNSON:  Approved with

13 modifications and referred to the City Planning

14 Commission pursuant to Section 197-D of the New York

15 City Charter.

16         COUNCIL CLERK:  LU 738 and Reso 1585

17 through LU 740 and Reso 1587, Averno East.

18         SPEAKER JOHNSON:  Coupled on general

19 orders.

20         COUNCIL CLERK:  LU 741 and Reso 1588,

21 Lower East Side cluster.

22         SPEAKER JOHNSON:  Coupled on general

23 orders.

24

25

```
1    STATED MEETING                                       57

2              COUNCIL CLERK:  LU 743 and Reso 1589

3    through LU 747 and Reso 1593, various Harlem

4    applications.

5              SPEAKER JOHNSON:  Coupled on general

6    orders.

7              COUNCIL CLERK:  LU 748 and Reso 1594, and

8    749 and Reso 1595, 5025 Barnett Avenue rezoning.

9              SPEAKER JOHNSON:  Coupled on general

10   orders.

11             COUNCIL CLERK:  LU 750 and Reso 1596, and

12   751 and Reso 1597, 1099 Webster Avenue.

13             SPEAKER JOHNSON:  Coupled on general

14   orders.

15             COUNCIL CLERK:  Report of the Committee

16   on Public Safety, Intro 1671-A, traffic encounter

17   reports.

18             SPEAKER JOHNSON:  Amended and coupled on

19   general orders.

20             COUNCIL CLERK:  Intro 2220-A, ending

21   qualified immunity.

22             SPEAKER JOHNSON:  Amended and coupled on

23   general orders.

24

25
```

STATED MEETING                                              58

1

2          COUNCIL CLERK:  Report of the Committee

3  on Rules, Privileges and Elections, preconsidered

4  Resolution 1582, council committee changes.

5          SPEAKER JOHNSON:  Coupled on general

6  orders.

7          COUNCIL CLERK:  Report of the Committee

8  on Small Business, Intro 2243-A, protection for

9  commercial tenants.

10          SPEAKER JOHNSON:  Amended and coupled on

11  general orders.

12          COUNCIL CLERK:  Report of the Committee

13  on Transportation, Intro 2224-A, crash investigation

14  and analysis unit.

15          SPEAKER JOHNSON:  Amended and coupled on

16  general orders.  And at this time I'm asking for the

17  clerk to take a roll call vote on all of the items

18  coupled on today's general orders calendar.

19          COUNCIL CLERK:  Adams.

20          COUNCIL MEMBER ADAMS:  I will be voting

21  aye on all, with the exception of Intro 2224, for all

22  of the reasons stated by Council Member Miller.

23  Thank you.

24          COUNCIL CLERK:  Ampry-Samuel

25

STATED MEETING                                      59

1

2          COUNCIL MEMBER AMPRY-SAMUEL:  Permission

3   to explain my vote?

4          MAJORITY LEADER CUMBO:  Permission

5   granted.

6          SERGEANT AT ARMS:  Time starts now.

7          COUNCIL MEMBER AMPRY-SAMUEL:  Thank you,

8   Majority Leader.  I want to first say welcome and

9   congratulations to Councilwoman Brooks-Powers.  It

10  took a lot for you to get here to this day and this

11  is your time.  Congratulations to my colleagues for

12  the package of bills that are being passed today.

13  But I just have to make a comment.  As a black woman

14  living in New York City and currently living in one

15  of New York's toughest neighborhoods, getting public

16  safety right literally hits home.  Um, what's amazing

17  to me is how when you listen to some of the comments

18  today we are divided as a body just as we have seen

19  our country divided and that's a fact.  But we all

20  represent very distinct constituencies because this

21  is New York City and we are a very diverse city.  So

22  while do appreciate all of the voices today it is

23  clear that we need to continue to have these public

24  meetings, this public hearings, these public settings

25  so people can hear what is being said by all members.

STATED MEETING                                          60

Again, I appreciate the voices.  But sometimes I

don't need certain people to speak for me.  Speak for

your constituency.  I appreciate you speaking for

your constituency.  Not the entire City of New York.

So I just wanted to say that.  I felt compelled to

say that.  But I do thank my colleagues for the bills

that you did introduce and that we are passing today.

And with that on those particular bills I vote yes.

Thank you, Council Member Adrienne Adams as well.

            MAJORITY LEADER CUMBO:  Thank you so

much.

            COUNCIL CLERK:  Council Member Salamanca.

            COUNCIL MEMBER SALAMANCA:  I vote aye on

all.  Thank you.

            COUNCIL CLERK:  Thank you.  Ayala.

            COUNCIL MEMBER AYALA:  Ditto on

everything that Council Member Ampry-Samuels just

said and I also vote aye.

            COUNCIL CLERK:  Barron.

            COUNCIL MEMBER BARRON:  Ah, permission to

explain my vote?

            MAJORITY LEADER CUMBO:  Permission

granted.

            SERGEANT AT ARMS:  Time starts now.

STATED MEETING                                              61

1

2              COUNCIL MEMBER BARRON:  Thank you so

3      much.  I want to welcome our new colleague, Council

4      Member Brooks-Ross.  Welcome.  In terms of the

5      legislation that we're talking about today I vote,

6      for the land use I vote aye on all with the exception

7      of 741, and I am abstaining on 743 and 744.  In terms

8      of the legislation I vote aye on all and commend my

9      colleagues on, ah, making a stab at getting better

10     conditions and better results for our communities in

11     terms of the interaction that we have had with

12     police, particularly where we have been subjected to,

13     ah, racist, discretionary misconduct by police, and

14     I'm voting, I'm, I'm voting no on Intro 2212-A.  What

15     this bill does, I think the intent is great, but it

16     is addressing an issue and putting into the CCRB,

17     which is a body that has been shown to have not been

18     able to overcome the hurdles and the, the, ah,

19     discrepancies and the lack of services and lack of

20     support, and the obstacles that had been put in their

21     path.  There was a former investigator for the CCRB

22     who gave, ah, opening remarks, who gave remarks

23     during a press conference that was held yesterday,

24     and he outlined many of the obstacles that CCRB

25     investigators face.  And there's a scripture that

STATED MEETING                                          62

1

2    says you don't put new wine in old wine flasks.  So

3    we're taking this good idea and putting into the

4    CCRB, which has been shown to not be effective, to

5    not be able to be independent, and we're expecting

6    that we'll get a different result.

7              SERGEANT AT ARMS:  Time expired.

8              COUNCIL MEMBER BARRON:  Thank you.  We're

9    expecting that we'll get a different result.  Ah, I

10   think that what's gonna happen is that it will burst

11   the wine flask just as new wine does because they're

12   not capable of adapting and adjusting and

13   incorporating these kinds of plans, particularly when

14   they're gonna rely on the police commissioner once

15   again to select who the independent prosecutors gonna

16   be for those cases that they look into.  For that

17   reason I'm voting no on 2212-A, despite its good

18   intent.  Thank you.

19             MAJORITY LEADER CUMBO:  Thank you,

20   Council Member Barron.

21             COUNCIL CLERK:  Borelli.

22             COUNCIL MEMBER BORELLI:  Thank you, ah, I

23   vote aye on all except Intros 1671-A, 2118-A, 2212-A,

24   2220-A, 2224-A, 2243-A, and I vote aye on all the

25   rest.  Thank you.

```
STATED MEETING                                      63
 1
 2              MAJORITY LEADER CUMBO:  Thank you.
 3              COUNCIL CLERK:  Brannan.
 4              COUNCIL MEMBER BRANNAN:  Ah, with
 5   congratulations to, ah, Councilwoman Selvena Powers,
 6   um, her first Stated and her first bill passed at her
 7   first Stated, which is not an easy feat, um, and with
 8   congratulations to, to all the folks who have
 9   legislation today.  Um, the work continues.  I vote
10   aye on all.
11              MAJORITY LEADER CUMBO:  Thank you.
12              COUNCIL CLERK:  Brooks-Powers
13              COUNCIL MEMBER BROOKS-POWERS:  Um, I vote
14   aye on all and I ask for permission to explain my
15   vote.
16              MAJORITY LEADER CUMBO:  Permission
17   granted.
18              SERGEANT AT ARMS:  Time starts now.
19              COUNCIL MEMBER BROOKS-POWERS:  So first
20   I'd like to thank my colleagues for the warm welcome
21   to the council and, um, helping with this transition.
22   We have had a very busy Stated today, but, um, I just
23   want to be on record of saying that, um, while I vote
24   in support of these bills, these, um, intros today,
25   um, I recognize that there's still, um, much more
```

STATED MEETING                                          64

1
2    conversation needed, um, especially with the
3    community as we talk about reforming the NYPD.  Um, I
4    thank everyone and their support in the Averno East
5    Project, also recognizing, um, that it's a great
6    start and there's much more work and collaboration to
7    be done around this to, um, help continue to enhance
8    that program.  Um, and so I thank everybody once
9    again.
10            MAJORITY LEADER CUMBO:  Thank you, and
11   we're so happy to welcome you.
12            COUNCIL CLERK:  Cabrera.
13            COUNCIL MEMBER CABRERA:  Thank you.  I'll
14   be voting no on 2224-A, ah, 2118-A, ah, 2220-A, and
15   I'm assuming we're doing the rest of those later,
16   correct?
17            MAJORITY LEADER CUMBO:  Correct.
18            COUNCIL MEMBER CABRERA:  OK, thank you so
19   much.
20            MAJORITY LEADER CUMBO:  You can vote yes
21   then.
22            COUNCIL MEMBER CABRERA:  And aye on the
23   rest.
24            MAJORITY LEADER CUMBO:  Thank you.
25            COUNCIL CLERK:  Thank you.

```
1   STATED MEETING                                   65
2              COUNCIL MEMBER CABRERA:  Thank you.
3              COUNCIL CLERK:  Chin.
4              COUNCIL MEMBER CHIN:  I vote aye on all.
5   Thank you.
6              COUNCIL CLERK:  Constantinides.
7              COUNCIL MEMBER CONSTANTINIDES:
8   [inaudible] just welcome our new colleague, ah,
9   Council Member Brooks-Powers, welcome to the City
10  Council.  We're really looking forward to working
11  with you and with that I will vote aye on all.
12             COUNCIL CLERK:  Cornegy.  Council Member
13  Cornegy?
14             MAJORITY LEADER CUMBO:  We'll come back.
15             COUNCIL CLERK:  Council Member Deutsch.
16             COUNCIL MEMBER DEUTSCH:  Ah, aye on all
17  except for Intro 2212, 2118, 1671, 2220, 2243.  May I
18  vote on the resos?
19             MAJORITY LEADER CUMBO:  Not at this.
20             COUNCIL MEMBER DEUTSCH:  OK.
21             MAJORITY LEADER CUMBO:  Not at this time.
22             COUNCIL MEMBER DEUTSCH:  Thank you.
23             COUNCIL CLERK:  Thank you.  One moment.
24  Darma Diaz.
25
```

STATED MEETING                                              66

1

2            COUNCIL MEMBER D. DIAZ:  I vote aye, and

3    I'd like to thank and compliment Councilwoman Samuels

4    for being the voice.  Thank you.

5            COUNCIL CLERK:  Ruben Diaz.

6            COUNCIL MEMBER R. DIAZ:  Yes on all.

7            COUNCIL CLERK:  Thank you.  Dromm.

8            COUNCIL MEMBER DROMM:  Aye on all.

9            COUNCIL CLERK:  Eugene.

10           COUNCIL MEMBER EUGENE:  I vote aye.

11           COUNCIL CLERK:  Gennaro.

12           COUNCIL MEMBER GENNARO:  I am, ah, really

13   delighted to welcome, ah, Council Member Brooks-

14   Powers.  Welcome to the council.  Ah, I vote aye on

15   all, with the exception of proposed Intro 1671-A, ah,

16   and I vote no on that.

17           MAJORITY LEADER CUMBO:  Thank you for

18   being a good sport now that you are no longer the

19   newest member to the council.

20           COUNCIL MEMBER GENNARO:  [laughs]

21           MAJORITY LEADER CUMBO:  [laughs] The

22   shine moves quickly.

23           COUNCIL CLERK:  Gibson.

24           COUNCIL MEMBER GIBSON:  Permission to

25   explain my vote?

STATED MEETING                                          67

1

2          MAJORITY LEADER CUMBO:  Permission

3   granted.

4          SERGEANT AT ARMS:  Time starts now.

5          COUNCIL MEMBER GIBSON:  Thank you.  Thank

6   you, Madam Majority Leader.  I want to quickly speak

7   about preconsidered Reso 1584, the police reform and

8   reinvention collaborative plan.  Ah, I want to

9   appreciate and salute our chair, Adrienne Adams, for

10  all of the work that you've done, in the midst of

11  countless meetings and briefings, the pain of losing

12  your beloved mother, and yet you still managed to

13  stay on top of today's legislative package.  I

14  appreciate you so much, my sister.  I share the

15  sentiments of colleagues who are frustrated with this

16  process, 187 pages of a plan we received two weeks

17  ago, expected to absorb and come to a decision, an

18  executive order shoved down our throats from the

19  governor with no input or support, and yet the threat

20  of withholding...

21          SPEAKER JOHNSON:  Council Member, Council

22  Member Gibson, I'm sorry.  That's one of the

23  resolutions.  We're just discussing the introductions

24  right now.

25          COUNCIL MEMBER GIBSON:  OK.

STATED MEETING                                        68

1
2          MAJORITY LEADER CUMBO:  You can hold that
3   fire, girl.
4          COUNCIL MEMBER GIBSON:  Are we voting?
5          SPEAKER JOHNSON:  On the introductions,
6   not, not on the resolutions.  That's later.
7          COUNCIL MEMBER GIBSON:  Oh.  OK, so I
8   will be voting aye on all of today's agenda items,
9   with the exception of proposed Intro 2220-A,
10  Resolution 1538-A, and Resolution 1547, I will be
11  abstaining.  I'm voting aye on everything else on
12  today's agenda, and I want to join everyone in
13  welcoming our newest colleague, Council Member
14  Selvena Brooks-Powers of District 31 in southeast
15  Queens.  Welcome, colleague, welcome, sister.  Thank
16  you for making us a fabulous 14 members of the
17  Women's Caucus.  We look forward to working with you
18  here in the City Council.  Thank you so much, Madam
19  Majority Leader.
20         MAJORITY LEADER CUMBO:  Thank you.
21         COUNCIL CLERK:  Gjonaj.
22         COUNCIL MEMBER GJONAJ:  Majority Leader,
23  can I take a pass at this time?
24         MAJORITY LEADER CUMBO:  Yes.
25         COUNCIL CLERK:  Grodenchik.

STATED MEETING                                              69

1

2          COUNCIL MEMBER GRODENCHIK:  Ah, thank

3    you.  Ah, permission to briefly explain my vote?

4          MAJORITY LEADER CUMBO:  Permission

5    granted.

6          COUNCIL MEMBER GRODENCHIK:  I wanted to,

7    um, thank you.  I want to wish everybody who is

8    celebrating, ah, a most happy Passover, a joyous

9    season, ah, a joyous Easter.  That wasn't me, um,

10   [inaudible] as we come into this, ah, very holy

11   season here in New York City.  I want to, ah, welcome

12   our newest colleagues, ah, Council Member Brooks-

13   Powers, and congratulations on the Avern, ah, East.

14   I know that that has been percolating for, ah, more

15   than a generation and, um, how wonderful for you to

16   be able to, to start that work and continue that

17   work, ah, in your first meeting, ah, as a member.

18   Ah, I am voting, um, no on two pieces of legislation

19   today, ah, 2243, I had previously voted no on the

20   last extension.  Um, and I am also, based upon, um,

21   the very persuasive, ah, Council Member Miller, I am

22   also going to vote no on 2224, and aye on all the

23   rest.  And I ask that everybody who is listening to

24   this remember those who are hungry in our city.  We

25

STATED MEETING                                        70

1

2  have much work to do, ah, feeding New Yorkers.  Thank

3  you.

4              MAJORITY LEADER CUMBO:  Thank you.

5              COUNCIL CLERK:  Council Member Cornegy.

6              COUNCIL MEMBER CORNEGY:  Permission to

7  explain my vote?

8              MAJORITY LEADER CUMBO:  Permission

9  granted.

10             SERGEANT AT ARMS:  Time starts now.

11             COUNCIL MEMBER CORNEGY:  So violence in

12 community is not inevitable.  To say that violence

13 spreads like a disease is not a metaphor.  It's what

14 the science now shows.  Violence meets the dictionary

15 definition of a disease and hundreds of studies now

16 confirm that violence is contagious.  It's good news

17 because we have highly effective and time-tested

18 public health methods used worldwide to stop the

19 spread of contagious diseases.  Today we're

20 introducing a range of legislation that will treat

21 the causes of violence and not use brute force to

22 punish behaviors that could have been prevented.  I

23 enthusiastically urge my colleagues to support the 15

24 million dollar towards the council's critical

25 antiviolence and hate violence prevention

STATED MEETING                                          71

1

2    initiatives.  I urge the restoration of funding for

3    vital agencies that are critical to the social and

4    emotional well-being of New Yorkers, including the

5    Department of Parks and Recreation and the Department

6    of Youth and Community Development.  I applaud the

7    proposal for 14.5 million to fund a new mental health

8    case management program to provide 850 people with

9    services in underserved communities.  I'm proud to

10   support an additional 4.4 million to double fiscal

11   year 2021's available funds to intensive mobile

12   treatment teams, which serve those who, with recent

13   and frequent contact with mental health, criminal

14   justice, and homeless service systems.  I urge

15   immediate passage of 25 million in funding for the

16   city's Cure Violence Program starting summer 2022,

17   and a commitment to triple the city's Cure Violence

18   Program workforce.  While some might find any excuse

19   to maintain the status quo and find ways to argue

20   against these important proposals, we shouldn't let

21   the perfect be the enemy of the good.  Please join me

22   in making today a historic day in the transformation

23   of policing in New York City.  Will it end all of our

24   policing problems?  No.  But today represents a

25   significant step in the right direction.  I urge my

```
STATED MEETING                                      72

colleagues and my city to move forward instead of

backwards.  We have the chance to be on the right

side of history by passing this set of reforms.

Thank you.  I vote aye.

          MAJORITY LEADER CUMBO:  Thank you.

          COUNCIL CLERK:  Council Member Holden.

          COUNCIL MEMBER HOLDEN:  I vote no on all

except Intros 2243-A, 2218-A, and Reso 1582, and all

land use applications with accompanying resolutions,

which I vote yes.

          COUNCIL CLERK:  Thank you.  One moment.

Kallos.

          COUNCIL MEMBER KALLOS:  Aye on all.

          COUNCIL CLERK:  Koo.

          COUNCIL MEMBER KOO:  Aye.

          COUNCIL CLERK:  Koslowitz.

          COUNCIL MEMBER KOSLOWITZ:  May I be

excused to explain my vote?  First of all...

          MAJORITY LEADER CUMBO:  Permission

granted.

          COUNCIL MEMBER KOSLOWITZ: ...Council

Member Brooks-Powers.  It's great because now Queens

has three women.  So that's pretty good.  And I want
```

STATED MEETING                                          73

1

2     to also want to wish everybody a happy Passover and a

3     happy Easter, and I vote aye on all.

4             MAJORITY LEADER CUMBO:  Thank you.

5             COUNCIL CLERK:  Lander.

6             COUNCIL MEMBER LANDER:  Request

7     permission to explain my vote?

8             MAJORITY LEADER CUMBO:  Permission

9     granted.

10            SERGEANT AT ARMS:  Time starts now.

11            COUNCIL MEMBER LANDER:  Thanks.  I just

12    want to welcome Council Member Brooks-Powers.  Um,

13    I'm joining family members of those killed by police

14    in over 50 civil rights organizations in voting no

15    today on the so-called police reform plan proposed by

16    Mayor de Blasio.  The plan does not address core

17    issues of police accountability, make a serious

18    effort to transform public safety, or ensure our

19    communities have the services and infrastructure they

20    need and deserve.  It'll lead to further increasing

21    the NYPD's budget, already one in six of all city

22    employees and already set to grow by $195 million

23    dollars next year, while the mayor's preliminary

24    budget proposes to cut CUNY, new services, and

25    sanitation.  It's egregious that the final version of

STATED MEETING                                              74

1

2   the plan was not made available for consideration

3   until yesterday.  The council should not yield to the

4   governor's bullying, threatening to withhold state

5   funding if we don't accept the mayor's so-called

6   plan...

7            MAJORITY LEADER CUMBO:  Council Member

8   Lander.

9            COUNCIL MEMBER LANDER:  [inaudible]

10           MAJORITY LEADER CUMBO:  Council Member

11  Lander, Council Member Lander, I apologize, similarly

12  to Council Member Gibson, who also wished to speak on

13  this.  We're going to have that discussion during

14  resolutions.

15           COUNCIL MEMBER LANDER:  Respectfully,

16  Madam Majority Leader, this is at the heart of the

17  police reform package that we're voting on today.

18  But, but I'll move along.  I just want to say it was

19  not a thorough, serious, or inclusive process, and

20  it's not a thorough, serious, or inclusive plan.  On

21  the other bills on the calendar today, ah, I'm voting

22  no on Intro 2212.  Um, while we certainly need a

23  stronger approach to bias-based policing and racial

24  profiling, this bill will not do it.  It reaffirms

25  the commissioner's sole discretion over police

```
   STATED MEETING                                    75

1

2  discipline.  It allows the NYPD to contract for its

3  own overseer on a topic it's failed on and it

4  requires that NYPD finding for the CCRB begins its

5  investigations in some cases.  I do really appreciate

6  the work of my colleagues in this effort, especially

7  and including Council Members Adams and Gibson.  I'll

8  be voting aye on the other bills in the package,

9  especially 1671, ah, Intro 2220 of Council Member

10 Levin, and Reso 1538 of the Majority Leader calling

11 on the legislature to remove the police

12 commissioner's exclusive authority over discipline,

13 and I'm especially glad to cosponsor and vote today

14 for Intro 2224, a significant step forward towards

15 safer streets with less policing after years of

16 advocacy.  DOT will have to opportunity to lead crash

17 investigations and that will enable a victim-

18 centered, problem-solving approach to preventing

19 traffic violence and greater transparency around the

20 underlying cause of crashes.  So I vote no on Resos

21 1584 and Intro 2212 and aye on the other items on the

22 calendar.

23           MAJORITY LEADER CUMBO:  Thank you.

24           COUNCIL CLERK:  Levin.

25
```

STATED MEETING                                          76

1

2          COUNCIL MEMBER LEVIN:  Permission to

3  explain my vote?

4          MAJORITY LEADER CUMBO:  Permission

5  granted.

6          SERGEANT AT ARMS:  Time starts now.

7          COUNCIL MEMBER LEVIN:  Thank you, Madam

8  Majority Leader.  Thank you, Madam Majority Leader.

9  I also want to, ah, welcome Council Member Brooks-

10  Powers and, ah, wonderful to have you here, ah, in

11  the council.  Um, so, picking up where I left off,

12  um, ah, qualified immunity, this is a quote from, ah,

13  from Jay Schweikert from the Cato Institute,

14  "Qualified immunity is one of the most obviously

15  unjustified legal doctrines in our nation's history."

16  What our bill does today is establish a local civil

17  right in New York City that mirrors those Fourth

18  Amendment rights that we've had since 1792, and those

19  Fourteenth Amendment rights that we've had since

20  1868, where qualified immunity in this case cannot be

21  used as a defense.  Cases would still have to be

22  proven in a court of law and the legal standard for

23  that is high.  The city may also fully indemnify

24  individual officers.  This bill does nothing to

25  change that.  But an officer would not be able to

1

2  enter a courtroom and assert that the plaintiff

3  cannot even commence a case against them because they

4  were immune, unliable, in essence untouchable.  These

5  rights we enjoy under our Constitution are not

6  privileges to be granted and taken away.  They don't

7  apply to some people and not others.  They are as

8  fundamentally American as anything we hold dear.  And

9  they are what has drawn people to our shores

10 generation after generation for over 230 years.  And

11 yet throughout that history these rights have also

12 been denied over and over and over again to

13 generation after generation of Americans,

14 particularly black and brown Americans, for over 230

15 years.  This bill today makes it clear that New York

16 City intends to uphold these precious Constitutional

17 rights now and in the future.  I would like to thank

18 Speaker Johnson and our amazing chair of public

19 safety, Adrienne Adams, chief of staff Jason Goldman,

20 Ed Atkin, Kelly Taylor, Jonita John from the council

21 legislative division...

22          SERGEANT AT ARMS:  Time expired.

23          COUNCIL MEMBER LEVIN: ...New York Civil

24 Liberties Union and Legal Aid for working with us on

25 this, as well as my staff, ah, ah Devitry Kumar, and

STATED MEETING                                              78

1

2    my legislative director, Nicole Hunt, for working on

3    this bill.  And I encourage all of my colleagues to

4    vote aye on 2220-A, and I vote aye on all.  Thank

5    you.

6                MAJORITY LEADER CUMBO:  Thank you,

7    Council Member Levin.

8                COUNCIL CLERK:  Levine.

9                COUNCIL MEMBER LEVINE:  Thank you.  With

10   warm welcome to, ah, Council Member Powers and, ah, I

11   will be voting aye on all.  Thank you.

12               MAJORITY LEADER CUMBO:  Thank you.

13               COUNCIL CLERK:  Council Member Louis.

14               COUNCIL MEMBER LOUIS:  Thank you, Madam

15   Majority Leader.  First, I just want to quickly

16   congratulate our new colleague, Council Member

17   Brooks-Powers, echo the sentiment of Council Member

18   Ampry-Samuels, and I vote aye on all.  Thank you.

19               COUNCIL CLERK:  Excuse me.  Maisel.

20               COUNCIL MEMBER MAISEL:  Ah, yes on

21   everything, except no on 2220-A.

22               COUNCIL CLERK:  Thank you.  Menchaca.

23               COUNCIL MEMBER MENCHACA:  Permission to

24   explain my vote?

25

STATED MEETING                                          79

1

2              MAJORITY LEADER CUMBO:  Permission

3    granted.

4              SERGEANT AT ARMS:  Time starts now.

5              COUNCIL MEMBER MENCHACA:  Thank you.  I

6    want, I want to also welcome Council Member Brooks-

7    Powers, ah, to the City Council, and I will be voting

8    no on 2212-A for all the comments that my colleagues

9    have made, ah, and aye on the rest.  Thank you.

10             MAJORITY LEADER CUMBO:  Thank you.

11             COUNCIL CLERK:  Miller.

12             COUNCIL MEMBER MILLER:  I vote, ah, I'll

13   be just voting no on 2224 and on 2220 I'll be

14   abstaining.  Ah, I'd like wish a happy Passover to

15   all those who will be celebrating.  Thank you.

16             MAJORITY LEADER CUMBO:  Thank you.

17             COUNCIL CLERK:  Moya.

18             COUNCIL MEMBER MOYA:  I vote aye on all.

19             COUNCIL CLERK:  Perkins.

20             COUNCIL MEMBER PERKINS:  I vote no on

21   2212-A and aye on all the rest.  Thank you.

22             COUNCIL CLERK:  Powers.

23             COUNCIL MEMBER POWERS:  I want to welcome

24   my, ah, fellow Powers to the City Council [inaudible]

25   Powers.  The caucus is now two, two strong here, so

```
1   STATED MEETING                                    80

2   welcome and very excited to have her joining us in

3   the council, and I vote aye on all.

4              MAJORITY LEADER CUMBO:  Thank you.

5              COUNCIL CLERK:  Reynoso.

6              COUNCIL MEMBER REYNOSO:  Ah, permission

7   to explain my vote?

8              MAJORITY LEADER CUMBO:  Permission

9   granted.

10             SERGEANT AT ARMS:  Time starts now.

11             COUNCIL MEMBER REYNOSO:  The past year

12  has been painful in so many ways.  Our city

13  experienced tragedy on a scale that was unimaginable

14  this time last March.  Through this adversity, a

15  number of critical issues have come to light, one of

16  which is the systemic oppression of people of color,

17  ah, and what they face in our communities.  This

18  oppression presents itself in many ways - polluted

19  neighborhoods, displacement from our homes,

20  underfunded schools, and police brutality.  When a

21  nation watches George Floyd was murdered in front of

22  our eyes last spring.  It awakened the rest of the

23  country to the police violence that communities of

24  color, um, were all too familiar with.  Today we are

25  taking an important step forward to begin delivering
```

```
STATED MEETING                                      81
```

1

2    justice to communities that have been voiceless for

3    far too long.  This package of bills will make

4    important advancements to keeping our communities

5    safe and I commend the speaker and my colleagues for

6    their work to make this happen.  There is so much

7    more work to do, though, and I'm calling on this

8    council to not stop here.  We all received the letter

9    from 23 family members, victims of police violence,

10   imploring us to go much further than the bills we are

11   voting on today.  I've stood shoulder to shoulder

12   with these folks for years and they have consistently

13   been left out of the police reform conversation,

14   deepening the wounds from losing their loved ones.

15   It is incumbent upon the council to bring those most

16   impacted by police brutality into the policy-making

17   process.  To not do so would be a process failure,

18   but also a moral one.  Moving forward, I hope that

19   the voices of these who have suffered at the hands of

20   abuse by police officers will not just be at the top

21   of our minds, but at the head of the decision-making

22   table.  Thank you, and I vote aye on all.

23                MAJORITY LEADER CUMBO:  Thank you.

24                COUNCIL CLERK:  Riley.

25

STATED MEETING                                              82

1

2           COUNCIL MEMBER RILEY:  Thank you.  I

3    would like to welcome my colleague, ah, Council

4    Member Brooks-Powers, to the council.  Um, as a black

5    man also I would like to echo the sentiments of

6    Council Member Ampry-Samuels.  I think you hit it,

7    ah, right on the nail, ah, with your statement

8    earlier.  I would like to vote aye on all.  Thank

9    you.

10          MAJORITY LEADER CUMBO:  Thank you.

11          COUNCIL CLERK:  Rivera.

12          COUNCIL MEMBER RIVERA:  Permission to

13   explain my vote?

14          MAJORITY LEADER CUMBO:  Permission

15   granted.

16          SERGEANT AT ARMS:  Time starts now.

17          COUNCIL MEMBER RIVERA:  I want to

18   encourage all my colleagues to vote for my bill,

19   Intro 2243, today to extend the suspension of

20   personal liability clauses in commercial leases until

21   June 30, so countless businesses teetering on the

22   edge can continue to focus on paying workers and

23   supporting their communities without the threat of

24   landlords going after their personal life savings and

25   assets if they have to shut down.  We've fought and

```
STATED MEETING                                           83
```

won in court to protect this law and I'm proud that

we are continuing with this legislative effort once

again.  I also want to thank everyone who will be

voting for the Article 11 tax exemption for three

properties located in the East Village neighborhood

in my district.  Asian Americans for [inaudible] a

trusted community partner in Lower East Side has been

working with families across these 44 units of

housing on a conversion that will yield affordable

home ownership opportunities for current residents,

and I'm excited for this project to move forward.

And in regards to the bills on police reform, I

certainly believe that these are a continuation, not

the end of our fight to reimagine public safety in

New York City, and I appreciate Speaker Johnson and

Chair Adams for their efforts.  Additionally, the

investments for key city services that are up for

discussion are the exact kind of commitments we

should pursue further in this year's budget.  And

with the that I vote aye.

              MAJORITY LEADER CUMBO:  Thank you.

              COUNCIL CLERK:  Rodriguez.

              COUNCIL MEMBER RODRIGUEZ:  Permission to

explain my vote?

```
 1   STATED MEETING                                84

 2              MAJORITY LEADER CUMBO:   Permission

 3   granted.

 4              SERGEANT AT ARMS:   Time starts now.

 5              COUNCIL MEMBER RODRIGUEZ:   First of all,

 6   congratulations to our new colleague, eh, Council

 7   Member, eh, Power and, and thank you to all the

 8   colleague for voting on this package of legislation.

 9   Eh, very important for our city.  Eh, as I say in the

10   bill that I had the opportunity to lead, eh, together

11   with the speaker, Corey Johnson, and my other

12   colleague, eh, one of those been the transfer of the

13   collision investigation unit from NYPD to DOT.  It, I

14   think that everyone has to recognize that, eh, we

15   still has a lot of challenges to make our streets

16   safe and the epidemic of crashes definitely is

17   something that, eh, is so difficult to eradicate it.

18   Eh, I had the opportunity to be working with many

19   colleagues from Manhattan Borough President Gale

20   Brewer to Public Advocate Jumaane Williams to

21   Brooklyn Borough President Eric Adams when it came to

22   improve the safety in our street.  So today I'm happy

23   that after we're listening to our DAs we make all the

24   progress and we voted not only with, with that bill

25   but also with all the bills that is so important for
```

```
1   STATED MEETING                                85

2   the whole City of New York.  [speaking in Spanish]

3   With that, I vote aye.

4              MAJORITY LEADER CUMBO:  Thank you.

5              COUNCIL CLERK: Council Member Rose.

6              COUNCIL MEMBER ROSE:  Permission to

7   explain my vote?

8              MAJORITY LEADER CUMBO:  Permission

9   granted.

10             SERGEANT AT ARMS:  Time starts now.

11             COUNCIL MEMBER ROSE:  Thank you.  First,

12  I just want to start by welcoming, um, our new

13  council member, Brooks-Powers.  Um, it's great that

14  you've added another voice of reason to, ah, the City

15  Council.  Um, and I'd like to commend Council Member

16  Adams for her tenacity.  I'd like to thank and, um,

17  thank and commend, ah, Council Member Ampry-Samuels

18  for her truth and passion, and speaking for many of

19  us here on the council.  I'd like to just second and,

20  and say hear, hear to Council Member Levin, who, um,

21  whose remarks about qualified immunity ring true, and

22  I stand firmly behind Council Member Chin.  Um, we

23  have to obliterate hate wherever it exists.  Thank

24  you.  And I vote aye.  Did you hear that?  I vote on

25  all on all.
```

```
STATED MEETING                                         86
```

1          MAJORITY LEADER CUMBO:  Thank you.

2          COUNCIL CLERK:  Yes, thank you, Council

3  Member.  Rosenthal.

4          COUNCIL MEMBER ROSENTHAL:  Um, permission

5  to explain my vote?

6          MAJORITY LEADER CUMBO:  Permission

7  granted.

8          SERGEANT AT ARMS:  Time starts now.

9          COUNCIL MEMBER ROSENTHAL:  Thank you.

10  Um, and, and I'm voting aye on all.  Um, Majority

11  Leader Cumbo, I just want to thank you for keeping us

12  all on the straight and narrow.  Ah, you run a good

13  meeting and I really appreciate everything that you

14  do in running these meetings.  It's not easy.  So

15  thank you.

16          MAJORITY LEADER CUMBO:  Thank you for

17  [inaudible].

18          COUNCIL MEMBER ROSENTHAL:  Yeah, I really

19  want to thank Council Member Ampry-Samuel, um, thank

20  you for as, as Council Member Rose said, thank you

21  for your truth, for your passion, um, and just being

22  it standout Council Member that you are.  It's such

23  an honor to serve with you.  I also want to thank

24  Council Member Miller for, um, his point of view and

```
STATED MEETING                                      87

speaking so passionately and smart.  Um, so I really

thank him for that.  And of course welcome to my

sister, my new sister from another mister.  Ah,

Council Member Brooks-Powers, indeed you are now

cochair of the Powers committee.  Um, yeah, and

again, I vote aye on all.  Thank you.

          MAJORITY LEADER CUMBO:  Thank you.

          COUNCIL CLERK:  Treyger.

          COUNCIL MEMBER TREYGER:  Aye.

          COUNCIL CLERK:  Ulrich.

          COUNCIL MEMBER ULRICH:  Madam Majority

Leader, I'm asking for unanimous consent to vote on

all land use items.

          MAJORITY LEADER CUMBO:  Permission

granted.

          COUNCIL MEMBER ULRICH:  Thank you.  I

vote aye on all land use items.

          PARLIAMENTARIAN:  Madam Majority Leader.

          MAJORITY LEADER CUMBO:  Yes, Mr.

Parliamentarian.

          PARLIAMENTARIAN:  Hold on.  Ah, are there

any objections to moving forward with unanimous

consent on the motion from Council Member Ulrich?
```

STATED MEETING                                              88

MAJORITY LEADER CUMBO:  Thank you for the
correction.

PARLIAMENTARIAN:  Seeing none, the motion
passes.  You may continue, Council Member.

COUNCIL MEMBER ULRICH:  Thank you very
much.  Um, ah, and thank you for the unanimous
consent.  Thank you to my colleagues.  I'm voting aye
on all land use items.  Um, but I am voting no on,
ah, several, ah, preconsidered intros.  I'll be a no
vote on 1671, 2118, 2212, 2220, 2224, 2243, and aye
on all others.

MAJORITY LEADER CUMBO:  Thank you.  It's
always our pleasure to make an exception for you.

COUNCIL MEMBER ULRICH:  Thank you.  Thank
you, Madam Majority Leader.

MAJORITY LEADER CUMBO:  Thank you.

COUNCIL CLERK:  Pardon, one moment.
Vallone.

COUNCIL MEMBER VALLONE:  Madam Majority
Leader, may I be excused to explain my vote?

MAJORITY LEADER CUMBO:  Permission
granted.

SERGEANT AT ARMS:  Time starts now.

STATED MEETING                                                89

            COUNCIL MEMBER VALLONE:  Thank you, boss.

I just want to wish everyone a blessed Passover and

an Easter season, since we are at the holiest time

this year.  And welcome to our new Council Member,

Brooks-Powers.  Welcome to the Queens [inaudible],

great delegation that we are.  And for just a few

comments on some of today's bills.  No one can be

charged in this council in not bringing police reform

to the NYPD and this, and this city.  Ah, many of the

council members here have led that charge and we're

doing that again today.  Ah, I have to stand and

speak about some of the comments that are being

tossed at 2220-A.  We are not a judge.  We are not a

jury.  We do not have the benefit of months of trial

and evidence and depositions.  What we're doing today

with 2220-A is telling an officer that in doing your

job you will now be exposed to personal liability.

Your assets, your home, your family, what you have

worked your life to do is now in jeopardy in doing

your job.  Anyone's constitutional rights are always

protected.  This has nothing to do with that.  You go

to court, your, your unjustified stop and seizure is

thrown out.  You have your constitutional rights

protected.  We are doing one thing.  We are exposing

STATED MEETING                                          90

1
2    officers to personal liability.  That does not go
3    with the police reforms that we have been challenged
4    to do and what we have done.  And put yourself in the
5    shoes now of those that we charged to keep us safe.
6    Will you make that arrest?  Will you make that stop
7    if you know that your personal home, assets, life are
8    now subject to a lawsuit?  That is what I wanted to
9    bring to the attention.  It's more than a no vote on
10   220-A.  It is explanation.  It's not about police
11   reform.  This is doing something deliberate to the
12   police force.  And day in and day out we are being
13   asked by the citizens of this city to keep us safe.
14   Every day there is another tragedy.  If your district
15   is 51% telling you to vote for this...
16              SERGEANT AT ARMS:  Time expired.
17              COUNCIL MEMBER VALLONE: ...then you vote.
18   But I am telling you, especially in my district and
19   those that are around us, that is not the case.  So
20   with that I vote no on 220-A.  I also vote no on
21   proposed Reso 1530-A.  I abstain from preconsidered
22   Reso 1583 and abstain on 2212-A.  Ah, thank you, and
23   God bless everyone.
24              MAJORITY LEADER CUMBO:  Thank you,
25   Council Member Vallone.

```
STATED MEETING                                      91
```

1  STATED MEETING                                   91

2         COUNCIL CLERK:  Van Bramer.

3         COUNCIL MEMBER VAN BRAMER:  Permission to

4  briefly explain my vote?

5         MAJORITY LEADER CUMBO:  Permission

6  granted.

7         SERGEANT AT ARMS:  Time starts now.

8         COUNCIL MEMBER VAN BRAMER:  Thank you.

9  So I am going to vote aye on all except for Intro

10  2212-A, ah, because I firmly believe that the police

11  commissioner, whoever that should be, should have no

12  role whatsoever in, ah, determining or overturning,

13  ah, punishment, um, or, um, any other findings for

14  police officers, ah, and luckily there is a bill

15  coming, ah, and, ah, Council Member Barron has, ah,

16  ah, led the charge with Council Member Ampry-Samuel

17  and, ah, look forward to seeing that piece of

18  legislation move forward and, ah, implement, ah, ah,

19  real reform that I think is so desperately needed,

20  ah, to make sure that the police commissioner, um,

21  does not have, ah, any role in determining a

22  punishment, ah, in particular what we see all time

23  overturning, ah, even validated claims of, ah, abuse.

24  So, ah, with that I vote no on 2212-A.  Look forward

25  to, ah, Council Member Barron and Council Member

```
1   STATED MEETING                              92
2   Ampry-Samuel's, ah, legislation and, ah, vote aye on
3   all the rest.
4              MAJORITY LEADER CUMBO:  Thank you.
5              COUNCIL CLERK:  Council Member Yeger.
6              COUNCIL MEMBER YEGER:  Madam President,
7   may I be excused to explain my vote?
8              MAJORITY LEADER CUMBO:  Permission
9   granted.
10             COUNCIL MEMBER YEGER:  Thank you very
11  much.
12             SERGEANT AT ARMS:  Time starts now.
13             COUNCIL MEMBER YEGER:  Thank you,
14  Sergeant.  Ah, on, ah, I will, I'll try to just echo,
15  ah, without using all the words of some of my
16  colleagues who spoke on these bills.  Ah, on Intro
17  2224, Council Member Miller, ah, I couldn't have said
18  it better.  Ah, giving the DOT, the agency which can
19  take three years to put in, ah, a traffic, ah,
20  camera, a speed camera, ah, ah, a traffic signal or a
21  speed bump, ah, the, this important responsibility to
22  me simply makes no sense.  Um, the, investigating a
23  vehicle crash is, is important work.  And, ah, I
24  just, you know, I'm in the council for three years,
25  ah, two months, and 25 days, and I can't find one
```

STATED MEETING                                             93

thing that the DOT has done right in my district

during all that time.  So giving this, this important

work makes no sense to me.  I'm going to vote no on

that.  Um, ah, 2118 came from Government Operations,

the, ah, committee I'm honored to serve on, and, ah,

you know, I found that neither the press community

nor the administration felt this was something that,

ah, was necessary.  It was almost a solution in

search of a problem.  Um, but here's the problem, at

least the way I see it.  It's going to cost the City

of New York $660,000 in the upcoming fiscal year to

move this office from the police department to the

Mayor's Office of Media and Entertainment, you know,

the folks who, ah, shut down all our streets and

bring in all those trailers and so that they can film

Law and Order in our neighborhood.  Ah, it's going to

cost 1.3 million dollars every single fiscal year

thereafter, at least as projected right now.  I

didn't think we had that kind of money.  I still

don't.  I haven't heard we do.  So I'm going to vote

no on that.  Um, qualified immunity, ah, Intro 2220,

Council Member Vallone often gets my attention

because he comes, ah, ah, shortly before me and I

couldn't have said it better than he did.  Ah, and as

STATED MEETING                                            94

1

2   for Council Member Borelli pointing out that, ah, we

3   are hypocrites if we take away qualified immunity

4   from, um, from members of our municipal workforce and

5   leave....

6              SERGEANT AT ARMS:  Time expired.

7              COUNCIL MEMBER YEGER: ...[inaudible] ah

8   he is 100% right.  Intro 2243, ah, we heard a lot

9   about the Constitution today.  I like all of the

10  Constitution, all of it.  Ah, Article 1, Section 10,

11  ah, ah, requires that the government not pass laws

12  that impair the obligations of contracts.  It's true

13  that a court did uphold this law.  But in that

14  decision the court said that it, this law does in

15  fact impose a substantial impairment on contracts.

16  So reasonable people can differ.  I differ.  I'm

17  reasonable.  Going to vote no on that.  So to

18  recapture I am no on Intro 2212, 2118, 2220, 2243,

19  2224.  Thank you very much for the additional time.

20             MAJORITY LEADER CUMBO:  Thank you,

21  Council Member Yeger.

22             COUNCIL CLERK:  Gjonaj.

23             COUNCIL MEMBER GJONAJ:  Majority Leader,

24  permission to explain my vote?  It's long awaited.

25  Permission granted.

STATED MEETING                                          95

2          COUNCIL MEMBER GJONAJ:  Thank you,

3    Majority Leader.

4          SERGEANT AT ARMS:  Time starts now.

5          MAJORITY LEADER CUMBO:  The finisher.

6          COUNCIL MEMBER GJONAJ:  Let me first

7    begin by congratulating our newest council member,

8    Brooks-Powers.  Congratulations.  Looking to hear

9    some of the great work that you're going to be doing

10   for your constituents in our great city.  To all my

11   colleagues, I want to wish them a happy Passover and

12   all the blessings of Holy Week and Easter.  Um,

13   Majority Leader, I leave it to the end because I

14   really wanted to hear more from my colleagues on very

15   important bills.  Ah, I want to echo the sentiments

16   that have been made by Council Member Miller, ah, in

17   reference to, um, 2224.  Nothing prevents DOT today

18   from investigating any accident and making design

19   corrections if needed on any of our streets.  Giving

20   this major responsibility to DOT just for the sake of

21   saying we took something away from the NYPD doesn't

22   justify what the objective is.  If we're looking to

23   investigate, ah, intersections that are very

24   dangerous to our motorists, pedestrians, and, ah,

25   others then we can easily do that and nothing, we

```
STATED MEETING                                          96
```

1  STATED MEETING                                          96

2  don't need to pass any legislation because DOT

3  already has the authority.  But it could impede the

4  investigation of accidents, especially when there is

5  fatalities or serious injury, and I am concerned

6  about, um, unintended consequences that could come

7  about.  So I'll be voting no on 2224.  I hear from my

8  colleagues, those that are attorneys and understand

9  the law much better than I do, ah, in the comments

10 that they made on Intro 2220.  Um, it's with much

11 contemplating that I, ah, and after hearing from the

12 legal experts on what this actually means and how

13 this does not take away the constitutional rights

14 that we all have, um, I'm going to...

15          SERGEANT AT ARMS:  Time expired.

16          COUNCIL MEMBER GJONAJ: ...[inaudible]

17 some of the legal advice that we've heard so I'll be

18 voting no on 2220, and I will be following the

19 comments that have been made by Council Member Barron

20 and Menchaca, um, in regards to 2212.  So I vote aye

21 on all with the exception of 2224, 2212, and 2220.

22 Thank you.

23          MAJORITY LEADER CUMBO:  Thank you,

24 Council Member Gjonaj.

25          COUNCIL CLERK:  Matteo.

```
STATED MEETING                                         97
```

1

2          MINORITY LEADER MATTEO:  Thank you.  I'm

3   voting no on 1671, 2118, 2212, 2220, 2224, and 2243,

4   and aye on the rest.  Thank you.

5          MAJORITY LEADER CUMBO:  Thank you.

6          COUNCIL CLERK:  Thank you.

7          MAJORITY LEADER CUMBO:  Let's give the

8   clerk a moment.

9          COUNCIL CLERK:  Cumbo.

10          MAJORITY LEADER CUMBO:  I vote aye.

11          COUNCIL CLERK:  Speaker Johnson.

12          SPEAKER JOHNSON:  I want to thank

13   everyone for today.  Ah, I want to really thank

14   Council Members Chin and Ampry-Samuel for their, ah,

15   comments today.  I, I really appreciate that.  And I

16   again want to welcome Council Member, ah, Selvena

17   Power-Brooks, ah, Brooks-Powers, I apologize, ah,

18   for, ah, I want to welcome you.  We're so grateful to

19   have you here, and we look forward to working

20   together.  I vote aye on all.

21          MAJORITY LEADER CUMBO:  We're going to

22   give the legislative clerk an opportunity to tally,

23   um, all of the votes, so that we have an accurate,

24   ah, number before we move forward.  So let's just

25   give him a moment.

```
1   STATED MEETING                                        98

2            PARLIAMENTARIAN:  In the meantime, while

3   the clerk is tallying the vote, any council member

4   who would like to vote no or abstain on any of the

5   resolutions that we'll be voting on during the

6   resolution section please email the legislative

7   documents unit to register a vote of nor or abstain

8   on any of the resolutions.

9            MAJORITY LEADER CUMBO:  Mr.

10  Parliamentarian, just for clarity and ease sake can

11  you just give, um, perhaps in the chat or send

12  through the act email address that members should

13  send that information to.

14           PARLIAMENTARIAN:  Yes.  We do not have a

15  chat, but I'd be happy to email council members with

16  the address they should send that to.

17           MAJORITY LEADER CUMBO:  Thank you.

18           COUNCIL CLERK:  OK, thank you, Madam

19  Majority Leader.  Much appreciated.  All items on

20  today's general order calendar have a vote of 49 in

21  the affirmative, zero in the negative, and no

22  abstentions, with the exception of the following

23  bills.   Introduction 2212-A has a vote of 36 in the

24  affirmative, 12 in the negative, 1 abstention.

25  Introduction 2118-A, 43 in the affirmative, 6 in the
```

```
STATED MEETING                                              99
```

negative, no abstentions.  Introduction 1671-A with

43 in the affirmative, 6 in the negative, no

abstentions.  Introduction 2220-A has 37 in the

affirmative, 11 in the negative, and 1 abstention.

Introduction 2224-A has 39 in the affirmative, 10 in

the negative, no abstentions.  Land use item 741 and

Resolution 1588 have a vote of 48 in the affirmative,

1 in the negative, no abstentions.  Land use items

743 and 744 with their accompanying resolutions have

a vote of 48 in the affirmative, zero in the

negative, one abstention.  And the revised land use

call-ups vote is now 48 in the affirmative and zero

in the negative.  Thank you.  (see transcriber's note

at end)

          SPEAKER JOHNSON:  Madam Majority Leader?

          MAJORITY LEADER CUMBO:  Yes.

          SPEAKER JOHNSON:  I believe that all

items have passed.

          MAJORITY LEADER CUMBO:  Thank you.  I

apologize.  My internet service got disconnected, so

I'm transferring over to my phone to complete the

rest of today's, um, Stated Meeting.  So the item on

today's general order calendar are adopted.  We will

now go into the introduction and reading of bills.

STATED MEETING                                                100

1
2          SPEAKER JOHNSON:  All bills have been
3   referred to committees as indicated on today's
4   agenda.
5          MAJORITY LEADER CUMBO:  Thank you.  We
6   will now move into the discussion of resolutions.  As
7   a reminder, please wait until the Sergeant at Arms
8   begins the countdown clock before you begin your
9   remarks.  Mr. Parliamentarian, are there any members
10  that wish to speak on today's resolutions?
11         PARLIAMENTARIAN:  Yes, Madam Majority
12  Leader.  Ah, the first three are council members
13  Moya, Gennaro, and Adams.
14         MAJORITY LEADER CUMBO:  OK.  We will
15  begin with Council Member Moya.
16         SERGEANT AT ARMS:  Time starts now.
17         COUNCIL MEMBER MOYA:  Thank you, Madam
18  Majority Leader, and thank you, Mr. Speaker.  Um, I
19  just wanted to, to talk about, ah, two of the
20  resolutions, um, one, ah, which talks about, ah,
21  taxing, ah, the billionaires.  Ah, we've seen the
22  disproportionate impact that COVID-19 has had on
23  black and brown communities.  Ah, disparities in
24  health, education, and wealth, and it's been a fight
25  for racial justice, not just this past year but for

1

2    way too long.  We need urgency and action to bring

3    equity and support to these communities.  We need to

4    treat black, Latino, immigrant, Asian New Yorkers

5    with respect and dignity.  They are part of the

6    people that make this country so great and have

7    contributed to the success and well-being of this

8    city and this nation in countless ways.  Ah, the two

9    resolutions, ah, that I've introduced today, ah, have

10   a direct impact on these communities as we are

11   fighting for racial justice.  I want to thank the

12   speaker and my colleagues in the City Council for

13   joining me in this fight.  I'm proud to be part of a

14   legislative body that stands up for racial justice.

15   So here we are.  The wealth gap is not closing.  It's

16   exploding across New York.  The very people that were

17   on the front lines taking care of us, feeding our

18   families, and keeping our city moving, who pay taxes,

19   contributing millions, providing relief for so many,

20   were excluded from getting assistance during one of

21   the worst pandemics of our time.  Healthcare workers,

22   food delivery workers, cab drivers, construction

23   workers, janitors, building and house cleaners, and

24   so many others.  For us to work towards a real

25   recovery from COVID-19 means that we cannot leave

```
   STATED MEETING                                         102
 1
 2  behind those that have suffered the brunt of this
 3  pandemic and who contributed and sacrificed so much
 4  for us.  It means that the rich keep getting richer
 5  while New Yorkers struggle to make ends meet, after
 6  not only putting their lives at risk for us, but
 7  becoming ill from COVID, losing their jobs, or, even
 8  worse, losing a loved one.  New Yorker's 120
 9  billionaires are 87.7 billion richer than they were
10  in the beginning of the pandemic, and they're not
11  dealing with the heavy burden of how they will pay
12  for rent or get their next meal.  That is why I
13  introduced this resolution, calling upon the state
14  legislature to pass and the governor to sign to
15  establish the Billionaire Mark, to mark it tax...
16          SERGEANT AT ARMS:  Time expired.
17          COUNCIL MEMBER MOYA: ...[inaudible]
18  revenue generated to, ah, establish an Excluded
19  Workers' Fund.  The imposition would raise, ah, taxes
20  to 23.3 billion in its first tax year and 1.2 billion
21  or more in more subsequent years.  The billionaires'
22  wealth tax would raise the billion, ah, would raise
23  billions that we urgently need to create the
24  opportunity for 274,000 people, including 187,000
25  undocumented workers and 87,000 people leaving
```

STATED MEETING                                                      103

incarceration to get much-needed relief after this

has been a devastating year.  And I just, ah, ask

everyone to, ah, vote in favor of this.  And I want

to thank the speaker for his partnership and to the

staff that worked on this, Rebecca Chasen, Noah

Brick, ah, Jason Goldman, Megan Tadia Benam, and

Gatorino Valencia, ah, from my office.  Ah, with

that, thank you Madam Majority Speaker, ah, to all my

colleagues.

            MAJORITY LEADER CUMBO:  Thank you so

much, Council Member Moya.  Council Member Gennaro.

            SERGEANT AT ARMS:  Time starts now.

            COUNCIL MEMBER GENNARO:  I wanted to

weight in on, ah, proposed Reso 1538-A regarding the

police commissioner's power over discipline.  Ah, I

believe that discipline for any non-criminal act of

any city employee is an executive function and the

same bill supported by this Reso in my opinion

infringes on the power of the mayor as exercised by

the PC.  The CCRB is free to refer an action by a

police officer to the DA for prosecution or to the PC

for discipline in a non-criminal matter, but for the

CCRB to act as the PC is a usurpation of mayoral

power, in my opinion.  I'll be voting no on this

STATED MEETING                                    104

resolution and urge my colleagues to vote no.  Ah,

the next item would be, ah, Resolution 1547 regarding

residency requirement for, ah, New York City

officers.  Ah, I'll quote the mayor from last August.

He said, "A lot of NYPD officers who happen to be

people of color are living in the suburbs for purely

economic reasons because they can't find enough

affordable housing here.  We should have a real

public debate about it, but we should be mindful that

it's not as easy an equation in New York City, as it

is in a lot of other places because of the pure cost

of housing."  I tend to agree with the mayor's

statement, so I'll be voting no on this resolution.

I urge my, ah, colleagues to vote no.  And with

regard to the, ah, mayor's, ah, police reform

parking, I don't know the resolution number, ah, but,

ah, I will be voting to, ah, support that resolution,

and I wish to be, I wish to be associated with the

speaker's remarks, ah, on this, ah, police reform

report of whatever it is that the mayor did, and I,

ah, thank Council Member Adams for all the work that

she did on the package of bills today, ah, and what

she did regarding to the, ah, [inaudible] proposal in

STATED MEETING                                                    105

2  the face of personal tragedy.  And, um, thank you

3  very much.

4           MAJORITY LEADER CUMBO:  Thank you.  We'll

5  now go to Council Member Adams.

6           SERGEANT AT ARMS:  Time starts now.

7           COUNCIL MEMBER ADAMS:  Thank you once

8  again, ah, Madam Majority Leader.  Ah, the mayor's

9  plan, mandated by the governor's executive order,

10  which the council had only 12 days to review and

11  revise if not passed.  The governor's office could

12  withhold vital state and federal funding from us.

13  Not a few hundred thousand dollars, but billions of

14  dollars desperately needed to help the city rebound

15  from the greatest health crisis of our lifetime.

16  Given the current climate and condition of the state,

17  I'm not willing to leave our fate in those troubled

18  hands.  The City Council negotiated concrete changes

19  and investments in the plan that our city, largely

20  due colleagues, to the demands of this council many

21  concessions were made.  Among them is securing over

22  70 million dollars to expand public safety

23  alternatives to policing and incarceration, and

24  adding an additional 5000 new seats for SYEP this

25  summer, something that we fought so hard, that

STATED MEETING                                          106

1
2    Council Member Rose always champions in this council.
3    Additionally, the council rejected changes that would
4    lead to expanding the NYPD's footprint and an already
5    bloated budget, and we mandated deadlines and public
6    engagement.  Some of my colleagues feel that today's
7    legislation goes too far.  I get it.  Some of my
8    colleagues feel that this legislation doesn't go far
9    enough.  I get it.  Colleagues, the plan is not
10   ideal, and I honestly can't celebrate it.  I won't
11   celebrate it.  But it's just the beginning.  As chair
12   of the Public Safety Committee I know there's a lot
13   more work to be done...
14          SERGEANT AT ARMS:  Time expired.
15          COUNCIL MEMBER ADAMS: ...[inaudible]
16   NYPD, and I am committed to changing policing in New
17   York City's NYPD.  I want to thank all of the
18   advocates who worked with us, our legal partners, our
19   communities.  Yes, our hurting communities worked
20   with us.  I want to thank Arva Rice, chief executive
21   officer of the New York Urban League.  I want to
22   thank Jennifer Jones Austin, CEO of the Federation of
23   Protestant Welfare Agencies.  And I want to thank Wes
24   Moore of the Robin Hood Foundation for really, really
25   getting out there in our communities and assisting

STATED MEETING                                              107

2   us.  We appreciate you all and look forward to your

3   continued partnership on this very, very important

4   work.  Thank you, colleagues.  Thank you, Madam

5   Majority Leader, for the time.

6           MAJORITY LEADER CUMBO:  Thank you,

7   Council Member Adams.  Are there any other members,

8   Mr. Parliamentarian, that wish to speak at this time?

9           PARLIAMENTARIAN:  Yes, Madam Majority

10  Leader.  Council members Barron, Riley, and Levin.

11          MAJORITY LEADER CUMBO:  All right.  You

12  may begin, Council Member Barron.

13          SERGEANT AT ARMS:  Time starts now.

14          COUNCIL MEMBER BARRON:  [inaudible] Madam

15  Majority Leader thank you.  Wow, we are at a critical

16  point here with this what I see sham, what I see as a

17  wink and a nod from the police commissioner with

18  crossed fingers behind his back as he may be raising

19  his hand.  And I say that because we have heard from

20  this commissioner over the years that he does not

21  believe police officers treat black communities any

22  differently than they treat white communities, quote

23  end quote.  But now because this is a plan that says

24  they're looking racialized policing he understands

25  oh, we do need to look at that.  I don't believe him.

STATED MEETING                                          108

Nor do I believe that this plan that talks about all
the training that will be given to police officers
will have any impact because, remember, Akai Gurley
was killed by Peter Liang who was trained not to take
his gun out of his holster, not to put his finger on
there, and to ask who's there.  That didn't happen.
So now we're talking about more money to the NYPD for
more training that doesn't get any results, results,
and people who are unarmed and innocent being killed
with no accountability.  The report, the letter which
the NAACP legal defense fund said highlights
something I want to call.  The draft plan does not
specify how the city will change the decades of
entrenched racially discriminatory practices.  It
indicates that NYPD will undergo an independent
review to quote identify the persistent structures of
racism within the department.  But the NYPD is
already under the supervision of a federal court and
an independent monitor following multiple lawsuits
and though the draft plan quickly glazes over these
lawsuits...
            SERGEANT AT ARMS:  Time expired.
            COUNCIL MEMBER BARRON: ...noting that the
federal monitorship has changed the culture and

```
 1  STATED MEETING                                    109

 2  fabric, the reports of the independent monitor

 3  suggests otherwise.  According to the independent

 4  monitor's October 2020 status report through the

 5  Floyd Court approved NYPD revised race policy barring

 6  racial profiling the NYPD is not yet in compliance

 7  with implementation of the racial profiling policies.

 8  The monitor found racial disparities in the NYPD's

 9  Stop and Frisk and noted that the department stopped

10  reports were quote deficient in articulating

11  reasonable suspension for Stop and Frisk and legal

12  justification for searches.  The draft plan does not

13  address these failings.  Rather, it declares that the

14  city quote has ended the era of Stop and Frisk, quote

15  reformed its Stop and Frisk policy and training and

16  justifies the NYPD's nearly 12,000 stops and frisk in

17  2020, ah, with the majority of those encounters are

18  still disproportionately black and brown.  We are

19  allowing a governor that has often been described as

20  a bully to threaten, to not give us the funds that we

21  need, and I don't believe that the police officer,

22  Commissioner Shea, has any kind of Damascus Road

23  experience to really change what he has said over the

24  years is his belief, and we are not going to be able

25  to talk about defunding the police or reducing their
```

```
STATED MEETING                                      110
```

1  STATED MEETING                                      110

2  funding with the plan that in fact gives them more

3  money to increase their interaction in black and

4  brown and low-income communities, increase their

5  interaction with youth who say that they feel that

6  they've been criminalized, does not talk about

7  reducing the SSA's, ah, following policies of the

8  police department as they interact with children in

9  the school.  I urge my colleagues to vote no on Reso

10  1584.  It does not do what we need to have done.

11  It's only ah, ah, crumbs that are being thrown, and

12  it will have no far-reaching or substantial impact on

13  the over-policing, the racialized policing, and the

14  criminalization...

15          MAJORITY LEADER CUMBO:  Council Member

16  Barron [inaudible].

17          COUNCIL MEMBER BARRON:  Thank you for the

18  extra time.

19          MAJORITY LEADER CUMBO:  Thank you,

20  Council Member Barron.  We will now go to Council

21  Member Riley, followed by Council Member Levin.

22          SERGEANT AT ARMS:  Time starts now.

23          COUNCIL MEMBER RILEY:  Thank you,

24  Majority Leader.  I would like to commend my

25  colleagues in government for their hard work that

STATED MEETING                                            111

1

2    went into this police reform package.  But,

3    respectfully, I must admit that I believe we have so

4    much further to go.  My experience as a black man and

5    the ongoing experiences of black and brown

6    communities cannot and will not be addressed in this

7    one package or a single bill.  The resolution to

8    police reform is complex and will require a

9    collaborative approach when discussing and

10   implementing solutions.  We must further our efforts

11   to ensure police accountability and transparency.  I

12   want to emphasize that this plan is only, and I want

13   to emphasize this again, only the first step in many

14   more steps to follow, and I look forward to

15   continuing this important work with my colleagues in

16   government to implement sound, meaningful, and

17   impactful legislation that would change the social

18   norms of black and brown communities around our

19   nation.  Thank you so much.

20            MAJORITY LEADER CUMBO:  Thank you.  We'll

21   now go to Council Member Levin.

22            SERGEANT AT ARMS:  Time starts now.

23            COUNCIL MEMBER LEVIN:  Thank you.  Thank

24   you very much, Madam Majority Leader.  Um, I just

25   want to take this opportunity to encourage all of my

STATED MEETING                                          112

1

2    colleagues to sign on to the resolution sponsored by

3    Majority Leader Cumbo, um, that would remove final

4    disciplinary authority from the police commissioner.

5    Um, the, the issue is very real and has serious

6    consequences, um, for our city.  Um, the police

7    commissioner, ah, overrules the, ah, CCRB, um, and/or

8    the administrative law judges within the NYPD 71% of

9    the time.  Seven times out of 10, um, a process

10   happens where, um, we hear evidence, evidence is

11   presented, the defense is mounted and, and, ah, a

12   trial judge, um, could, ah, issue a sanction, seven

13   times out of 10 that's overruled, um, by the police

14   commissioner.  Um, that is absolute evidence of a

15   dysfunctional system, absolute evidence of a

16   dysfunction system.  And if we were to restore any

17   type of confidence in the police department's ability

18   to have discipline, so that there's no favoritism,

19   there's no, um, that, that, I mean, we hear about the

20   concept of white shirt immunity, um, that, ah, those,

21   ah, of, of a certain stature within the police

22   department are treated different than rank-and-file

23   cops.  Ah, we saw that just recently with Chief

24   Monahan, who was essentially allowed to retire prior

25   to having been called into the CCRB for, um, ah, for

STATED MEETING                                          113

violations, for potential violations.  Um, so I
strongly urge, um, um, my colleagues to sign onto
this, ah, this resolution, and I want to thank our
Majority Leader, ah, who did an amazing job, um,
getting this resolution to the floor.

SERGEANT AT ARMS:  Time expired.

COUNCIL MEMBER LEVIN:  I want to thank,
um, ah, a man named John Twofold who was, ah,
instrumental in getting, um, the information, ah, to
me, um, ah, Ed Atkin, and Kelly Taylor, um, and our
legislative division, um, David Nocente, um, from
Reform NYPD Now, um, and our, ah, the sponsors of
the, the state, ah, legislation in which this
resolution is supportive, supporting, ah, Assembly
Member Catalina Cruz and Senator Jamaal Bailey, and
please, please, please, um, if you believe in this
please sign onto this resolution.  Thank you.

MAJORITY LEADER CUMBO:  Thank you,
Council Member Levin.  Do we have any other members
who wish to speak on the resolutions at this time?

PARLIAMENTARIAN:  Yes, Madam Majority
Leader.  Council members Menchaca and Rose.

MAJORITY LEADER CUMBO:  Council Member
Menchaca.

STATED MEETING                                              114

1

2              SERGEANT AT ARMS:  Time starts now.

3              COUNCIL MEMBER MENCHACA:  Thank you,

4    Majority Leader, and, and I thank you for the time to

5    speak on this resolution.  I'm going to be focusing

6    on Resolution 1584.  Communities in my district are

7    demanding from us to, to reimagine what public safety

8    looks like.  Better public safety means more

9    investment in our black and brown communities.  This

10   year we must invest in schools, housing, and jobs by

11   defunding the NYPD and using the money for what we

12   know will help our vulnerable neighbors so that they

13   can recover.  We need to pass laws that save our taxi

14   drivers, protect our delivery workers, and day

15   laborers, ensure domestic workers are not exploited,

16   and strengthen our legal and social services to all.

17   If we focus on guaranteeing that our essential

18   workers who kept us alive can survive themselves, if

19   we pump more dollars to services that we know work,

20   if we can fully fulfill our responsibility to make

21   government work for those who need it the most, then

22   we are fulfilling our agenda.  And I'm deeply

23   disappointed by the mayor's Police Reform and

24   Reinvention Collaborative plan.  This plan does not

25   reduce the impact of over-policing or on our

STATED MEETING                                            115

communities, um, and the impact over over-policing on

our communities appears to increase, ah, with this

already bloated department, and this is something

that my colleagues have already spoken to.  Moving

school safety agents to the DOE is not what the

[inaudible] preschools group and our youth have been

asking us to do.  So I am disappointed in the process

which the mayor's plan was developed separate and

apart from our work here in the council, which

abruptly excluded the communities' participation

itself.  But the mayor is not alone in this, ah, in

this work, ah, of leaving people behind.  And I'm

calling our council to create more spaces for this

dialogue, more...

            SERGEANT AT ARMS:  Time expired.

            COUNCIL MEMBER MENCHACA: ...[inaudible]

the budget negotiating team has not met since last

year.  Our Democratic conferences are siloed into

boroughs.  We cannot have these conversations

together as a team, and so I'm concerned that we're

gonna end up in the same boat that we were in last

year.  Ah, and with that I'm gonna be, I'm gonna

stay, stay visible and vocal on this issue until that

STATED MEETING                                           116

2  changes.  So I will be voting no on our, say no to

3  1584.  Thank you.

4           MAJORITY LEADER CUMBO:  Thank you,

5  Council Member Menchaca.  Council Member Rose.

6           SERGEANT AT ARMS:  Time starts now.

7           COUNCIL MEMBER ROSE:  Thank you, Madam

8  Majority Leader.  Um, again, I want to thank Council

9  Member Adams for her tenacity under fire from all

10  sides.  The New York City Police Reform and

11  Reinvention plan is a historic package of legislation

12  that will increase accountability and transparency.

13  Many of these items are long, long overdue and are

14  things that we have fought for in this council for

15  many years.  Um, some of it matches with state

16  legislation to give the CCRB the independence and

17  authority that New Yorkers deserve.  And as the chair

18  of the Youth Committee I applaud the 70 million

19  dollars, um, that was funded to support non-police-

20  based public safety issues, including 5000 additional

21  SYEP slots for CUNY students.  But like many of my

22  colleagues, however, I have some trepidation about

23  the rushed process to meet the governor's mandate,

24  and shame on the mayor for waiting 'til the last

25  minute to concoct a plan that should have much more

1

2   thought put into it and input from our communities.

3   I fear that this plan does not go far enough.  We did

4   not have adequate time to flesh out all the details

5   or to make much-needed amendments.  We have a moral

6   obligation to our constituents to develop a plan that

7   genuinely tackles some of the deeply rooted racial

8   biases that have imbued the New York Police

9   Department since its inception in 1845.  The

10  framework of these reforms must be centered on

11  fairness, accountability, and transparency, and even

12  after we vote on this package today, which I am

13  voting in favor, we will continue to work tirelessly

14  to achieve those goals and that means through

15  subsequent legislation.  The, um, the task is not

16  completed...

17              SERGEANT AT ARMS:  Time expired.

18              COUNCIL MEMBER ROSE: ...and, um, and

19  we're gonna have to continue, um, to work.  And we

20  must and we will.  Thank you.

21              MAJORITY LEADER CUMBO:  Thank you so

22  much, Council Member Rose.  Are there any members who

23  wish to speak on today's resolutions?

24

25

STATED MEETING                                              118

1

2            PARLIAMENTARIAN:  Yes, Madam Majority

3     Leader.  Council members Van Bramer, Ampry-Samuel,

4     and Louis.

5            MAJORITY LEADER CUMBO:  Council Member

6     Van Bramer you may begin.

7            COUNCIL MEMBER VAN BRAMER:  Thank you

8     very much.

9            SERGEANT AT ARMS:  Time starts now.

10            COUNCIL MEMBER VAN BRAMER:  Ah, first I

11     just want to say, ah, I wasn't planning on speaking

12     until I heard Council Member Barron, um, ah, speak

13     and I have to say, um, I always feel like I learn

14     something when Council Member Barron, um, ah, speaks,

15     and I was always voting no on Reso 1548 and I've

16     already sent in my email saying that I'm voting no on

17     it, but, ah, but I just feel even that much, ah, more

18     strongly, ah, apposed.  Um, but of course after

19     listening to, um, Council Member, ah, Barron um,

20     first of all, ah, doing anything because the governor

21     mandates you doing it right about now should tell you

22     that it's the wrong thing to do.  Um, ah, he is in no

23     position, ah, with no moral authority, ah, to talk

24     about just about any damn thing.  Um, and second of

25     all our mayor is complicit, um, and, ah, releases a

STATED MEETING                                      119

1

2  plan, ah, with, with a day, ah, for folks to review

3  it.  And, and that just isn't right on something

4  that's so important, ah, that's so central to the

5  work of all of our lives and all of careers, which

6  has to be justice.  Ah, particularly, um, for black

7  and brown communities who have been so, so, um, ah,

8  abused by this system.  And, and so I just want to,

9  um, ah, amplify and, and lift up Council Member

10  Barron's comments and, and associate myself with, um,

11  but also not just vote passively against this

12  resolution, but actually speak affirmatively against

13  it, ah, and, and vote no on Reso 1548.  Um, we must

14  do better as a city.  Ah, we must do better as a

15  people.  Thank you.

16            MAJORITY LEADER CUMBO:  Thank you,

17  Council Member Van Bramer.  Council Member Ampry-

18  Samuel.

19            SERGEANT AT ARMS:  Time starts now.

20            COUNCIL MEMBER AMPRY-SAMUEL:  Thank you,

21  Majority Leader.  Um, I just want to just quickly

22  comment on the police reform plan and I totally

23  understand Council Member, um, Barron's point.  I

24  just see this as a starting point to reimagining

25  public safety in our communities.  Um, this is far

STATED MEETING                                                    120

1
2    from anything concrete.  It allows us, um, as a
3    legislative body to not just respond to an executive
4    order by this governor, but it allows us as a
5    legislative to literally sit down and be intentional
6    in planning public safety and looking at a safe and
7    healthy community, um, in a meaningful and strategic
8    way with community.  Um, that's how I see this and,
9    um, as I started, as I said earlier, you know, public
10   safety is literally, you know, something that a lot
11   of our community, the people, the people that look
12   like me and communities that look like my community,
13   this is something that really hits home, and I do
14   appreciate the work that Adrienne Adams put into
15   this, ah, Council Member Adams.  I appreciate
16   Jennifer Jones Austin who has contributed and, and
17   Arva Rice, um, and so many, you know, other people
18   and this does not at all include the voice of the
19   real people on the local, local level.  But, again, I
20   see this as a plan and a start.  And if we do nothing
21   today we would be doing the same thing that we did
22   last year, or the same thing we did the year before
23   that, or like the years before that.  And, you know,
24   this is going to be a totally new council coming in.
25   So we have to have something in place and this gives

STATED MEETING                                            121

1

2  us a start, and that's, I see this as a outline that

3  will be filled in with the people as we move forward

4  into 2021, I mean, 2022, so with that I'm going to

5  stop, um, and again, you know, thank you, Council

6  Member Adams.

7           MAJORITY LEADER CUMBO:  Thank you.

8  Council Member Louis.

9           SERGEANT AT ARMS:  Time starts now.

10          COUNCIL MEMBER LOUIS:  Thank you, Madam

11 Majority Leader.  Um, I share the sentiments of my

12 colleagues and just wanted to state that the New York

13 City police reform plan is exactly that, a plan to

14 address over-policing in black and brown communities

15 in New York City.  Police reform is important to me

16 as a black woman here in New York City.  And I can't

17 understate how thoughtless, unacceptable, and

18 disrespectful it's, it's been to give council members

19 less than a couple of weeks to thoroughly dissect and

20 comprehend a plan that tackles one of the most

21 nuanced and complicated issues that plagues our city.

22 I was very vocal with our colleagues about changes

23 that needed to be made to ensure that it was

24 reflective of the demands of people that live here in

25 our city who marched, who rallied, who protested

STATED MEETING                                                    122

2   against police brutality and I recognize that these

3   plan was born out of a sense of urgency from the

4   governor's mandate and that state funding was hanging

5   in the balance.  Um, and this process should not have

6   been rushed or given implications on the future of

7   our city and I disagree with it being interpreted as

8   a one-time solution to decades of abuse, of

9   harassment, brutality, and premature deaths of black

10  and brown New Yorkers.  However, I do believe that

11  this plan can make strides to hold those in

12  leadership accountable and create measures for

13  transparency and obtain resources to address

14  decriminalizing poverty, um, and enhancing healthcare

15  services and providing measures to help combat gun

16  violence and neutralize the perpetrators.  That

17  change starts with us.  It's just a plan, but we put

18  it into action.  Thank you.

19               MAJORITY LEADER CUMBO:  Thank you so

20  much, Council Member Louis.  Mr. Parliamentarian, are

21  there any other members who wish to speak at this

22  time?

23               PARLIAMENTARIAN:  Yes, Madam Majority

24  Leader.  Council members Cornegy and Koo.

25

STATED MEETING                                         123

1

2          MAJORITY LEADER CUMBO:  Council Member

3    Cornegy, you may begin following the time clock.

4          SERGEANT AT ARMS:  Time starts now.

5          COUNCIL MEMBER CORNEGY:  Thank you, Madam

6    Majority Leader.  Um, I just want to speak briefly

7    about this, ah, the suite of bills and the reform

8    package.  Um, I just want to give some context.  I've

9    been around long enough to remember the hard work we

10   put in to change the, the complexion and ethnicity of

11   the cadet classes graduating.  We went from 6% 25

12   years ago to 60% now.  All of that work, ah, was so

13   we could lead to a point now and that baton was

14   handed to have this accountability and reform in

15   place.  And now we'll be handing the baton to the

16   incoming council members, but not giving them an

17   empty slate to work from.  So this is a, a, a

18   beginning in some sorts, but it's also a continuation

19   of the hard work that people have worked on criminal

20   justice reform for decades.  This is, this is not

21   new, but it is moving in the right direction and it's

22   dedicated to those people who marched and stood and

23   screamed and echoed their voices, who demanded

24   accountability and who demanded a matrix for

25   accountability.  All of those things that happened,

STATED MEETING                                                124

1

2    this is not in and of itself.  We've had reforms and

3    reform bills that I signed onto.  We've had Eric

4    Garner chokehold bill.  We've had the, the

5    Accountability Matrix bill, and now we have this

6    package in addition to that.  So we're moving forward

7    and those coming in, in this new incoming council

8    class actually have some solid groundwork to work and

9    move the needle forward even further.  So this has

10   been a continuation, changing, ah, the, the police

11   cadet, um, minority.  And if you look at the, at the,

12   even the, the, the hierarchy has changed considerably

13   in the police department.  It's that level of change,

14   plus policy, plus accountability that equal a fairer,

15   more just system.  So this is not perfect.  I was not

16   totally satisfied with it.  But when I look at the

17   context from where we've come, where we are now, and

18   where we're set to go, this is moving in the right

19   direction.  So I want to thank you, Adrienne Adams,

20   for bearing the, shouldering the burden of having to

21   get hit from all sides and everybody else who had

22   something to do with this.  Jennifer Jones Austin and

23   Avra Rice and all of those who are responsible for

24   this, thank you.

25

```
1   STATED MEETING                                    125

2             MAJORITY LEADER CUMBO:  Thank you,

3   Council Member Cornegy.  We'll now move to Council

4   Member Koo.

5             SERGEANT AT ARMS:  Time starts now.

6             COUNCIL MEMBER KOO:  Ah, I just want to

7   say I want to welcome, ah, Council Member Brooks-

8   Powers, ah, to become our colleague, and happy

9   Passover and happy Easter to everyone.  Thank you.

10            MAJORITY LEADER CUMBO:  Thank you,

11   Council Member Koo.  Are there any members at this

12   time moving forward that wish to speak specifically

13   and only on today's resolutions that we are about to

14   vote on?

15            PARLIAMENTARIAN:  Council Member Chin.

16            MAJORITY LEADER CUMBO:  Council Member

17   Chin, you may begin.

18            COUNCIL MEMBER CHIN:  Ah, thank you.

19            SERGEANT AT ARMS:  Time starts now.

20            COUNCIL MEMBER CHIN:  Thank you, Majority

21   Leader.  I do want to speak on the resolution of

22   [inaudible], ah, the police reform plan.  And I heard

23   from my colleague and especially colleagues that I've

24   served with in the past.  This is our 12 year.  This

25   is our third term together.  And we've been fighting
```

```
 1    STATED MEETING                                     126
 2    for police reform since day one.  And we made
 3    progress.  And this will continue that progress.  And
 4    it is really important for us to make sure that some
 5    of these programs are being implemented, and it has
 6    to reflect in this year's budget.  So the fight
 7    continue.  But we have to take our responsibility,
 8    ah, to vote on this Reso today.  We don't want the
 9    state to withhold any funding from the city, no
10    matter what.  As one of my council members said, I
11    think Council Member Ampry-Samuel, we don't want to
12    leave any money at the table, right?  And I think
13    that our work has to continue.  It's not perfect, but
14    it is our job to move forward and to make it happen.
15    So I really want to thank Council Member, ah, Adams
16    for your leadership on this and my colleague in the
17    Black, Latino, and Asian Caucus.  We have to take a
18    stronger leadership role in this, and we have tom ask
19    the budget reflect that.  Thank you.
20              PARLIAMENTARIAN:  Council Member Reynoso.
21              MAJORITY LEADER CUMBO:  Council Member
22    Reynoso, you may being.
23              SERGEANT AT ARMS:  Time starts now.
24              COUNCIL MEMBER REYNOSO:  Thank you.  I, I
25    just want to, ah, echo, ah, Council Member Barron's
```

```
 1   STATED MEETING                                      127

 2   points, but also just want to, um, just communicate

 3   to my colleagues that we are going to have a budget

 4   process where these types of issues are constantly

 5   raised and, um, don't, and don't get pushed to the

 6   level where we effect meaningful change for our

 7   communities, right?  If we're going to continue to

 8   dabble in incrementalism when it comes to the changes

 9   we want to see in the police department then let's

10   just call it what it is and that we're not looking to

11   substantially reform the police department in a way

12   that brings justice to our people.  Instead, we keep

13   trickling, um, in reform.  Um, we don't make

14   significant cuts to the budget.  Um, that, ah, speak

15   to, um, the resources that we truly need, which is

16   secure housing, secure education, secure health care.

17   That's where our communities need their money.  If

18   we're not gonna have those conversations, um, it, it

19   could be problematic.  But I would also say that the

20   other side doesn't play the game that we're playing.

21   When Trump was in office they didn't dabble in

22   incrementalism.  And they're currently looking to

23   take away our, our, our voting rights, right?  Like

24   they don't, they don't play the same games we do.

25   They don't go 100% every single time, and I think
```

```
    STATED MEETING                                     128
 1
 2  it's about time we stop thinking that we're going to
 3  be able to make significant progress moving this
 4  slowly and start actually being more aggressive about
 5  exactly what we're looking for.  So I'm gonna be
 6  voting no on that resolution as well.  But I do want
 7  to say there are some good resolutions in this, in
 8  this, ah, package and one of them is, ah, Council
 9  Member Majority Leader Laurie Cumbo's, ah, bill, um,
10  which I think is a, a significant step forward to
11  finally holding folks accountable and taking that
12  responsibility away from, you know, self-interested
13  commissions.  So thank you, ah, and again, I want to
14  make sure that it's clear that I vote no on the, you
15  know, the mayor's resolution for police reform.
16  Thank you.
17              MAJORITY LEADER CUMBO:  Thank you,
18  Council Member Reynoso.  Are there any other members
19  who wish to speak at this time, Mr. Parliamentarian?
20              PARLIAMENTARIAN:  No, Madam Majority
21  Leader.
22              MAJORITY LEADER CUMBO:  Seeing none, we
23  will now have a voice vote on today's resolutions.
24  If you wish to vote against or abstain from either of
25  today's resolutions please email the legislative
```

STATED MEETING                                      129

1

2   documents unit.  Mr. Parliamentarian will send that

3   information to you.  I'll now read today's

4   resolutions into the record.  Resolution 1538-A calls

5   on the New York State Legislature to pass and the

6   governor to sign S5252/A6012, which would remove the

7   New York City police commissioner's exclusive

8   authority over police discipline.  Will all those in

9   favor say aye.

10                  [voices saying aye]

11                  MAJORITY LEADER CUMBO:  All opposed say

12   nay.

13                  [voice saying no]

14                  MAJORITY LEADER CUMBO:  Any abstentions?

15   The ayes have it.  Resolution 1547 calls on the New

16   York State Legislature to pass and the governor to

17   sign S2984/A1951, which would require New York Police

18   Department officers to live within the five boroughs

19   of New York City.  Will all those in favor say aye?

20                  [voices saying aye]

21                  MAJORITY LEADER CUMBO:  All opposed say

22   nay.

23                  [voice saying nay]

24                  MAJORITY LEADER CUMBO:  Any abstentions?

25   The ayes have it.  Preconsidered Resolution 1583

STATED MEETING                                          130

1 calls on the New York State Legislature to pass and

2 the governor to sign S.4482/A.5092, which would

3 establish the Billionaire Mark to Market Tax Act and

4 to use the revenue generated to establish an Excluded

5 Worker Fund.  Will all those in favor say aye?

6                [voices saying aye]

7                MAJORITY LEADER CUMBO:  All opposed say

8 nay.  Any abstentions?  The ayes have it.

9 Preconsidered Resolution 1584 is a resolution

10 adopting a plan pursuant to State Executive Order

11 number 203.  Will all those in favor say aye?

12                [voices saying aye].

13                MAJORITY LEADER CUMBO:  All opposed say

14 nay?

15                [voices saying nay]

16                MAJORITY LEADER CUMBO:  Can only say nay

17 once.

18                [voice saying nay]

19                MAJORITY LEADER CUMBO:  [laughs]

20                UNIDENTIFIED:  I apologize.

21                MAJORITY LEADER CUMBO: [laughs] I knew

22 that was you.  Any abstentions?  The ayes have it.

23 We will now move into general discussion.  As a

24 reminder, please wait until the Sergeant at Arms

STATED MEETING                                        131

1

2  begins the countdown clock before you being your

3  remarks.   Mr. Parliamentarian, are there any members

4  who wish to speak on today's general discussion?

5              PARLIAMENTARIAN:  Yes, Madam Majority

6  Leader.  Council members Barron and Louis.

7              MAJORITY LEADER CUMBO:  All right.

8  Council Member Barron, followed by Council Member

9  Louis.

10             SERGEANT AT ARMS:  Time starts now.

11             COUNCIL MEMBER BARRON:  Thank you, Madam

12  Majority Leader.  First, I want to, ah, again welcome

13  our new colleague.  I think I misspoke her name.  I

14  believe it's Brooks-Powers.  So I want to let that on

15  the record.

16             MAJORITY LEADER CUMBO:  Um-hmm.

17             COUNCIL MEMBER BARRON:  Secondly, I want

18  to wish all of my colleagues who are celebrating

19  Passover and who will be celebrating Resurrection

20  Sunday a happy, safe, and great holiday.  I want to

21  talk today about the introduction of my legislation

22  that will talk about establishing an elected civilian

23  review board.  This is legislation that has been

24  three years in getting to this point, and it's

25  legislation that I was asked to sponsor and I'm proud

1

2     to say I'm sponsoring this in conjunction with my

3     colleagues Jimmy Van Bramer as well as Council Member

4     Alicka Ampry-Samuel.  We are excited to say that

5     there are three main components to this legislation.

6     One is that the members of the, of the review board

7     will be elected from 17 districts composed from the

8     51 districts that are in the city.  They will be

9     elected to serve four-year terms.  They will have to

10    go get petitions and get on the ballot such as we do

11    when we are running for office.  The second main

12    tenet is that this elected civilian review board,

13    which is a part of what we're calling the Community

14    POWER Act, POWER standing for Police Oversight With

15    the Elected Review, that they will have the ability

16    to receive testimony, conduct hearings, do

17    investigations, make findings, dispose of, ah,

18    criminal, ah, discriminatory issues, and will

19    determine the appropriate, ah, consequences for those

20    acts.  And all those things we're now trying to

21    squeeze in little by little are part of this

22    comprehensive plan.

23              SERGEANT AT ARMS:  Time expired.

24              COUNCIL MEMBER BARRON:  And they will

25    have the exclusive, thank you, just a few more

STATED MEETING                                          133

1

2    seconds.  They will have the exclusive authority to

3    determine whether or not to sustain an allegation and

4    the appropriate consequences for that.  And thirdly

5    this legislation calls for an independent,

6    independent prosecutor.  So the members will no

7    longer be appointed by our august body, or by the

8    mayor, or by the police department, but they will be

9    elected and there will be an independent prosecutor,

10   not appointed by the governor who uses police, who

11   used police, ah, to do the investigations, but they

12   will be independent.  I ask that you consider

13   sponsoring this bill along with us and look forward

14   to working with you as we push this bill through.

15   OK, it's the Community POWER Act, Police Oversight

16   With Elected Review.  Thank you.

17              MAJORITY LEADER CUMBO:  Thank you,

18   Council Member.  We'll now move to Council Member

19   Louis.

20              SERGEANT AT ARMS:  Time starts now.

21              COUNCIL MEMBER LOUIS:  Thank you so much,

22   Madam Majority Leader Cumbo, ah, for the opportunity

23   to speak on two critical pieces of legislation that

24   I'm introducing today.  As we have seen over the

25   course of the last several months, there is a glaring

```
STATED MEETING                                      134
```

1

2  fault in our protocols related to oversight of public

3  servants with a dangerous lack of police officer

4  accountability.  As New Yorkers protested, rallied,

5  and marched for several days this last summer, we

6  witnessed countless police officers overstepping

7  their authority, ironically assaulting New Yorkers

8  protesting police brutality.  Even with countless

9  indisputable video evidence, there has been little to

10  no disciplinary action taken against officers who

11  pushed, shoved, and beat peaceful protestors.  I

12  think you all can agree this is unacceptable.  This

13  is why I am proud to introduce two pieces of

14  legislation.  Intro 2249, a local law to amend the

15  New York City Charter in relationship to the police

16  department's duty to provide officer resources to the

17  Civilian Complaint Review Board, and Intro 2248,

18  requiring the Civilian Complaint Review Board to

19  conduct an investigation of any injury or death

20  caused by police action.  By strengthening the

21  Civilian Complaint Review Board and granting them the

22  authority to open cases on behalf of New Yorkers

23  killed or injured as a result of police action the

24  CCRB will be informed of any such interactions.  And

25  we have the ability to hold a greater amount of

STATED MEETING                                                 135

1

2  officers accountable should they believe that their

3  actions warrant punishment.  Additionally, by

4  requiring the NYPD to provide the CCRB with officer

5  records, the CCRB will have comprehensive information

6  to make an accurate assessment of whether, of whether

7  there was any wrongdoing on any part of uniform

8  officers.

9          SERGEANT AT ARMS:  Time expired.

10         COUNCIL MEMBER LOUIS:  My, my colleagues

11 who fought hard last summer for increased police

12 accountability to sign onto Intros 2248 and 2249.

13 Thank you again for the opportunity.

14         MAJORITY LEADER CUMBO:  Thank you so

15 much, Council Member Louis.  Are there any other

16 members who wish to speak, or we will conclude this

17 meeting.

18         PARLIAMENTARIAN:  The last council member

19 who wishes to speak is Council Member Adams.

20         MAJORITY LEADER CUMBO:  Council Member

21 Adams, you may begin.

22         SERGEANT AT ARMS:  Time starts now.

23         COUNCIL MEMBER ADAMS:  Thank you so much

24 once again, ah, Madam Majority Leader.  You've done a

25 phenomenal job today.  It's been a really, really

STATED MEETING                                          136

1

2   long Stated Meeting.  Um, I, I just wanted to take an

3   opportunity just to say happy Passover to all who

4   celebrate, happy Holy Week to all who celebrate, and

5   just to once again express to my colleagues that, ah,

6   from my heart this work that we do isn't easy, um,

7   and it definitely isn't for the faint of heart.  Ah,

8   tough decisions are made by all of us on a daily

9   basis.  So I just want to thank you, colleagues, for

10  your commitment to serve no matter what our

11  differences are.  I also wanted to make sure that I

12  thanked everyone that worked so hard to help me climb

13  this mountain today and this legislative package,

14  Speaker Johnson, Jason Goldman, Ebony Meeks Laivly,

15  Kelly Taylor, Louis Holden Brown, Indiana Quarter,

16  Daniel Addis, Mack Camper Williams, Matthew Thompson,

17  Alia Reynolds, Isha Wright, Nevin Singh, Regina

18  Pareda Ryan, Latonya McKinney, and my staff, Jamal

19  Wilkinson and Benjamin Fang.  It takes a lot to pull

20  this girl together.  Thank you all.  Thank you,

21  colleagues.

22           MAJORITY LEADER CUMBO:  Thank you so

23  much, and again I want to join in the chorus of

24  welcoming our newest member, Selvena Brooks-Powers.

25  It's so exciting to see the Women's Caucus growth,

and it's also exciting to see the intentionality of

electing women to the City Council and beyond.  We're

seeing it realized right before our very eyes.  So we

welcome you.  We're excited to work with you.  And

our voice just became that much louder.  And I just

want to say in closing that I really appreciated the

different perspectives in today's Stated Meeting, and

it's important one.  But I just want to add in

closing that over the, over the last few years,

almost on a weekly basis, we have seen mass shootings

all across this country.  But what we've also seen

with these mass shootings is that as it pertains to

white males that have perpetuated these mass

shootings we have seen police departments all across

this country deliver the type of professionalism,

courtesy, and restraint in apprehending these

individuals.  And that same level of empathy and

understanding is what we are demanding for black and

brown communities in dealing with issues of law

enforcement.  We want that.  But we understand that

we cannot legislate empathy.  And so this legislative

package is critical to making sure that while we

can't legislate empathy we can issue penalties, and

we should not look at this legislative package as

STATED MEETING                                            138

punitive, but if they follow the same accord that

they do when apprehending these mass shooters all

across the country the rubber would never meet the

road on any of these bills that we've passed today.

So I will close with that, and now turn it over to

Speaker Corey Johnson.

          SPEAKER JOHNSON:  Thank you, Madam

Majority Leader.  As always, great job chairing the,

ah, Stated Meeting today.  The Stated Meeting of

March 25, 2021 is hereby adjourned.  Thank you all.

[gavel]

          UNIDENTIFIED: Thank you.

          TRANSCRIBER'S NOTE:   Vote revision,

Proposed Introduction 2220-A:  37 affirmative, 10

negative, 2 abstentions.  Proposed Introduction 2243-

A:  43 affirmative, 6 negative, 0 abstentions.

1    STATED MEETING                                        139

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

World Wide Dictation certifies that the
foregoing transcript is a true and accurate
record of the proceedings. We further certify that
there is no relation to any of the parties to
this action by blood or marriage, and that there
is interest in the outcome of this matter.



Date        April 3, 2021

# A2690

REPRODUCED FOLLOWING

**LOCAL LAWS
OF
THE CITY OF NEW YORK
FOR THE YEAR 2021**

_____

**No. 50**

_____

Introduced by Council Members Rivera, the Speaker (Council Member Johnson), Constantinides, Kallos, Chin, Rosenthal and Ayala.

## A LOCAL LAW

**To amend the administrative code of the city of New York, in relation to extending temporary personal guaranty protection provisions for commercial tenants impacted by COVID-19**

_Be it enacted by the Council as follows:_

Section 1. Declaration of legislative intent and findings. a. The council finds and declares that:

1. The city is in the midst of a local, state, and federally declared disaster emergency due to a global pandemic. While the numbers increase daily, the 2019 novel coronavirus, or COVID-19, has killed over 2.5 million people worldwide, over 513,000 people in the United States, and about 47,200 people in New York state. Within the city itself, about 755,000 people have been infected with the disease and more than 29,000 people have likely died because of it.

2. Governments around the world, the country, and the state, including the city, have taken drastic measures to limit the spread of COVID-19. While many of these measures appear to have helped slow the progress of the disease, many have also contributed to a catastrophic impact on the city's economic and social livelihood.

3. For example, as part of the effort to stop the spread of COVID-19, the governor in March 2020 issued executive order numbers 202.3, 202.6, and 202.7. These orders, as subsequently amended and extended through other executive orders, and interpreted through guidance issued by

the New York state departments of economic development and health, effectively prohibited restaurants, bars, gyms, fitness centers, movie theaters, non-essential retail stores, barbershops, hair salons, nail salons, tattoo or piercing parlors, and related personal care services from operating with any indoor occupancy.

4. These operational limitations, while necessary to combat the spread of a global pandemic, have contributed to the severe economic damage suffered by the city. For example, the most recently available labor statistics from the New York state department of labor relating to the businesses subject to these orders indicate that:

(a) The city lost 131,300 jobs in the food services and drinking places subsector from February 2020 to December 2020, leaving employment in that subsector down 43.4% in December 2020 compared to December 2019. This includes a loss of 89,000 jobs in the full service restaurants industry between February 2020 and December 2020, which left employment in that industry down 54.4% in December 2020 compared to December 2019.

(b) Within the retail trade sector, the city lost about 25,200 jobs from the clothing stores industry, the furniture and home furnishings stores subsector, and the sporting goods, hobby, book, and music stores subsector between February 2020 and December 2020, which left employment in those industries and subsectors down 49.9%, 27.2%, and 17.6%, respectively, in December 2020 compared to December 2019.

(c) Within the personal and laundry services subsector, which includes barbershops, hair salons, and other personal care businesses, the city lost 19,900 jobs, leaving employment in that subsector down 30.7% in December 2020 compared to December 2019.

5. While businesses may be willing to weather the economic hardships imposed upon them by governmental measures to combat COVID-19 by either staying open or temporarily closing and later reopening, individual owners and other natural persons who personally guarantee the financial obligations of these businesses face a different and more substantial risk than losing revenue and profit. They risk losing their personal assets, including their possessions and even their own homes, transforming a business loss into a devastating personal loss. This is particularly a risk for small businesses, as the scale of the financial obligations of larger businesses generally renders having a natural person guarantee those obligations impracticable.

6. If these individual owners and natural persons are forced to close their businesses permanently now or to suffer grave personal economic losses like the loss of a home, the economic and social damage caused to the city will be greatly exacerbated and will be significantly worse than if these businesses are able to temporarily close and return or, failing that, to close later, gradually, and not all at once.

7. For the foregoing reasons, the council passed, and the mayor signed, local law number 55 for the year 2020 and local law number 98 for the year 2020, which provided and extended temporary protections to natural persons who personally guarantee the financial obligations of businesses subject to the substantial occupancy limitations imposed by the above-described executive orders issued by the governor. These protections are, however, due to expire on March 31, 2021.

8. As of March 31, 2021, these businesses will have been either prohibited from operating with any indoor occupancy at all, or subject to significant indoor occupancy restrictions, for over 12 months, and it is likely that such significant indoor occupancy restrictions will continue for the foreseeable future as the existing COVID-19 crisis has not yet subsided, new variants of

COVID-19 have emerged in the city and elsewhere, and the rate at which the COVID-19 vaccine is being administered in the city indicates that it will take several months at a minimum to vaccinate enough of the population to achieve "herd immunity" to COVID-19 and its variants. As of March 9, 2021, only 623,719 adults in New York city had been fully vaccinated.

9. Extending the duration of the personal liability protections contained within local law number 98 for the year 2020 by three months, as this local law does, is intended to provide these businesses a reasonable recovery period with a duration that is comparable to the period of time that these businesses were forced to close or operate with significant limitations on indoor occupancy and thereby to provide them with an opportunity to not only survive but also to generate sufficient revenues to defray owed financial obligations.

10. As with local law number 55 for the year 2020 and local law number 98 for the year 2020, this local law does not, nor is it intended to, limit any other lawful remedies that a landlord may be able to seek against a commercial tenant itself, such as bringing suit against that tenant for damages; collecting or offsetting financial obligations by using the revenues, inventory, equipment, or other assets of that tenant; or evicting or declining to renew the lease or rental agreement of that tenant.

b. For the foregoing reasons, the council finds that it is necessary and appropriate to extend the duration of the personal liability protections in local law number 55 for the year 2020 and local law number 98 for the year 2020.

§ 2. Paragraph 2 of section 22-1005 of the administrative code of the city of New York, as added by local law number 98 for the year 2020, is amended to read as follows:

2. The default or other event causing such natural persons to become wholly or partially personally liable for such obligation occurred between March 7, 2020 and [March 31, 2021] *June 30, 2021*, inclusive.

§ 3. The department of small business services, or another mayoral agency or office designated by the mayor, shall conduct an information and outreach campaign to educate commercial tenants affected by this local law about its protections.

§ 4. This local law takes effect immediately, provided that if it shall have become a law subsequent to March 31, 2021, this local law shall be retroactive to and deemed to have been in full force and effect as of such day.

THE CITY OF NEW YORK, OFFICE OF THE CITY CLERK, s.s.:

I hereby certify that the foregoing is a true copy of a local law of The City of New York, passed by the Council on March 25, 2021 and returned unsigned by the Mayor on April 26, 2021.

MICHAEL M. McSWEENEY, City Clerk, Clerk of the Council.

CERTIFICATION OF CORPORATION COUNSEL

I hereby certify that the form of the enclosed local law (Local Law No. 50 of 2021, Council Int. No. 2243-A of 2021) to be filed with the Secretary of State contains the correct text of the local law passed by the New York City Council, presented to the Mayor and neither approved nor disapproved within thirty days thereafter.

STEPHEN LOUIS, Acting Corporation Counsel.

# A2696

DECLARATION OF COLBY KALTER, DATED SEPTEMBER 22, 2022,
IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY
<u>JUDGMENT</u>
(pp. A2696-A2700)

REPRODUCED FOLLOWING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcia Melendez, Jarican Realty Inc.,
1025 Pacific LLC, Ling Yang, Top East
Realty LLC, Haight Trade LLC, Elias Bochner, and
287 7th Avenue Realty LLC,

                                        *Plaintiffs,*                    20 CV 05301 (RA)

                    *v.*

The City of New York, a municipal entity,
Bill de Blasio, as Mayor of the City of New York,
Louise Carroll, Commissioner of New York City
Department of Housing Preservation &
Development, and Jonnel Doris, Commissioner of
New York City Department of Small Business
Services,

                                        *Defendants.*

---

    **COBY KALTER**, declares under the penalties of perjury, pursuant to 28 U.S.C. 1746, as follows:

    1.     I am the Executive Director of Launch Services of the New York City Department of Small Business Services ("SBS"). SBS's mission is to support businesses in the City's five boroughs as they start, operate, and grow. The services that we provide to these businesses foster thriving neighborhoods and ultimately help all New Yorkers.

    2.     Over the course of the pandemic, SBS started or expanded 51 initiatives and programs to support New Yorkers. Our work was guided by four key principles: equity, adaptability, innovation, and collaboration. One of the programs that we expanded was the Commercial Lease Assistance Program ("CLA"). During the pandemic, the CLA represented hundreds of small business commercial tenants with personal guaranties and arrears.

3.     As Executive Director of Launch Services, I oversee a portfolio of programs that support entrepreneurs in launching and growing their businesses in New York City. Included within this portfolio is the CLA. I am therefore fully familiar with the impact of Local Law 2020/55, Local Law 2020/98, and Local Law 2021/50 ("the Guaranty Law"). This declaration is based on my personal knowledge as well as conversations with SBS employees and service providers. I submit this affirmation in support of Defendants' Cross-Motion for Summary Judgment.

4.     The Guaranty Law in the wake of the COVID-19 pandemic enacted by the NYC Council in May 2020 prohibited enforcement of personal guaranties.  The law as extended applies to defaults that occurred between March 7, 2020 and June 30, 2021.

5.     The commercial real estate market is extremely landlord favorable, and without the Guaranty Law, the expectation under most commercial leases is that small business commercial tenants (and their guarantors) alone should bear the risk and the financial fallout from the pandemic. The market expectation was that landlords would be entitled to all amounts otherwise due under the lease even when small businesses could not operate.

**<u>CLA's Work</u>**

6.     Small businesses that could not open, or whose operations were limited, during the pandemic faced extraordinary arrears, frequently hundreds of thousands of dollars. CLA assisted many of those clients, including retirees who opened businesses as a way to supplement retirement income only to face personal liability under their personal guaranties that could instead bankrupt them.  CLA represented immigrant and minority business owners who poured their life savings into their business only to end up with thousands of dollars in debt and, facing eviction, with no clear path forward to continue earning a living.

7.      Additionally, many small business owners were not able to access pandemic relief offered by Federal or New York State government to satisfy their rent obligations. For example, the COVID-19 Pandemic Small Business Recovery Grant Program, offered by New York State, initially required that a business show profit in 2019 as a requirement for eligibility[1]. Many businesses, could not access these state funds because of this requirement. The requirement was only removed in July 2022[2], well over two years after the pandemic had started.

8.      Moreover, according to an analysis of the Association for Neighborhood and Housing Development of the Paycheck Protection Program, loans typically did not reach people or communities of color and the industries that needed them most, and for-profit landlords received loans while tenants received little to no relief.[3]

**Impact of the Guaranty Law**

9.      The Guaranty Law provided many hopeless small businesses with some leverage to negotiate reductions in arrears, payment plans, and/or the maintenance of their leases; where landlords realized they had greater incentive to negotiate a mutually beneficial settlement.

10.     In many cases, without this added leverage, many landlords likely would have been quicker to terminate leases, sue for arrears under a personal guaranty, and replace their prior small business tenants—largely in those industries forced to close—with others in industries that fared better during the pandemic.

11.     Landlords were often more willing to negotiate with businesses and business owners to share the financial fallout more equitably in exchange for continuing a commercial lease

---

[1] Information regarding the Small Business Grant Recovery Program can be found at: https://www.governor.ny.gov/news/governor-cuomo-announces-applications-now-open-800-million-covid-19-pandemic-small-business
[2] Information regarding the requirements for the Small Business Grant Recovery Program can be found at: https://nysmallbusinessrecovery.com/faq/
[3] An analysis of the Paycheck Protection Program can be found at: https://anhd.org/blog/new-yorks-small-businesses-left-out-paycheck-protection-program

and keeping the business operating. In this way, the Guaranty Law was essential in allowing hundreds, if not thousands, of businesses to stay open during the pandemic.

12.     The Guaranty Law also protected small business owners (many from vulnerable communities) from financial ruin.

13.     The Guaranty Law is a huge protection, and SBS supports it fully

14.     If the law was invalidated, it would threaten the financial security of thousands of small business owners and the families and neighborhoods that those owners support.

Dated:     New York, New York
           September 22, 2022

Coby Kalter