

**By ECF**

August 17, 2023

Claude G. Szyfer
Direct Dial: (212) 806-5934
Fax: (212) 806-6006
cszyfer@stroock.com

Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *Melendez v. City of New York* – Docket No. 23-683

To the Clerk of the Court:

    We represent Plaintiffs-Appellees Elias Bochner and 287 7th Avenue Realty LLC in this matter. Defendant-Appellant City of New York filed its opening brief in this appeal on August 8, 2023. In accordance with this Court's Local Rule 31.2(a)(1)(B), please accept this letter as Plaintiffs-Appellees' request that their brief be due on November 7, 2023, which is 91 days from the date on which Defendant-Appellant City filed their brief.

    Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions.

    Respectfully submitted,

    /s/ *Claude G. Szyfer*

cc: All counsel (*via* ECF)

STROOCK & STROOCK & LAVAN LLP   New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com