# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of Augusr two thousand twenty-three,

Elias Bochner, 287 7th Avenue Realty LLC,

    Plaintiffs - Appellees,

Marcia Melendez, Jarican Realty Inc., 1025 Pacific LLC, Ling Yang, Top East Realty LLC, Haight Trade LLC,

    Plaintiffs,

v.

City of New York, a municipal entity, Mayor Eric L. Adams, as Mayor of the City of New York, Commissioner Louise Carroll, Commissioner of New York City Department of Housing Preservation & Development, Commissioner Jonnel Doris, Commissioner of New York City Department of Small Business Services,

    Defendants - Appellants.

**ORDER**
Docket No: 23-683

Counsel for APPELLEES has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 7, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before November 7, 2023. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee/will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. <u>See</u> Local Rule 27.1(f)(1); <u>cf. RLI Insurance Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

