

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jamison Davies**
*Senior Counsel*
Phone: (212) 356-2490
Fax: (212) 356-1148
jdavies@law.nyc.gov

January 16, 2024

By ECF

Clerk of the Court
United States Court of Appeals
   for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:  *Melendez v. City of New York*
            Docket No. 23-683

To the Clerk of Court:

      This office represents defendant-appellant the City of New York. I write to update my availability for oral argument. In addition to the dates listed in my oral argument statement, I respectfully request that the Court not schedule argument for March 14 through March 19, 2024.

                               Respectfully submitted,

                               /s/

                               Jamison Davies
                               Assistant Corporation Counsel

cc:    All counsel (*via ECF*)