

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jamison Davies**
*Senior Counsel*
Phone: (212) 356-2490
Fax: (212) 356-1148
jdavies@law.nyc.gov

February 20, 2024

By ECF

Clerk of the Court
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:  *Melendez v. City of New York*
            Docket No. 23-683

To the Clerk of Court:

      This office represents defendant-appellant the City of New York. I write to update my availability for oral argument. In addition to the dates listed in my oral argument statement and in my letter dated January 16, 2024, I respectfully request that the Court not schedule argument for May 14 through May 24, 2024.

                                                             Respectfully submitted,

                                                              /s/

                                                    Jamison Davies
                                                   Assistant Corporation Counsel

cc:      All counsel (*via ECF*)