

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

February 21, 2024

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE: <u>Melendez (Bochner), et al., v. City of New York, et al., No. 23-683</u>

Dear Ms. O'Hagan Wolfe:

We represent the Plaintiffs-Appellees, Elias Bochner and 287 7th Avenue Realty LLC, in the above-referenced matter now pending before the Court.

I write to advise the Court that I am now <u>no longer</u> available to appear for an oral argument for the above-referenced matter on the following dates:

- April 22 through May 10 (arbitration hearing in Chicago)
- May 22
- June 3 through June 7

We ask that the Court not schedule oral argument on any of the aforementioned dates. Please do not hesitate to contact me should any additional information be required. Thank you in advance for the Court's attention to this letter.

Respectfully submitted,

Claude G, Szyfer

Partner
Claude.Szyfer@hoganlovells.com
D 212.9183179

cc: All counsel, by electronic filing

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Berlin Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com

\\4139-7897-8894 v1