UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-683

**Caption [use short title]**

**Motion for:** Leave to file

Set forth below precise, complete statement of relief sought:

The City seeks leave to file the enclosed short letter in response to a misstatement contained in plaintiffs' post-argument letter brief filed June 13, 2024, in its contentions regarding sanctions.

## Melendez v. City of New York

**MOVING PARTY:** City of New York
**OPPOSING PARTY:** Elias Bochner and 287 7th Avenue Realty LLC

☐ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Richard Dearing
**OPPOSING ATTORNEY:** Claude Szyfer

[name of attorney, with firm, address, phone number and e-mail]

New York City Law Department
100 Church St., New York, NY 10007
rdearing@law.nyc.gov / 212-356-2500

Hogan Lovells
390 Madison Avenue, New York, NY 10017
claude.szyfer@hoganlovells.com / 212-918-3129

**Court- Judge/ Agency appealed from:** Hon. Ronnie Abrams

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☑ Yes ☐ No If yes, enter date: 5/29/2024

**Signature of Moving Attorney:**
/s/ Richard Dearing      **Date:** 6/18/2024      **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)



MURIEL GOODE-TRUFANT
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

RICHARD DEARING
*Chief, Appeals Division*
Phone: 212-356-2500
rdearing@law.nyc.gov

June 18, 2024

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Melendez v. City of New York*
Docket No. 23-683

To the Hon. Clerk of the Court:

    While the City disagrees with much in plaintiffs' June 13, 2024 letter, given the post-argument posture, we write solely to correct the record on one point pertinent to plaintiffs' suggestion that the City should be sanctioned. Taking our letter's statement that the "earliest discussions of the issue occurred after the prior appeal was fully resolved" out of its context (City's Ltr. 2), plaintiffs insert the word "standing" before "issue" and argue that the record "flatly contradicts" the modified statement, because a different standing issue was raised earlier in the litigation (Pls. Ltr. 1). But the concept of standing covers a great deal of ground, and while the City's initial motion to dismiss pointed out that the original named plaintiffs lacked standing because none of them had entered into qualifying guaranty agreements (SDNY ECF No. 39 at 17–18 n.24)—a defect that plaintiffs cured by adding new parties (SDNY ECF No. 59)—it remains true that our earliest discussions of the distinct "jurisdictional issues raised in this appeal" (City's Ltr. 2) occurred after the prior appeal had been fully resolved.

       Respectfully submitted,

       MURIEL GOODE-TRUFANT
       *Acting Corporation Counsel*
       *of the City of New York*
       Attorney for Appellants

By:  /s/ Richard Dearing
       Richard Dearing
       Chief, Appeals Division