# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of June, two thousand twenty-four.

Before:     José A. Cabranes,
                *Circuit Judge.*

_____

Elias Bochner, 287 7th Avenue Realty LLC,

    Plaintiffs - Appellees,

Marcia Melendez, Jarican Realty Inc., 1025 Pacific LLC, Ling Yang, Top East Realty LLC, Haight Trade LLC,

    Plaintiffs,

v.

City of New York, a municipal entity, Mayor Eric L. Adams, as Mayor of the City of New York, Commissioner Louise Carroll, Commissioner of New York City Department of Housing Preservation & Development, Commissioner Jonnel Doris, Commissioner of New York City Department of Small Business Services,

    Defendants - Appellants.

**ORDER**

Docket No. 23-683

_____

    Appellants move for leave to file a letter in response to Appellees' post-argument letter brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                          For the Court:

                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

