# ADDENDUM B

| Case Caption | Docket No. | Court | City Involvement and Status |
|---|---|---|---|
| 45-47-49 EIGHTH AVENUE LLC V. JOSEPH CONTI | 654033/2020 | Supreme Court - New York | City filed amicus brief on appeal and intervened on remand pursuant to First Deparment order under CPLR 1012. Case settled. |
| 513 West 26th Realty LLC v. George Billis Galleries, Inc. | 160266/2020 | Supreme Court - New York | City intervened under CPLR 1012 as directed by the Court after remand from the First Department and filed a brief. Justice Goetz ordered this to be a "test case" and stayed a number of other cases, listed below, pending decision after a joint hearing with the parties to those cases. |
| GG Columbus Circle LLC v. CC West 58 Corp. | 158083/2020 | Supreme Court - New York | Justice Goetz stayed litigation on guaranty law pending outcome of 513 W. 26th Realty as test case. City served with CPLR 1012 notice but has not appeared pending decision in 513 W. 26th Realty. |
| The A.J.D. Building LLC v. Ben-Harush | 157386/2021 | Supreme Court - New York | Justice Goetz stayed litigation on guaranty law pending outcome of 513 W. 26th Realty as test case. City served with CPLR 1012 notice but has not appeared pending decision in 513 W. 26th Realty. |
| Amsterco 67 LLC v. The Barbers on Amsterdam Corp. | 160262/2021 | Supreme Court - New York | Justice Goetz stayed litigation on guaranty law pending outcome of 513 W. 26th Realty as test case. City served with CPLR 1012 notice but has not appeared pending decision in 513 W. 26th Realty. |
| 1728 Second Avenue Associates v. McCoy | 160479/2021 | Supreme Court - New York | Justice Goetz stayed litigation on guaranty law pending outcome of 513 W. 26th Realty as test case. City served with CPLR 1012 notice but has not appeared pending decision in 513 W. 26th Realty. |
| Edwin & Neal's LLC v. 99 Realty Co. LLC | 155358/2022 | Supreme Court - New York | Justice Goetz stayed litigation on guaranty law pending outcome of 513 W. 26th Realty as test case. City served with CPLR 1012 notice but has not appeared pending decision in 513 W. 26th Realty. |
| WALSAM 47TH ST. LLC VS NEW BLUE FLOWER GOURMET FOODS, INC., | 157015/2021 | Supreme Court - New York | Justice Goetz stayed litigation on guaranty law pending outcome of 513 W. 26th Realty as test case. City served with CPLR 1012 notice but has not appeared pending decision in 513 W. 26th Realty. |
| 499 FASHION TOWER LLC VS RODCO, INC. | 159119/2021 | Supreme Court - New York | Justice Goetz stayed litigation on guaranty law pending outcome of 513 W. 26th Realty as test case. City served with CPLR 1012 notice but has not appeared pending decision in 513 W. 26th Realty. |
| 29 West 46th Street LLC v. Mara Pavel | 154474/2022 | Supreme Court - New York | Justice Goetz stayed litigation on guaranty law pending outcome of 513 W. 26th Realty as test case. City served with CPLR 1012 notice but had not appeared pending decision in 513 W. 26th Realty, and case since settled. |
| Trico Equities v. Solomou | 157019/2021 | Supreme Court - New York | City submitted an amicus brief pursuant to court order. |
| 249 W. 98TH STREET REALTY LLC VS EVERGREEN QSR, INC, ET AL. | 652772/2021 | Supreme Court - New York | The City moved to intervene under CPLR 1012 and/or for leave to file an amicus brief in support of the Constitutionality of the Guaranty Law. Leave to intervene was granted. The other parties entered into a lease amendment that may obviate the need for further proceedings before the City filed a brief, and the Court has marked the case disposed. |
| RURADAN CORPORATION v. CHOI, JIN , ET AL. | 22-CV-03074 | S.D.N.Y. | City named defendant, case dismissed as to the City for lack of jurisdiction. |