# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-four.

Present:
> José A. Cabranes,
> Reena Raggi,
> Susan L. Carney,
> > *Circuit Judges*.

---

Elias Bochner, 287 7th Avenue Realty LLC,

> Plaintiffs-Appellees,

v.

**ORDER**
Docket No. 23-683

City of New York, a municipal entity, Mayor Eric L. Adams, as Mayor of the City of New York, Commissioner Louise Carroll, Commissioner of New York City Department of Housing Preservation & Development, Commissioner Jonnel Doris, Commissioner of New York City Department of Small Business Services,

> Defendants-Appellants.

---

In their supplemental brief dated July 15, 2024, Defendants state that Acting Corporation Counsel is "prepared to submit a declaration categorically disavowing future enforcement" of the Guaranty Law, *see* N.Y.C. Admin. Code §§ 22-1005, 22-902(a)(14). Defendants Suppl. Br., July 15, 2024, at 13–14. It is hereby ORDERED that Defendants shall submit any such declaration as they think supports their disavowal of enforcement in this matter within fourteen (14) days from the issuance of this order.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court