

| MURIEL GOODE-TRUFANT<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | JAMISON DAVIES<br>*Assistant Corporation Counsel*<br>Phone: 212-356-2490<br>jdavies@law.nyc.gov |
|---|---|---|

September 10, 2024

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Melendez v. City of New York*
Docket No. 23-683

To the Hon. Clerk of the Court:

  Appellants submit the enclosed declaration in response to this Court's August 27, 2024 order and for the reasons stated in our briefing. Further, for the reasons stated throughout our prior briefs, appellants continue to maintain that this case should be dismissed for lack of federal jurisdiction independent of the submission of the attached declaration.

                Respectfully submitted,

                MURIEL GOODE-TRUFANT
                *Acting Corporation Counsel*
                *of the City of New York*
                Attorney for Appellants

     By: _____
                Jamison Davies
                Assistant Corporation Counsel