**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of October, two thousand twenty-four.

Before:     José A. Cabranes,
              Reena Raggi,
              Susan L. Carney,
                   *Circuit Judges*.

_____

ELIAS BOCHNER, 287 7TH AVENUE REALTY LLC,

         Plaintiffs - Appellees,

         v.

CITY OF NEW YORK, a municipal entity, MAYOR ERIC L. ADAMS, as Mayor of the City of New York, COMMISSIONER ADOLFO CARRIN JR., Commissioner of New York City Department of Housing Preservation & Development, ACTING COMMISSIONER DYNISHAL GROSS, Acting Commissioner of New York City Department of Small Business Services,

         Defendants - Appellants.
_____

**JUDGMENT**

Docket No. 23-683

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's award of summary judgment is VACATED and the case is REMANDED with directions to DISMISS this case for lack of subject matter jurisdiction consistent with this opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/29/2024